# EXHIBIT A

# EAGLIN, DRUKIS & GREEN

*ATTORNEYS AND COUNSELORS AT LAW*
220 E. HURON ST., SUITE 210
CITY CENTER BUILDING
ANN ARBOR, MICHIGAN 48104-1912

(734) 665-5355
(734-761-7480 FAX

FULTON B. EAGLIN
CHARLES DRUKIS
RODRICK K. GREEN

DETROIT OFFICE
CADILLAC TOWER BUILDING
SUITE 2200
DETROIT, MI 48226

Friday, May 19, 2006

Jeffrey Hardin, Mayor Phenix City
Phenix City, Alabama
Facsimile No: 334-291-4702.
e-mail address: mayor@ci.phenix-city.al.us

HH Roberts, City Manager
Phenix City, Alabama
Facsimile no.334-291-4702
e-mail address; Roberts@ci.phenix-city.al.us

James T. Graham, Jr.
City Attorney, Phenix City, Alabama
712 13th St.
Phenix City, Alabama 36868
e-mail address: jimmy@grahamlegal.org; manager@grahamlegal.org

## NOTICE OF INTENT TO SUE

Now Comes Rosie Cliatt, Personal Representative of the Estate of Dontavius Cliatt, by and through her attorney Fulton B. Eaglin, Esq. and advises the aforesaid entities/parties of her intent to sue Phenix City Alabama, its Chief of Police, and all the officers who were involved in the death of her son Dontavius Cliatt, on May 3, 2003, in Phenix City, Alabama.

Fulton B. Eaglin P24834
220 E. Huron St., Suite 210
Ann Arbor, Michigan 48104-1912