UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 25 A 9:31

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, | |
| Plaintiff | Case No.: 3:06cv471-SRW<br>Hon. |
| vs. | |
| PHENIX CITY, ALABAMA, PHENIX CITY POLICE CHIEF PRESTON ROBINSON, Individually, OFFICERS JOHN DOES 1-12, INDIVIDUALLY, Police Officers Responding to the Scene, | |
| Defendants. | |

_____/
Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI 48105
(734) 665-5355; 0911fax
_____/

## MOTION FOR ADMISSION TO THE FEDERAL DISTRICT COURT OF THE MIDDLE DISTRICT OF ALABAMA, PRO HAC VICE

NOW COMES FULTON B. EAGLIN, a Harvard Law School graduate, a licensed attorney in the State of Michigan; a member of the Federal Bar for the Eastern District of Michigan since May 13, 1975 (see attached Statement of Good Standing), and moves this Honorable Court to admit him to the Federal District Court for the Middle District of Alabama, as he has filed a case with this Court known as The Estate of Dontavius Cliatt vs. the City of Phenix, Alabama et al.

Your petitioner request this admission as this District's local court rules require all persons who practice before said Court be admitted to this Court, and your rules allow for Pro Hac Vice admission. A proposed Order granting said admission is attached hereto.

_____
Fulton B. Eaglin (P24834)
Attorney for Plaintiff

Dated: May 22, 2006