# United States District Court
# Eastern District of Michigan



## CERTIFICATE OF GOOD STANDING

I, David J. Weaver, Clerk of the United States District Court for the Eastern District of Michigan, do hereby certify that

## Fulton B. Eaglin

was duly admitted to practice in said Court on May 13, 1975, and is in good standing as a member of the bar of said Court.

Dated at Ann Arbor, Michigan                    *David J. Weaver*,
                                                                            Clerk
on May 17, 2006.

                                                            By _____,
                                                            Attorney Admissions Clerk

INT-0104-DT-4/91