UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative )
of the Estate of DONTAVIUS CLIATT, )
) Case No.: 3:06cv471-SRW
Plaintiff ) Hon.
)
vs. )
)
PHENIX CITY, ALABAMA, PHENIX CITY )
POLICE CHIEF PRESTON ROBINSON, )
Individually, OFFICERS JOHN DOES 1-12, )
INDIVIDUALLY, Police Officers Responding )
to the Scene, )
)
Defendants. )
_____/

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI 48104
(734) 665-5355; 0911fax
_____/

## ORDER

At a session of said Court held in the City
of Montgomery, Russell County, Alabama,
on_____, 2006.

PRESENT: Honorable_____

This court having read the request of counsel for admission to this court, the affidavit of good standing attached thereto, and the complaint filed in this court by counsel in this case, and the court being fully advised in the premises;

**IT IS HEREBY ORDERED**, that Fulton B. Eaglin, P24834 is hereby admitted to practice before this court, for this case only.

_____
DISTRICT COURT JUDGE

_____
Dated