AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Rosie Cliatt, as Personal Representative of the
Estate of Dontavius Cliatt

V.

Phenix City, Alabama; Phenix City Police Chief
Preston Robinson; et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06cv471-SRW

TO: (Name and address of Defendant)

Phenix City, Alabama
c/o H. H. Roberts
Chief Executive Officer
601 12th Street
Phenix City, AL 36867

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FULTON B. EAGLIN (P24834)
220 E Huron, Suite 210
Ann Arbor, MI 48104

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE June 1, 2006

Return Receipt Fee                     Postmark

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                         *Signature of Server*

                                        _____
                                            *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $

Postmark Here

3:06cv471
6-1-06

Sent To Mr. H.H. Roberts, Chief Executive Officer, Phenix City
Street, Apt. No.; or PO Box No. 601 12th St.
City, State, ZIP+4 Phenix City, AL 36867

7005 1160 0005 3846 9555

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

PS Form 3800, June 2002                            See Reverse for Instructions