Wyatt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Phenix City, Alabama

1. Article Addressed to:

Mr H.H. Roberts
Chief Executive Officer
Phenix City, Alabama
601 12th St.
Phenix City, AL 36867

3:06cv471 (Cmpl/smo 20 days)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Sheila Clark   ☐ Agent
                 ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7005 1160 0005 3846 9555

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540