UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAY 25   A 9: 31

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>PHENIX CITY, ALABAMA, PHENIX CITY POLICE CHIEF PRESTON ROBINSON, Individually, OFFICERS JOHN DOES 1-12, INDIVIDUALLY, Police Officers Responding to the Scene, )<br>)<br>Defendants. ) | Case No.: 3:06cv471-SRW<br>Hon. |

_____/
Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI 48105
(734) 665-5355; 0911fax
_____/

### MOTION FOR ADMISSION TO THE FEDERAL DISTRICT COURT OF THE MIDDLE DISTRICT OF ALABAMA, PRO HAC VICE

NOW COMES FULTON B. EAGLIN, a Harvard Law School graduate, a licensed attorney in the State of Michigan; a member of the Federal Bar for the Eastern District of Michigan since May 13, 1975 (see attached Statement of Good Standing), and moves this Honorable Court to admit him to the Federal District Court for the Middle District of Alabama, as he has filed a case with this Court known as The Estate of Dontavius Cliatt vs. the City of Phenix, Alabama et al.

**MOTION GRANTED**

THIS _6th_ DAY OF _June_, 20 _06_

_____
UNITED STATES MAGISTRATE JUDGE