**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 23, 2006

# NOTICE OF CORRECTION

**To:**  All Counsel of Record

**From:**  Clerk's Office

**Case Style:**  Rosie Cliatt v. Phenix City, Alabama, et al.

**Case Number:**  #3:06-cv-0471-SRW

**Referenced Document:**  Document #6
Motion to Dismiss

**This notice has been docketed to enter the corrected pdf of the referenced document into the record.  The original pdf did not contain a proper electronic signature as required by the Civil Administrative Procedures II-C. The corrected pdf is attached to this notice.**