# **EXHIBIT 1**



# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

991 WIRE ROAD  
AUBURN, ALABAMA 36830  
(334) 844-4648

P.O. BOX 3510  
AUBURN, ALABAMA 36831-3510  
FACSIMILE (334) 887-7531

August 19, 2003

ROSIE L. CLIATT  
P.O. BOX 313  
HURTSBORO, ALABAMA 36860

                RE:  DONTAVIOUS L. CLIATT  
                     03MM00255

Dear Ms. Cliatt:

This acknowledges your request regarding a certified copy of our report(s) on the above case.

As of this date, the report(s) has not been completed. Upon completion of the case, a certified copy of the report will be forwarded to you.

Sincerely,

Sheila P. Anderson,  
Records Clerk

/spa