# **EXHIBIT 1**

# EAGLIN, DRUKIS & GREEN
*ATTORNEYS AND COUNSELORS AT LAW*
CITY CENTER BUILDING
220 EAST HURON, SUITE 210
ANN ARBOR, MI 48104-1912

(734) 665-5355
(734) 665-0911 FAX
EMAIL: fbeaglin@aol.com

FULTON B. EAGLIN
CHARLES DRUKIS
RODRICK K. GREEN

DETROIT OFFICE
CADILLAC TOWER
DETROIT, MI 48226

September 30, 2005

Mr. Kenneth Davis
Russell County District Attorney
P.O. Box 939
501 14th St.
Phenix City, Alabama 36868-0939

    **RE:**    **People of the State of Alabama vs. Denise Williams**

Dear Mr. Davis:

    On June 22, 2005, I met with you in your office regarding the above-captioned case. I advised you that I had been retained by Rosie Cliatt to handle a matter regarding the death of her late son, Dontavious Lamar Cliatt, on May 5, 2003, out of which the above case arose.

    You advised me that your office had a video tape of Ms. Williams' statement and testimony as well, and you offered to retrieve it from the case file, but discovered that the video tape was not there. You kindly offered to send me a copy of the video tape, and I left you with my mailing address.

    As of the date of this writing, I have not received what we agreed to, nor any communication from you regarding the video tape. Needless to say, the importance of Ms. Williams' statement and testimony is paramount to this matter, and at this time I am requesting that you please forward a copy of the video tape, as we originally discussed in your office.

    Thank you for your cooperation in this matter.

                              Very truly yours,

                              Fulton B. Eaglin

FBE/cjn