IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative of  )
The Estate of Dontavius Cliatt,              )
                                             )  Civil Action No. 3:06cv471-SRW
                  Plaintiff(s)               )
        v.                                   )
                                             )
PHENIX CITY, ALABAMA, et al.,                )
                                             )
                  Defendant(s)               )
                                             )

_____/

**PARTIES' REPORT PURSUANT TO FED. R. CIV. P. 26(f)**

The parties, have not conferred through counsel as required by Fed. R. Civ. P. 26(f), as Mr. McKoon has not responded to my calls. I however, hereby provide the following report to the Court:

1. Attorneys for the parties shall make initial disclosures as promptly as practical and shall initiate same not later than August 21, 2006.

2. I hereby request a nine-month discovery period. Plaintiff has served defendants with interrogatories and request for production of documents. Plaintiff does not have the names of the officers involved in this incident, and will therefore file a first amended complaint which includes said officers names within fifteen days of the receipt of discovery from defendants that contains same. Defendants were served with discovery request on July 13, 2006. Plaintiff would like to preserve the right to depose defendants expert(s), if any, after the close of discovery.

   3.  Plaintiff at this time, accepts the limitation on discovery under the federal and local rules of civil procedure.

                 Respectfully submitted,

                  s/Fulton B. Eaglin
                  Attorney for Plaintiff P24834
                  220 E. Huron St., Suite 210
                  Ann Arbor, Michigan 48104
                  (734) 665-5355
                  E-mail:  fbeaglin@aol.com

Dated:  August 1, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on ___, 2006, I electronically filed the foregoing paper with the Clerk of the Court which will send notification upon all parties of record, and I hereby certify that I have mailed the foregoing paper to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

                 _____
                 Fulton B. Eaglin
                 Attorney for Plaintiff P24834
                 220 E. Huron St., Suite 210
                 Ann Arbor, Michigan 48104

**Sent to Joshua McKoon by E-mail on July 31, 2006 at 11:11 a.m.  e-mail address jrm2016@yahooo.com**

 Good morning Mr. McKoon,

The court ordered us to consult together pursuant to rule 26(f) of the federal rules of civil procedure and submit a proposed scheduling order to the court thereafter.  On July 25, 2006 at approximately 10:30 a.m. I called your offices to comply with this request.  You were unavailable and I therefore left a message that I had called, hoping this would spur you to look at the notice you received and call me back.  As of this date I have heard nothing further from you, so here we go again.

Attached hereto is a proposed 26(f) response for the court.  Please review same and propose any changes  or additions you deem appropriate.  If I do not hear from you, I will

submit this to the court on the 2nd, and advise the court of my attempts to contact you. Personally I would prefer to file the joint document. I have not ever met you, and I see no reason for us to become personal adversaries when each of us simply has a job to do for our respective clients.

Please respond at your first opportunity, hopefully sometime today.

I presume there will be no prospect of early resolution of this case, and have not made any reference to same in the proposed rule 26(f) response.

Fulton B. Eaglin

---

**Check out AOL.com today**. Breaking news, video search, pictures, email and IM. All on demand. Always Free.