IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 JUN 29 A 10: 02

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of The Estate of Dontavius Cliatt, )<br>)<br>) Plaintiff(s) )<br>v. )<br>)<br>PHENIX CITY, ALABAMA, et al., )<br>)<br>Defendant(s) )<br>) | Civil Action No. 3:06cv471-SRW |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

Date June 26, 2006

Signature: Fulton B. Eaglin (P24834)
Counsel for Plaintiff, Rosie Cliatt, as
Personal Representative of the Estate of
Dontavius Cliatt
220 E. Huron, Suite 210
Ann Arbor, Michigan 48104
(734) 665-5355