IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

Rosie Cliatt et al )
      Plaintiff(s), )
)
v. ) CIVIL ACTION NO. 3:06 CV-0471-SRW
)
Phenix City Alabama et al )
)
      Defendant(s). )

RECEIVED
2006 AUG 10 A 10: 30

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8/8/06
Date

Signature: James R. McKoon Jr
Counsel For (print name of all parties): ALL CURRENT DEFENDANTS

P.O. Box 3220 Phenix City, Ala 36868
Address, City, State Zip Code

334-_____-2972300
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.**
Please mail to:
Clerk, United States District Court
Post Office Box 711
Montgomery, AL 36101