UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative )
of the Estate of DONTAVIUS CLIATT, )
) Case No.: 3:06cv471-SRW
Plaintiff ) Hon. Susan Russ Walker
)
vs. )
)
PHENIX CITY, ALABAMA, PHENIX CITY )
POLICE CHIEF PRESTON ROBINSON, )
Individually, OFFICERS JOHN DOES 1-12, )
INDIVIDUALLY, Police Officers Responding )
to the Scene, )
)
Defendants. )
_____/

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48105
(734) 665-5355; 0911fax

Joshua R. McKoon (MCK057)
McKoon, Thomas & McKoon
925 Broad St.
P.O. Box 3220
Phenix City, AL  36868-3220
(334) 297-2300
_____/

**BRIEF IN SUPPORT OF MOTION TO COMPEL**

NOW COMES PLAINTIFF, ROSIE CLIATT, by and through her attorney, FULTON B. EAGLIN, and for her Brief in Support of Motion to Compel, states unto this Honorable Court as follows:

The Federal Rules of Procedure provide for discovery and rule 37(b)(2) outlines a number of sanctions that can be imposed for a party failing to provide discovery, including the granting of judgment in the Plaintiff's favor.  For a full discussion of the sanctions which can be applied see *Levin and Associates vs. Rogers*  Case No. 94-4368, 94-4586, and 96-4345 decided by the 11th Circuit Court of Appeals on September 29, 1998.

/S/  Fulton B. Eaglin

Fulton B. Eaglin (P24834)
Attorney for Plaintiff Rosie Cliatt
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 665-5355; 0911fax
Email: fbeaglin@aol.com


September 13, 2006

.