UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT,<br><br>Plaintiff<br><br>vs.<br><br>PHENIX CITY, ALABAMA, PHENIX CITY POLICE CHIEF PRESTON ROBINSON, Individually, OFFICERS JOHN DOES 1-12, INDIVIDUALLY, Police Officers Responding to the Scene,<br><br>Defendants.<br>_____/ | Case No.: 3:06cv471-SRW<br>Hon. Susan Russ Walker |

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI 48105
(734) 665-5355; 0911fax

Joshua R. McKoon (MCK057)
McKoon, Thomas & McKoon
925 Broad St.
P.O. Box 3220
Phenix City, AL 36868-3220
(334) 297-2300
_____/

**PLAINTIFF'S OBJECTION TO UNIFORM SCHEDULING ORDER**

NOW COMES PLAINTIFF, ROSIE CLIATT, by and through her attorney, FULTON B. EAGLIN, and hereby objects to the Uniform Scheduling Order entered by this Honorable Court on September 14, 2006, as follows:

1. That on July 13, 2006, your Plaintiff served upon Defendants **Plaintiff's First Set of Interrogatories to Defendant, Phenix City, Alabama, Plaintiff's First Set of Interrogatories to Defendant, Preston Robinson, Plaintiff's First Request for Production of Documents to the City of Phenix, Alabama, and Plaintiff's First Request for Production of Documents to Defendant, Preston Robinson;**

3. That as of the date of the filing of this document, we have had no response from Defendants to Plaintiff's discovery requests;

4. That as a result of Defendants' failure to respond to Plaintiff's requests, your Plaintiff filed a Motion to Compel and a Brief in Support of Motion to Compel with this Honorable Court on September 13, 2006;

4. That without the responses requested in the Interrogatories and document requests from Defendants, your Plaintiff lacks vital information necessary to comply with the Uniform Scheduling Order in this matter.

WHEREFORE, your Plaintiff request the time for producing a list of witnesses be extended to a date at least 120 days after Plaintiff receives its answers to its Interrogatories and Document requests.

/s/ Fulton B. Eaglin
FULTON B. EAGLIN (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 665-5355; 0911 fax
fbeaglin@aol.com

Dated: September 27, 2006

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to JOSHUA R. MC KOON.

/S/  Fulton B. Eaglin

Fulton B. Eaglin (P24834)
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 665-5355; 0911fax
Email: fbeaglin@aol.com