IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT,<br><br>    Plaintiff,<br><br>v.<br><br>PHENIX CITY, ALABAMA, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 3:06cv471-SRW<br>)<br>)<br>)<br>) |

## **ORDER**

Upon consideration of plaintiff's motion to compel (Doc. # 14), filed September 13, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

Defendant shall: (1) respond to plaintiff's discovery requests on or before October 10, 2006, and

(2) show cause, in writing, on or before October 10, 2006, why plaintiff's motion for sanctions should not be granted.

DONE, this 27th day of September, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE