**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                           TELEPHONE (334) 954-3600

September 28, 2006

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Rosie Cliatt v. Phenix City, Alabama et al

Case Number:   3:06cv471-SRW

**This Notice of Correction was filed in the referenced case this date to correct the signature on the Certificate of Service for the PDF document previously attached.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 18   filed on   September 27, 2006.**