**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, ) ) ) | |
| Plaintiff ) ) | Case Number: |
| v. ) ) | 3:06-CV-0471-SRW |
| PHENIX CITY, ALABAMA, PHENIX CITY POLICE CHIEF PRESTON ROBINSON, Individually, OFFICERS JOHN DOES 1-12, Individually, Police Officers Responding to the Scene, ) ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

COME NOW Defendants Phenix City, Alabama, Phenix City Police Chief Preston Robinson, Individually, Officers John Does 1-12, Individually and Police Officers Responding to the Scene, moves the Court for a Protective Order and states the following as grounds therefore:

1. Defendants have responded today to certain discovery requested by the Plaintiff.

2. Some of those responses currently contain objections some of which are based upon the fact that the information requested is confidential in nature. For example, Plaintiff has requested certain information contained in the personnel files of current and former employees of the City of Phenix City Police Department. Some of the information requested is not public knowledge and is the private information of those personnel. Other information such as the results of internal investigations may be protected as confidential by law.

PDF created with pdfFactory trial version www.pdffactory.com

2

3.  Due to the above, Defendants request a simple Protective Order directing Plaintiff's attorney to not use or disclose any documents obtained from Defendants in discovery outside of this litigation and except as may be necessary for the prosecution of this litigation and to return said documents (keeping no photocopies of the same) to Defendants' counsel upon the conclusion of this litigation.

WHEREFORE, the above premises considered, Defendants request the Court to enter a Protective Order as prayed for hereinabove.

This 10th day of October, 2006.

MCKOON, THOMAS & MCKOON

*/s/Joshua R. McKoon*
By:_____
Joshua R. McKoon
State Bar No. MCK057

*/s/James R. McKoon, Jr.*
By:_____
James R. McKoon, Jr.
State Bar No. MCK020

925 Broad Street
Post Office Box 3220
Phenix City, Alabama 36868-3220
334.297.2300
facsimile 334.297.2777

Counsel for Defendants

THE GRAHAM LEGAL FIRM

*/s/James P. Graham, Jr.*
By:_____
State Bar No. GRA030

Post Office Box 3380
Phenix City, Alabama 36868-3380
334.291.0315
facsimile 334.291.9136

Counsel for Defendants

2

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing Motion to Dismiss upon Counsel for the Plaintiff by placing a copy of same in First Class Mail addressed as follows:

Fulton B. Haglin
220 E. Huron, Suite 210
Ann Arbor, Michigan 48104

*/s/Joshua R. McKoon*
_____
Counsel for Defendants

3

PDF created with pdfFactory trial version www.pdffactory.com