**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHENIX CITY, ALABAMA, PHENIX CITY POLICE CHIEF PRESTON ROBINSON, Individually, OFFICERS JOHN DOES 1-12, Individually, Police Officers Responding to the Scene, )<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case Number:<br><br>3:06-CV-0471-SRW |

## STIPULATION FOR PROTECTION FROM DISCLOSURE OF DISCOVERY

Come now the parties by and through their respective attorneys in the above styled cause and agree as follows:

That all documentary and other discovery such as videotapes, audio tapes, photographs, or other items produced in said discovery and exchanged by the parties in this litigation, shall not be disclosed outside of this litigation (i.e. to any disinterested person or any media outlet) and upon the termination of this litigation, the undersigned attorney for each party shall return the above said previously exchanged discovery, to each other with neither side to keep photocopies or other duplicates of any kind or description.

This 12th day of October, 2006.

*/s/Fulton B. Eaglin*

By:_____
    Fulton B. Eaglin
    State Bar No. P24834

PDF created with pdfFactory trial version www.pdffactory.com

220 E. Huron, Suite 210
Ann Arbor, Michigan 48104
(734) 665-5355

                                      */s/Joshua R. McKoon*
By:_____
           Joshua R. McKoon
           State Bar No. MCK057

Post Office Box 3220
Phenix City, Alabama 36868-3220
(334) 297-2300

PDF created with pdfFactory trial version www.pdffactory.com