# EXHIBIT A

03PL12645         Sgt. Michael Vargo

On 5-4-03, at approx. 02:40 hrs., Inv., along with Inv. Socrates Miles interviewed Mariette Denise Williams at PCPD.  The interview took place at PCPD in a room that is equipped with audio/video.  The following is a statement that Ms. Williams gave in reference to this case.  This supplement of Ms. Williams statement is not detailed.  See video for full details of Ms. Williams statement.
    Ms. Williams stated that she and her boyfriend, Dontavious Cliatt were traveling South on Sandfort Rd.  Ms. Williams stated that she and Mr. Cliatt have been dating for approx. a year.  Ms. Williams stated that as they were traveling on Sandfort Rd., a Russell County deputy passed by.  Ms. Williams stated that the deputy turned around.  Ms. Williams stated that Cliatt turned off of Sandfort Rd. and into the driveway of a residence.  Ms. Williams stated that Mr. Cliatt did this because neither he, nor she had a drivers license.  Ms. Williams stated that the deputy pulled in behind them.  Ms. Williams stated that the deputy walked up to the drivers side of the vehicle and another deputy stood behind the vehicle on the passenger side.  Ms. Williams stated that the deputy asked for Mr. Cliatt's drivers license and Mr. Cliatt stated that he did not have a drivers license.  Ms. Williams stated that she also told the deputy that she did not have a drivers license.  Ms. Williams stated that the deputy walked to the rear of their vehicle.  Ms. Williams stated that she saw that the two deputy's had pointed their pistols at them.  Ms. Williams stated that other police officers arrived and that they pulled their pistols out.  Ms. Williams stated that Dontavious Cliatt had a pistol under the seat and he grabbed it.  Ms. Williams stated that Mr. Cliatt told her "I'm not going out like that!  Ms. Williams was asked what he meant by that and Ms. Williams stated that she did not know.  Ms. Williams stated that the officer started shooting and she screamed and got down in the car.  Ms. Williams was asked if Mr. Cliatt fired first and she stated no and that the officers started firing first.  Ms. Williams stated that the officers shot Dontavious Cliatt…

\*\* Adult Interview W/Waiver \*\*.
Sat May 10, 09:28:53 EDT 2003.
Sgt. Socrates Miles, # 215.

On May 04, 2003., at 02:40am. Reporting investigator along with Sgt. Mike Vargo conducted an interview with Mariette Williams. The interview took place at the Phenix City Police Department (CID Office).
    Mariette Williams was placed into an interview room which is equipped to record and video tape interviews. This interview was video taped.
    Before the interview began reporting investigator advised Mariette Williams of whats commonly known as her Miranda Rights, by means of a standard waiver of rights form. The Miranda Warning was read to Mariette Williams by this investigator.
    Mariette Williams indicated that she understood her rights by signing the waiver of rights form, and agreed to provide a statement to investigators without an attorney being present. The following information was taken from Mariette Williams:
    Mariette Williams told investigator that she and her boyfriend (Dontavious Cliatt) had just came from Piggly Wiggly on 13th Street and they were on the way to pick up her children in Columbus Georgia (931 Lawyers Lane). Mariette Williams told investigator that they were traveling on Sandfort Road when Dontavious Cliatt saw a Russell County Deputy.
    Dontavious Cliatt pulled into a driveway (2814 Sandfort Road) hoping the deputy would not turn around. Mariette Williams told investigator that the deputy did turn around and stopped them at the above address.
    Mariette Williams told investigator that the deputy asked Dontavious Cliatt if he had a driver license. He (Cliatt) responded "no"
    Mariette Williams told investigator that the reason they pulled into the above address was due to not having a valid driver license.
    Mariette Williams told investigator that the next thing she noticed was the police and sheriff's with their pistols out. Dontavious Cliatt reached under his seat and pulled out a pistol and made the comment "I ain't going out like that ". Mariette Williams told investigator that the police started shooting…

3