**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 26, 2006

# NOTICE OF CORRECTION

**From:  Clerk's Office**

**Case Style:  Cliatt v. Phenix City, Alabama et al**

**Case Number:   3:06cv00471-SRW**

**This Notice of Correction was filed in the referenced case this date to correct the PDF documents previously attached.**

**The correct PDF documents are attached to this notice for your review.  Reference is made to document # 29   filed on    October 25, 2006.**