UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative   )
of the Estate of DONTAVIUS CLIATT,   )
   )   Case No.: 3:06cv471-SRW
Plaintiff   )   Hon. Susan Russ Walker
   )
vs.   )
   )
PHENIX CITY, ALABAMA, PHENIX CITY   )
POLICE CHIEF PRESTON ROBINSON,   )
Individually, OFFICERS JOHN DOES 1-12,   )
INDIVIDUALLY, Police Officers Responding   )
to the Scene,   )
   )
Defendants.   )
_____/

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 665-5355; 0911fax

Joshua R. McKoon (MCK057)
McKoon, Thomas & McKoon
925 Broad St.
P.O. Box 3220
Phenix City, AL  36868-3220
(334) 297-2300
_____/

**PLAINTIFF'S MOTION TO AMEND HER ORIGINAL COMPLAINT**

NOW COMES ROSIE CLIATT, Personal Representative of the Estate of

DONTAVIUS CLIATT, by and through her attorney, FULTON B. EAGLIN, and moves

this court allow her to amend her original Complaint as attached hereto.  See First

Amended Complaint attached hereto.

In support of her Motion, Plaintiff states the following:

1. Plaintiff filed the original Complaint in this matter on May 25, 2006.

2. At the time Plaintiff filed the Complaint, she did not know who all the parties were involved in this action.

3. That as a result of her lack of knowledge, your Plaintiff filed a Complaint which listed several police officers as John Doe.

4. That through discovery, Plaintiff has learned the names of the officers involved.

5. That through discovery, Plaintiff has learned that some of the officers were from the Phenix City Police Department, and that several of the officers were members of the Russell County Sheriff's Department.

6. That this Court in its Uniform Scheduling Order of September 14, 2006, gave the Plaintiff until December 5, 2006, to file an Amended Complaint in this matter.

7. That since Plaintiff now knows the names of the remaining officers, she wishes to add said individuals to the Complaint as Defendants, so all the proper parties are a part of this action.

WHEREFORE, your Plaintiff requests this Ccourt:

(1)Allow the attached First Amended Complaint become her new Complaint in this matter,

(2) That this Court allow the Complaint to date back to the original date her Complaint was filed in this matter, as if same had been filed at said time;

(3) That this Court establish new dates by which Plaintiff may serve the additional Defendants, and establish dates by which the additional parties must file their answers.

(4) That this Court establish a new Scheduling Order once all the new parties have

filed their answers to the Complaint and become a part of this action.


/s/   Fulton B. Eaglin          

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 665-5355; 0911 fax
fbeaglin@aol.com


Dated:  December 5, 2006


## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2006, I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF system which will send notification of such filing
to JOSHUA R. MC KOON.


/s/   Fulton B. Eaglin          

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 665-5355; 0911 fax
fbeaglin@aol.com