LAW OFFICES OF
# FULTON B. EAGLIN
*ATTORNEY AND COUNSELOR AT LAW*
CITY CENTER BUILDING
220 EAST HURON, SUITE 210
ANN ARBOR, MI 48104-1912
(734) 665-5355
(734) 665-0911 FAX
EMAIL: fbeaglin@aol.com

December 05, 2006

Clerk of the Court
UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

    **RE: CLIATT vs. Phenix City et al**
        **Case No.: 3:06cv471-SRW**

Ladies and Gentlemen:

I am submitting for filing this date, Plaintiff's Motion requesting this Court to allow her to file a First Amended Complaint, with a copy of the proposed complaint attached thereto. I am also submitting for filing, a short Brief in support of said Motion.

Plaintiff sought concurrence in the relief requested from Defendants' counsel on Friday December 1, 2006, in accordance with your local court rules. Plaintiff has received no response from said counsel, and thereby considers their actions an objection to the relief requested.

Please file appropriately.

                Very truly yours,

                /s/ Fulton B. Eaglin (P24834)
                Counsel for Plaintiff, Rosie Cliatt
                220 E. Huron, Suite 210
                Ann Arbor, MI  48104
                (734) 665-5355; 0911fax
                fbeaglin@aol.com