UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, ) ) ) | |
| Plaintiff ) | Case No.: 3:06cv471-SRW |
|  ) | Hon. Susan Russ Walker |
| vs. ) ) | |
| PHENIX CITY, ALABAMA, PHENIX CITY POLICE CHIEF PRESTON ROBINSON, Individually, OFFICERS JOHN DOES 1-12, INDIVIDUALLY, Police Officers Responding to the Scene, ) ) ) ) ) ) | |
| Defendants. ) | |

_____/

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48105
(734) 665-5355; 0911fax

Joshua R. McKoon (MCK057)
McKoon, Thomas & McKoon
925 Broad St.
P.O. Box 3220
Phenix City, AL  36868-3220
(334) 297-2300
_____/

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND HER COMPLAINT**

   NOW COMES PLAINTIFF, ROSIE CLIATT, by and through her attorney, FULTON B. EAGLIN, and for her Brief in Support of Plaintiff's Motion to Amend Her Complaint, states unto this Honorable Court as follows:

This court authorized Plaintiff to file an Amended Complaint on or before the 5th of December, 2006. Plaintiff's Motion to Amend her Complaint has been filed prior to said deadline date. The Plaintiff is authorized to file an Amended Complaint by Rule 15(a) of the Federal Rules of Civil Procedure for good causes shown.

Plaintiff seeks to file this First Amended Complaint based upon information she obtained through discovery, and did not have at the time she originally filed her Complaint herein. Federal Courts have on numerous occasions upheld the right of a party to file an Amended Complaint (Foman v. Davis, 371 U.S. 178, 181-82 [1962] ).

Plaintiff hereby requests this Court approve the First Amended Complaint submitted by her in this case, as her Complaint in this matter from this date forth.

/S/ Fulton B. Eaglin

Fulton B. Eaglin (P24834)
Attorney for Plaintiff Rosie Cliatt
220 E. Huron, Suite 210
Ann Arbor, MI  48104
734-665-5355; 0911 fax
fbeaglin@aol.com

December 5, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to JOSHUA R. MC KOON.

/s/   Fulton B. Eaglin
Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 665-5355; 0911 fax
fbeaglin@aol.com