IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 3:06cv471-SRW ) (WO) |
| PHENIX CITY, ALABAMA, et al., | ) ) |
| Defendants. | ) |

**ORDER**

Upon consideration of plaintiff's motion to amend the complaint (Doc. # 32), it is

ORDERED that the motion is GRANTED to the extent that plaintiff may file the proposed amendment.[1]

DONE, this 5th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is entitled to amend once as a matter of right before a responsive pleading is served. Fed. R. Civ. P. 15(a). Plaintiff also seeks an order that the complaint dates back to the date of filing of the original complaint, establishing new dates for service and answers, and establishing new scheduling order deadlines. The court does not reach the issue of whether the complaint relates back to the date of filing of the original complaint. Additionally, the court will not set dates for service or answers, as these matters are governed by the Federal Rules of Civil Procedure. The court will enter a new scheduling order if it later determines that one is necessary; this action is presently governed by the existing order.