1

UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, <br><br>Plaintiff <br><br>vs. <br><br>PHENIX CITY, ALABAMA, PHENIX CITY POLICE CHIEF PRESTON ROBINSON, Individually, OFFICERS JOHN DOES 1-12, INDIVIDUALLY, Police Officers Responding to the Scene, <br><br>Defendants. <br>_____/ | Case No.: 3:06cv471-SRW <br>Hon. Susan Russ Walker |

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48105
(734) 665-5355; 0911fax

Joshua R. McKoon (MCK057)
McKoon, Thomas & McKoon
925 Broad St.
P.O. Box 3220
Phenix City, AL  36868-3220
(334) 297-2300
_____/

**PLAINTIFF'S Motion to AMEND her First Amended COMPLAINT**

NOW COMES ROSIE CLIATT, personal representative of the Estate of Dontavius

Cliatt, by and through her attorney Fulton B. Eaglin, and moves this court allow her to

amend her First Amended Complaint as attached hereto.  See Second Amended

Complaint attached hereto.

1

In support of her motion Plaintiff states the following:

1. Plaintiff filed her First Amended Complaint in this matter on December 5, 2006.

2. That Plaintiff's First Amended Complaint was confusing in part as to who all the Defendants were.

3. That this Second Amended Complaint is being filed to hopefully resolve this confusion.

WHEREFORE, your Plaintiffs requests this Court:

(1) Allow the attached Second Amended Complaint become her new Complaint in this matter;

(2) That this Court allow the Complaint to date back to the original date her Complaint was filed in this matter, as if same had been filed at said time;

(3) That this Court establish new dates by which Plaintiff may serve the additional Defendants, and establish dates by which the additional parties must file their answers.

(4) That this Court establish a new scheduling Order once all the new parties have filed their answers to the Complaint and become a part of this action.

        /s/  
Fulton B. Eaglin (P24834)  
Attorney for Plaintiff  
220 E. Huron, Suite 210  
Ann Arbor, MI 48105  
734-665-5355; 0911fax  
fbeaglin@aol.com

December 8, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to JOSHUA R. MC KOON.

/s/  Fulton B. Eaglin_____

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48105
(734) 665-5355; 0911 fax
fbeaglin@aol.com