IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, ) ) ) ) | |
| Plaintiff, ) ) | |
| v.                                                           ) ) | CIVIL ACTION NO. 3:06cv471-SRW (WO) |
| PHENIX CITY, ALABAMA, et al., ) ) | |
| Defendants.                                         ) | |

**ORDER**

Upon consideration of plaintiff's motion to amend the first amended complaint (Doc. # 36), it is

ORDERED that the motion is GRANTED to the extent that plaintiff may file the proposed amendment.

DONE, this 13th day of December, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE