AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Rosie Cliatt, as Personal Representative of the
Estate of Dontavius Cliatt,

V.

Phenix City, Alabama; Police Chief Preston
Robinson, Phenix City, Alabama; Lt. Patrick
Daughtry, Cpl. Jarrod Barr, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  3:06cv471-SRW

TO: (Name and address of Defendant)

OFFICER CHRIS BRENNAN
c/o Joshua McKoon, Esq.
925 Broad Street
Phenix City, AL 36868

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FULTON B. EAGLIN (P24834)
220 E. Huron, Suite 210
Ann Arbor, MI 48104

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

*[signature]*
(By) DEPUTY CLERK

DATE  January 10, 2007

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                        *Signature of Server*

                                       _____
                                       *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 1160 0005 3990 8862

| Postage | $ | 3:06cv471 SRW |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To  OFF. Chris Brennan
           c/o Joshua McKoon, ESQ
Street, Apt. No.;
or PO Box No.  925 Broad St.
City, State, ZIP+4  Phenix City, AL 36868

PS Form 3800, June 2002                    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Pro_____

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Rosie Cliatt, as Personal Representative of the
Estate of Dontavius Cliatt,

V.

Phenix City, Alabama; Police Chief Preston
Robinson, Phenix City, Alabama; Lt. Patrick
Daughtry, Cpl. Jarrod Barr, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  3:06cv471-SRW

TO: (Name and address of Defendant)

CPL. JARROD BARR
c/o Joshua R. McKoon, Esq.
925 Broad Street
Phenix City, AL 36868

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FULTON B. EAGLIN (P24834)
220 E. Huron, Suite 210
Ann Arbor, MI  48104

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _(signature)_

(BY) DEPUTY CLERK _(signature)_

DATE  January 10, 2007

⚡AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                       *Date*                     *Signature of Server*

_____
*Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 1160 0005 3990 8893

| Postage | $ | 3:06cv471-SRW |
|---|---|---|
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To *Cpl. Jarrod Barr*
*c/o Joshua McKoon, ESQ.*
Street, Apt. No.; or PO Box No. *925 Broad St.*
City, State, ZIP+4 *Phenix City, AL. 36868*

PS Form 3800, June 2002        See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

Rosie Cliatt, as Personal Representative of the
Estate of Dontavius Cliatt,

V.

Phenix City, Alabama; Police Chief Preston
Robinson, Phenix City, Alabama; Lt. Patrick
Daughtry, Cpl. Jarrod Barr, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   3:06cv471-SRW

TO: (Name and address of Defendant)

CPL. DAVID REEVES
c/o Joshua R. McKoon, Esq.
925 Broad Street
Phenix City, AL 36868

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FULTON B. EAGLIN (P24834)
220 E. Huron, Suite 210
Ann Arbor, MI 48104

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_(By) DEPUTY CLERK_

DATE _January 10, 2007_

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                          Signature of Server

                                              Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 1160 0005 3990 8855

| Postage | $ | 3:06CV471-SRW |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To CPL. David Reeves
       c/o Joshua McKoon, ESQ.
Street, Apt. No.; or PO Box No. 925 Broad St.
City, State, ZIP+4 Phenix City, AL 36868

PS Form 3800, June 2002        See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Rosie Cliatt, as Personal Representative of the Estate of Dontavius Cliatt,

V.

Phenix City, Alabama; Police Chief Preston Robinson, Phenix City, Alabama; Lt. Patrick Daughtry, Cpl. Jarrod Barr, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06cv471-SRW

TO: (Name and address of Defendant)

LT. PATRICK DAUGHTRY
c/o Joshua R. McKoon, Esq.
925 Broad Street
Phenix City, AL 36868

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FULTON B. EAGLIN (P24834)
220 E. Huron, Suite 210
Ann Arbor, MI 48104

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE January 10, 2007

%AO 440 (Rev. 8/01) Summons in a Civil Action

|  | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              Signature of Server

                               _____
                               Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

3:06cv471-8RW

Postmark Here

1-10-07

Sent To  Lt. Patrick Daughtry
Street, Apt. No. c/o Joshua McKeon, Esq
or PO Box No.  925 Broad St.
City, State, ZIP+4  Phenix City, AL 36865

7005 1160 0005 3990 8909

PS Form 3800, June 2002          See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

Rosie Cliatt, as Personal Representative of the Estate of Dontavius Cliatt,

V.

Phenix City, Alabama; Police Chief Preston Robinson, Phenix City, Alabama; Lt. Patrick Daughtry, Cpl. Jarrod Barr, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 3:06cv471-SRW

TO: (Name and address of Defendant)

OFFICER DARIUS FARLEY
c/o Joshua R. McKoon, Esq.
925 Broad Street
Phenix City, AL 36868

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FULTON B. EAGLIN (P24834)
220 E. Huron, Suite 210
Ann Arbor, MI 48104

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE January 10, 2007

✇AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    *Signature of Server*

                              _____
                                   *Address of Server*

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | 3:06cv471srw |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | 1-10-07 |
| Total Postage & Fees | $ | |

Sent To: Off. Darius Farley
c/o Joshua McKoon, Esq.
Street, Apt. No.; or PO Box No. 925 Broad St.
City, State, ZIP+4 Phenix City, AL 36868

7005 1160 0005 3990 8879

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

PS Form 3800, June 2002                See Reverse for Instructions

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

Rosie Cliatt, as Personal Representative of the
Estate of Dontavius Cliatt,

V.

Phenix City, Alabama; Police Chief Preston
Robinson, Phenix City, Alabama; Lt. Patrick
Daughtry, Cpl. Jarrod Barr, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  3:06cv471-SRW

TO: (Name and address of Defendant)

MARK WELLS
Phenix City Fire and Rescue, Fire Station #1
1910 Crawford Road
Phenix City, AL 36867

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

FULTON B. EAGLIN (P24834)
220 E. Huron, Suite 210
Ann Arbor, MI 48104

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE   January 10, 2007

🅐AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　　Date

_____
　　　　　Signature of Server

_____
　　　　　Address of Server

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

7005 1160 0005 3990 8916

3:06cv471-SRW

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here

1-70-07

Sent To Mark Wells
Street, Apt. No.; Phenix City Fire + Rescue
or PO Box No. 1910 Crawford Rd.
City, State, ZIP+4 Phenix City, AL 36867

PS Form 3800, June 2002　　　　See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.