IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROSIE CLIATT, as Personal | ) | |
| Representative of the | ) | |
| Estate of DONTAVIUS CLIATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:06cv471-SRW |
| | ) | (WO) |
| PHENIX CITY, ALABAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This action is presently before the court on defendants' motion for Rule 11 sanctions (Doc. # 25). Defendants contend that Rule 11 sanctions are warranted because a reasonable pre-complaint investigation would have revealed that plaintiff's claims in this action are barred by the statute of limitations. By order entered December 1, 2006, the court granted defendants' motion to dismiss plaintiff's state law claims on the basis of the statute of limitations. However, the court denied the motion as to plaintiff's § 1983 claims because the statute of limitations is an affirmative defense and it is not apparent from the face of the complaint that the statute of limitations has run. (Doc. # 31). The record presently before the court does not support the imposition of Rule 11 sanctions. Accordingly, it

ORDERED that defendants' motion for Rule 11 sanctions (Doc. # 25) is DENIED without prejudice.

DONE, this 17th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE