Cliatt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mark Wells
   Phenix City Fire + Rescue
   1910 Crawford Rd.
   Phenix City, AL 36867

3:06cv471 (Cmp|amdcmp|summ) 1st|2nd 20dys

2. Article Number (Transfer from service label)
   7005 1160 0005 3990 8916

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  James M. Wells III       ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
James M. Wells III               1-12-2007

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes