Cliatt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jessica Howard_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jessica Howard
C. Date of Delivery: 1/11

1. Article Addressed to:

Cpl. Jarrod Barr
c/o Joshua McKoon, Esq.
925 Broad St.
Phenix City, AL 36868

3:06cv471 (Cmp/sums) 1st + 2nd amd cmp 20 d(s)

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0005 3990 8893

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

Cliatt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jessica Howard_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Jessica Howard
C. Date of Delivery: 1/11

1. Article Addressed to:

Lt. Patrick Daughtry
c/o Joshua McKoon, Esq.
925 Broad St.
Phenix City, AL. 36868

3:06cv471 (Cmp 1st + 2nd amd cmp/summ) 20d(s)

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0005 3990 8909

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Off. Darius Farley
   c/o Joshua McKoon, Esq.
   925 Broad St.
   Phenix City, AL
   36868

   3:06cv471 (Cmp/1stamdcmp/summ) 2nd

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Jessica Howard       ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Jessica Howard                 1/1/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0005 3990 8879

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cpl. David Reeves
   c/o Joshua McKoon, Esq.
   925 Broad St.
   Phenix City, AL
   36868

   3:06cv471 (Cmp/sm/1st/2nd amdcmp)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Jessica Howard       ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   Jessica Howard                 1/1/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☑ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1160 0005 3990 8855

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540