# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT )<br><br>Plaintiff, )<br><br>v. )<br><br>PHENIX CITY, ALABAMA, *et al.*, )<br><br>Defendants. ) | Civil Action No. 3:06-cv-471-SRW [WO] |

## MOTION FOR EXTENSION OF TIME TO FILE
## ANSWER OR RESPONSIVE PLEADING

COMES NOW the Defendant, Mark Wells, and moves this honorable Court for an extension of time in which to file his Answer or other responsive pleading. As the reason for so moving, the Defendant states that the gathering of information with which to respond to the Plaintiff's claims has taken longer than expected, and Defendant is in need of additional time in which to thoroughly address said claims.

WHEREFORE, Defendant Wells requests an extension of time of twenty-one (21) days from the date of this filing, up to and including February 27, 2007, in which to file his Answer or other responsive pleading.

Respectfully submitted, this 6th day of February, 2007.

                                                **s/Scott W. Gosnell**
                                                SCOTT W. GOSNELL – Bar No. GOS002
                                                Attorney for Defendant
                                                WEBB & ELEY, P.C.
                                                7475 Halcyon Pointe Road (36117)
                                                Post Office Box 240909
                                                Montgomery, Alabama 36124
                                                Telephone: (334) 262-1850
                                                Fax: (334) 262-1889
                                                E-mail: sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 6th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

        Faulton B. Eaglin
        LAW OFFICES OF FULTON B. EAGLIN
        220 E. Huron
        Suite 210
        Ann Arbor, MI 48104
        Telephone: (734) 665-5355
        Fax: (734) 665-0911
        Email: fbeaglin@aol.com

        James Robert McKoon, Jr.
        McKoon & Thomas
        P.O. Box 3220
        Phenix City, AL 36868-3220
        Telephone: (334) 297-2300
        Fax: (334) 297-2777
        Email: jrmckoon@aol.com

        **s/Scott W. Gosnell**
        OF COUNSEL