IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT<br><br>Plaintiff,<br><br>v.<br><br>PHENIX CITY, ALABAMA, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:06-cv-471-SRW [WO]<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING

COMES NOW the Defendant, Mark Wells, and moves this honorable Court for an extension of time in which to file his Answer or other responsive pleading. As the reason for so moving, the Defendant states that the gathering of information with which to respond to the Plaintiff's claims has taken longer than expected, and Defendant is in need of additional time in which to thoroughly address said claims.

WHEREFORE, Defendant Wells requests an extension of time of twenty-one (21) days from the date of this filing, up to and including February 27, 2007, in which to file his Answer or other responsive pleading.

Respectfully submitted, this 6th day of February, 2007.

**MOTION GRANTED**

THIS 7th DAY OF February, 20 07

UNITED STATES MAGISTRATE JUDGE

s/Scott W. Gosnell
SCOTT W. GOSNELL – Bar No. GOS002
Attorney for Defendant
WEBB & ELEY, P.C.
7475 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: sgosnell@webbeley.com