IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT**<br><br>     **Plaintiff,**<br><br>v.<br><br>**PHENIX CITY, ALABAMA, *et al.*,**<br><br>     **Defendants.** | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:06-cv-471-SRW [WO]<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT MARK WELLS'S MOTION TO DISMISS

COMES NOW the Defendant, Mark Wells (hereafter, "Deputy Wells" or the "Defendant") and, in lieu of an answer, moves this Honorable Court to dismiss this action against him pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for Plaintiff's failure to state a claim upon which relief can be granted.  As grounds therefor, Defendant sets down and assigns the following:

1. The Plaintiff's claims against Deputy Wells are due to be dismissed because violations of 42 U.S.C. § 1983 are barred by the applicable statute of limitations.

2. The Plaintiff's claims against Deputy Wells are due to be dismissed for failure to properly plead such claims.

3. The Plaintiff's claims against Deputy Wells are due to be dismissed because Deputy Wells, in his official capacity, is entitled to immunity pursuant to the Eleventh Amendment to the United States Constitution.

4. The Plaintiff's claims against Deputy Wells are due to be dismissed because Deputy Wells is not a "person" for purposes of § 1983.

5.  The Plaintiff's Fourteenth Amendment § 1983 excessive force claims are due to be dismissed because the United States Supreme Court has held that such claims are properly analyzed only under the Fourth Amendment.

6.  The Plaintiff's Fourteenth Amendment § 1983 procedural due process claims are due to be dismissed because the United States Supreme Court has held that such claims are properly analyzed only under the Fourth Amendment.

7.  The Plaintiff's claims against Deputy Wells are due to be dismissed because Deputy Wells in entitled to qualified immunity.

WHEREFORE, ABOVE PREMISES CONSIDERED, Defendant Mark Wells, moves this Honorable Court to dismiss this action against him pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

Respectfully submitted, this 26th day of February, 2007.

**s/Scott W. Gosnell**
KENDRICK E. WEBB – Bar. No. WEB022
SCOTT W. GOSNELL – Bar No. GOS002
Attorney for Defendant
WEBB & ELEY, P.C.
7475 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: sgosnell@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 26th day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

          Faulton B. Eaglin
          LAW OFFICES OF FULTON B. EAGLIN
          220 E. Huron
          Suite 210
          Ann Arbor, MI 48104
          Telephone: (734) 665-5355
          Fax: (734) 665-0911
          Email: fbeaglin@aol.com

          James Robert McKoon, Jr.
          McKoon & Thomas
          P.O. Box 3220
          Phenix City, AL 36868-3220
          Telephone: (334) 297-2300
          Fax: (334) 297-2777
          Email: jrmckoon@aol.com

          **s/Scott W. Gosnell**
          OF COUNSEL