IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of Dontavius Cliatt, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-471-MEF |
| | ) |
| PHENIX CITY, ALABAMA *et al.*, | )<br>)<br>) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Defendant's Motion to Dismiss (Doc. #54) filed on February 27, 2007, it is hereby ORDERED as follows:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before March 16, 2007.

2. The defendants may file a reply brief on or before March 23, 2007

DONE this the 27th day of February, 2007.

          /s/ Mark E. Fuller
          CHIEF UNITED STATES DISTRICT JUDGE