## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, | ) ) ) | Case Number: |
| Plaintiff | ) ) | 3:06-CV-0471-SRW [WO] |
| v. | ) ) | |
| PHENIX CITY, ALABAMA, PHENIX CITY POLICE CHIEF PRESTON ROBINSON, PHENIX CITY, ALABAMA; LT. PATRICK DAUGHTRY, CPL. JARROD BARR, CPL. DAVID REEVES; OFFICERS CHRIS BRENNAN AND DARIUS FARLEY, Individually, and Jointly And Severally, RUSSELL COUNTY ALABAMA DEPUTIES MARK WELLS AND ERIC FETTY, Individually and Jointly and Severally, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ANSWER AND DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT

COME NOW Defendants Phenix City, Alabama, Phenix City Police Chief Preston Robinson, Lt. Patrick Daughtry, Cpl. Jarrod Barr, Cpl. David Reeves, Officer Chris Brennan and Officer Darius Farley and files this their Answer and Defenses to Plaintiff's Second Amended Complaint.

## PREAMBLE

The Plaintiff in this matter filed her initial Complaint May 25, 2006. The Plaintiff filed her First Amended Complaint on December 6, 2006. The Second Amended Complaint, the Plaintiff's most recent, was filed on December 14, 2006. This Answer is directed at the allegations of the Second Amended Complaint, which purports to supplant the original and First Amended Complaint. To the extent allegations are still outstanding

PDF created with pdfFactory trial version www.pdffactory.com

from those Complaints which are not found in the Second Amended Complaint, the Defendants deny those allegations and demand strict proof thereof.

## FIRST DEFENSE

Defendants plead the affirmative defense that the applicable statute of limitations bars Plaintiff's Complaint.

## SECOND DEFENSE

Defendants plead the defense of absolute immunity.

## THIRD DEFENSE

Defendants plead the defense of qualified immunity.

## FOURTH DEFENSE

Defendants plead the defense of contributory negligence.

## FIFTH DEFENSE

Defendants plead the defense that Plaintiff's Complaint does not state a claim for which relief may be granted.

## SIXTH DEFENSE

Defendants plead the defense of laches.

## SEVENTH DEFENSE

Defendants plead the defense of unclean hands.

## INTRODUCTORY STATEMENT

1.

The allegations contained in Plaintiff's Complaint at Paragraph One are denied by Defendants.

**JURISDICTION**

2.

Defendants admit the allegations contained in Paragraph Two of Plaintiff's Complaint.

3.

Defendants admit the allegations contained in Paragraph Three of Plaintiff's Complaint.

4.

Defendants admit the allegations contained in Paragraph Four of Plaintiff's Complaint.

5.

Defendants deny the allegations contained in Paragraph Five of Plaintiff's Complaint to the extent an admission of those allegations includes agreement that the Complaint was brought within the time offered by the applicable statute of limitations. Otherwise, Defendants admit the allegations contained in Paragraph Five of Plaintiff's Complaint.

**PARTIES**

6.

Defendants admit the allegations contained in Paragraph Six of Plaintiff's Complaint.

7.

Defendants admit the allegations contained in Paragraph Seven of Plaintiff's Complaint.

8.

Defendants admit the allegations contained in Paragraph Eight of Plaintiff's Complaint.

9.

Defendants admit the allegations contained in Paragraph Nine of Plaintiff's Complaint, other than to correct the Plaintiff's identification of Defendant City of Phenix City, Alabama or Phenix City, Alabama as City of Phenix.

10.

Defendants admit the allegations contained in Paragraph Ten of Plaintiff's Complaint.

**FACTUAL ALLEGATIONS**

11.

Defendants admit the allegations contained in Paragraph Eleven of Plaintiff's Complaint.

12.

Defendants admit the allegations contained in Paragraph Twelve of Plaintiff's Complaint.

13.

Defendants admit the allegations contained in Paragraph Thirteen of Plaintiff's Complaint.

14.

Defendants admit the allegations contained in Paragraph Fourteen of Plaintiff's Complaint.

15.

Defendants admit the allegations contained in Paragraph Fifteen of Plaintiff's Complaint.

16.

Defendants deny the allegations contained in Paragraph Sixteen of Plaintiff's Complaint and demand strict proof thereof.

17.

Defendants admit the allegations contained in Paragraph Seventeen of Plaintiff's Complaint.

## ADDITIONAL FACTS AGAINST CITY

18.

Defendants admit the allegations contained in Paragraph Eighteen of Plaintiff's Complaint.

19.

