UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative )
of the Estate of DONTAVIUS CLIATT, )
) Case #3:06-cv-471-SRW [WO]
Plaintiff ) Hon.  Mark E. Fuller
)
vs. )
)
PHENIX CITY, ALABAMA, ET. AL., )
)
Defendants. )
_____/

**MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS
PHENIX CITY POLICE CHIEF PRESTON ROBINSON,
PHENIX CITY, ALABAMA, AND THEIR COUNSEL,
SHOULD NOT BE HELD IN CONTEMPT OF COURT
FOR FAILURE TO PROVIDE COURT ORDERED DISCOVERY**

NOW COMES Plaintiff, ROSIE CLIATT, by and through her attorney, FULTON B. EAGLIN, and for her MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS, PHENIX CITY POLICE CHIEF PRESTON ROBINSON, PHENIX CITY, ALABAMA, AND THEIR COUNSEL, SHOULD NOT BE HELD IN CONTEMPT OF COURT, states unto this Honorable Court as follows:

1. That said Defendants and their counsel have not complied with an Order dated September 27, 2006, by the Honorable Susan Russ Walker, by failing to respond to Plaintiff's discovery requests in her Motion to Compel filed with this Court on September 13, 2006.

2. That Defendants have not provided Plaintiff with tapes of interviews with Denise Williams dated May 3, 2003, and May 13, 2003, nor have they provided Plaintiff with tapes of officers' interviews.

WHEREFORE, Plaintiff requests an Order to Show Cause why said Defendants and their counsel should not be found in contempt of court for failure to comply with the said Order dated September 27, 2006, and ordered to pay all copying costs associated with the securing of said information, along with reasonable attorney fees for Plaintiff for having to file this Motion.

/s/ **Fulton B. Eaglin**

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 769-1668; 0911fax
fbeaglin@aol.com
March 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., JAMES PAUL GRAHAM, JR., KENDRICK E. WEBB, SCOTT WAYNE GOSNELL.

/S/  Fulton B. Eaglin

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 665-5355; 0911fax
fbeaglin@aol.com