UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, <br><br>Plaintiff<br><br>vs.<br><br>PHENIX CITY, ALABAMA, ET. AL.,<br><br>Defendants. | ) <br> ) <br> ) Case #3:06-cv-471-SRW [WO] <br> ) Hon. Mark E. Fuller <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION FOR SUBSTITUTE SERVICE**

NOW COMES Plaintiff, ROSIE CLIATT, by and through her attorney, FULTON B. EAGLIN, and for her Motion for Substitute Service, states unto this Honorable Court as follows:

1. That service of process upon Defendant, ERIC FETTY, was attempted in the above-entitled matter but not obtained, as said Defendant left the employ of the Russell County Sheriff Department.

2. That Plaintiff's attorney contacted Russell County Sheriff Tom Boswell, on December 20, 2006, and county attorney, Kenneth Funderburk on December 15, 2006, in an attempt to locate a forwarding address for Defendant, ERIC FETTY.

3. That both Sheriff Tom Boswell and Russell County Attorney Kenneth Funderburk advised Plaintiff's attorney that they were unable to provide a forwarding address for Defendant, ERIC FETTY, or any information relating to his whereabouts.

WHEREFORE, Plaintiff respectfully requests that this court allow her to serve Defendant, ERIC FETTY, with a copy of the Summonses, Complaint, First Amended Complaint and Second Amended Complaint in this matter, by publishing same in a pertinent newspaper of appropriate jurisdiction.

/s/ Fulton B. Eaglin

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 769-1668; 0911fax
fbeaglin@aol.com
March 8, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., JAMES PAUL GRAHAM, JR., KENDRICK E. WEBB, SCOTT WAYNE GOSNELL.

/S/ Fulton B. Eaglin

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 665-5355; 0911fax
fbeaglin@aol.com