**Alabama Department of Forensic Sciences, Firearms Examination/Laboratory Results**

**Dontavius L. Cliatt – Case 03MM00255**

Case Summary:

Item 1A, identified to be from Darius Farley, fired the following cartridge cases: 12E, 12L, 12M, 12V, 12W, 12X, 12OO, 12SS, and 12TT

Item 2A, identified to be from Deputy Fedde, fired the following cartridge cases: 12DD, 12EE, 12FF, 12GG, and 12HH.

Item 3A, identified to be from Deputy Mark Wells, fired the following cartridge cases: 12UU, 12VV, 12XX, 12YY, 12ZZ, 12AAA, 12BBB, 12CCC, and 12DDD.

Item 4A, identified to be from Jarrod Barr, fired the following cartridge cases: 12A, 12B, 12C, 12D, 12G, 12Y, 12Z, 12AA, 12BB, 12CC, 12II, 12JJ, 12LL, 12MM, 12WW, and 12EEE.

Item 5A, identified to be from David Reeves, fired the following cartridge case: 12Q.

Item 6A, identified to be from Patrick Daughtrey, fired the following cartridge case: 12U.

Item 7A, identified to be from Christopher Brenan, fired the following cartridge cases: 12F, 12H, 12I, 12K, 12J, 12N, 12O, 12P, 12R, 12S, 12T, 12KK, 12NN, 12PP, 12QQ, and 12RR.

Item 8A, identified to be from the subject, fired the following cartridge case: 8A1.

/s/ Katherine T. Richert