IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of ) <br> The Estate of Dontavius Cliatt, ) <br> ) Civil Action No. 3:06cv471-SRW <br> Plaintiff(s) ) <br> v. ) <br> ) <br> PHENIX CITY, ALABAMA, et al., ) <br> ) <br> Defendant(s) ) <br> ) | |

**AFFIDAVIT OF ROSIE CLIATT**

NOW COMES ROSIE CLIATT, after being first properly sworn, who swears and affirms as follows:

1. That she previously signed and had filed an affidavit in this case.

2. That the information contained therein was on information and belief true, at the time said affidavit was filed, and continues to be true today.

3. That this affidavit contains additional information which counsel has advised this affiant may be relevant to this court at this time.

4. That your affiant reaffirm, that she attempted on numerous occasions during the two years immediately following her son's death to obtain counsel without any success.

5. That your plaintiff earns very little money each year, less than ten thousand dollars to be exact.

6. That your plaintiff filed for and was adjudicated a bankrupt in 2006.

7. That your plaintiff has never had the funds necessary to hire a lawyer and pursue any litigation in this matter on a fee for services rendered basis.

8. That until your affiant found counsel who was willing to proceed on a percentage of recovery basis, she was unable to file any litigation in this matter.

9. That your affiant could not have afforded to file a suit to obtain discovery in this cause, even if she knew it might have been necessary, which she did not.

10. That your affiant is not an attorney, does not understand the rules of federal procedure, and had no idea how to proceed in this matter without the assistance of counsel.

11. That your affiant believes her son was killed wrongfully by Phenix City Police Officers and Russell County Sheriff Deputies.

12. That your affiant believes her son, Dontavius Cliatt, incurred bullet wounds, and/or incoming fire from Phenix City and/or Russell County Deputies while he sat in his automobile with Denise Williams on May 3, 2003.

13. That your affiant believes her son did not fire any rounds at any police officers while he was sitting in the car.

14. That your affiant believes her son attempted to get out of his automobile after first being fired upon by the aforesaid police officers, but did not fire any shots at anyone.

15. That your affiant has been made aware by Denise Williams of interviews between her and the Phenix Police after her son's death on May 3, 2003, and May 13, 2003.

16. That she believes Denise Williams informed the police who interviewed her, of the facts regarding her son being fired upon while in the car and while he was attempting to exit same.

17. That your affiant has, on numerous occasions, attempted to obtain a copy of said interviews, both in her own name, and through her counsel Fulton B. Eaglin.

18. That as of this date, she has been unable to do same.

19. That she believes the police are withholding this information in an attempt to cover up facts which will show they used excessive force in the arrest and killing of her son.

20. That your affiant is aware her counsel has on numerous occasions attempted to obtain copies of the interview held on May 3, 2003, and other interviews of Ms. Williams and others in this case subsequent to said date, but has been unsuccessful in obtaining same, although on information and belief, this court ordered the materials given to counsel.

FURTHER AFFIANT SAYETH NOT.


/s/ Rosie L. Cliatt
Rosie Cliatt

STATE OF ALABAMA    )
                    SS.
COUNTY OF RUSSELL   )


Subscribed and sworn to before me a Notary Public on March 14, 2007.

/s/ Rayfael E. Topley

Notary Public
My Comm. Expires: 5-13-08