UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, | ) ) |
| | ) Case #3:06cv471-SRW [WO] |
| Plaintiff | ) Hon. Mark E. Fuller |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| PHENIX CITY, ALABAMA, et al., | ) |
| | ) |
| Defendants. | ) |
| _____/ | |

### PLAINTIFF'S RESPONSE TO MARK WELLS' OBJECTION TO MOTION FOR SUBSTITUTE SERVICE

NOW COMES PLAINTIFF, ROSIE CLIATT, by and through her attorney FULTON B. EAGLIN, and in response to Defendant, MARK WELLS' Objection to Motion for Substitute Service, responds as follows:

1.    That counsel for Plaintiff requested Defendant MARK WELLS' counsel, SCOTT W. GOSNELL, to accept service of process for Defendant, ERIC FETTY.

2.    That SCOTT W. GOSNELL is representing Defendant MARK WELLS, the other Defendant-officer from the Russell County Sheriff's Department.

3.    That if Plaintiff had obtained service on Defendant, ERIC FETTY, on information and belief, SCOTT W. GOSNELL would have represented him,

4.    That SCOTT W. GOSNELL, counsel for Defendant MARK WELLS' refused to accept service of process on behalf of Defendant, ERIC FETTY.

5.      That SCOTT W. GOSNELL does not represent Defendant, ERIC FETTY,
and, therefore, he has no standing to file this response, or any other action in this matter,
on behalf of Defendant, ERIC FETTY.

WHEREFORE, Plaintiff, hereby requests this Honorable Court allow her to serve
Defendant, ERIC FETTY, with a copy of the Summonses, Complaint, First Amended
Complaint and Second Amended Complaint in this matter, by publishing same in a
pertinent newspaper of appropriate jurisdiction, as stated in her Motion For Substitute
Service filed on March 8, 2007.

**/s/ Fulton B. Eaglin**

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 769-1668; 0911fax
fbeaglin@aol.com
March 20, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2007, I electronically filed the foregoing with the Clerk
of the Court using the CM/ECF system which will send notification of such filing
to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., JAMES PAUL
GRAHAM, JR., KENDRICK E. WEBB, SCOTT WAYNE GOSNELL.

/S/  Fulton B. Eaglin

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 665-5355; 0911fax
fbeaglin@aol.com