Defendants deny the allegations contained in Paragraph Nineteen of Plaintiff's Complaint and demand strict proof thereof.

20.

Defendants deny the allegations contained in Paragraph Twenty of Plaintiff's Complaint and demand strict proof thereof.

21.

Defendants deny the allegations contained in Paragraph Twenty-One of Plaintiff's Complaint, including all sub-parts, and demand strict proof thereof.

22.

Defendants deny the allegations contained in Paragraph Twenty-Two of Plaintiff's Complaint, including all sub-parts, and demand strict proof thereof.

## COUNT ONE

23.

Defendants reincorporate their responses to Plaintiff's allegations contained in Paragraph One through Paragraph Twenty-Two.

24.

Defendants deny the allegations contained in Paragraph Twenty-Four of Plaintiff's Complaint and demand strict proof thereof.

25.

Defendants deny the allegations contained in Paragraph Twenty-Five of Plaintiff's Complaint and demand strict proof thereof.

26.

Defendants deny the allegations contained in Paragraph Twenty-Six of Plaintiff's Complaint and demand strict proof thereof.

27.

Defendants deny the allegations contained in Paragraph Twenty-Seven of Plaintiff's Complaint and demand strict proof thereof.

28.

Defendants deny the allegations contained in Paragraph Twenty-Eight of Plaintiff's Complaint and demand strict proof thereof.

29.

Defendants deny the allegations contained in Paragraph Twenty-Nine of Plaintiff's Complaint and demand strict proof thereof.

30.

Defendants deny the allegations contained in Paragraph Thirty of Plaintiff's Complaint and demand strict proof thereof.

WHEREFORE, Defendants demand a judgment against the Plaintiff, and an award of costs and such other and further relief as this Court deems appropriate.

## COUNT II

31.

Defendants reincorporate their responses to Plaintiff's allegations contained in Paragraph One through Paragraph Thirty.

32.

Defendants deny the allegations contained in Paragraph Thirty-Two of Plaintiff's Complaint and demand strict proof thereof.

33.

Defendants deny the allegations contained in Paragraph Thirty-Three of Plaintiff's Complaint and demand strict proof thereof.

34.

Defendants deny the allegations contained in Paragraph Thirty-Four of Plaintiff's Complaint and demand strict proof thereof.

35.

Defendants deny the allegations contained in Paragraph Thirty-Five of Plaintiff's Complaint and demand strict proof thereof.

36.

Defendants deny the allegations contained in Paragraph Thirty-Six of Plaintiff's Complaint and demand strict proof thereof.

37.

Defendants deny the allegations contained in Paragraph Thirty-Seven of Plaintiff's Complaint and demand strict proof thereof.

WHEREFORE, Defendants demand a judgment against the Plaintiff, and an award of costs and such other and further relief as this Court deems appropriate.

## COUNT III

38.

Defendants reincorporate their responses to Plaintiff's allegations contained in Paragraph One through Paragraph Thirty-Seven.

39.

Defendants deny the allegations contained in Paragraph Thirty-Nine of Plaintiff's Complaint and demand strict proof thereof.

40.

Defendants deny the allegations contained in Paragraph Forty of Plaintiff's Complaint and demand strict proof thereof.

PDF created with pdfFactory trial version www.pdffactory.com

41.

Defendants deny the allegations contained in Paragraph Forty-One of Plaintiff's

Complaint and demand strict proof thereof.

42.

Defendants deny the allegations contained in Paragraph Forty-Two of Plaintiff's

Complaint and demand strict proof thereof.

43.

Defendants deny the allegations contained in Paragraph Forty-Three of Plaintiff's

Complaint and demand strict proof thereof.

WHEREFORE, Defendants demand a judgment against the Plaintiff, and an

award of costs and such other and further relief as this Court deems appropriate.

This 28th day of February, 2007.

MCKOON, THOMAS & MCKOON

*/s/ Joshua R. McKoon*

By:_____

Joshua R. McKoon
State Bar No. MCK057
Attorneys for Defendants

P.O. Box 3220
Phenix City, AL 36868-3220
Facsimile 334.297.2777

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served the foregoing Motion to Dismiss upon Counsel for the Plaintiff by delivering it via electronic mail through the CM/ECF system:

Fulton B. Haglin
220 E. Huron, Suite 210
Ann Arbor, Michigan 48104

Scott Wayne Gosnell
Webb & Eley
7475 Halcyon Pointe Road
P.O. Box 240909
Montgomery, AL 36124

*/s/Joshua R. McKoon*
_____
Counsel for Defendants