UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT,<br><br>Plaintiff<br><br>vs.<br><br>PHENIX CITY, ALABAMA, et al.,<br><br>Defendants. | )<br>)<br>) Case #3:06cv471-SRW [WO]<br>) Hon. Mark E. Fuller<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS, PHENIX CITY POLICE CHIEF PRESTON ROBINSON, PHENIX CITY, ALABAMA, AND THEIR COUNSEL, SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILURE TO PROVIDE COURT ORDERED DISCOVERY**

NOW COMES PLAINTIFF, ROSIE CLIATT, by and through her attorney FULTON B. EAGLIN, and hereby responds to **DEFENDANTS' RESPONSE TO HER MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS, PHENIX CITY POLICE CHIEF PRESTON ROBINSON, PHENIX CITY, ALABAMA, AND THEIR COUNSEL, SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR FAILURE TO PROVIDE COURT ORDERED DISCOVERY,** as follows:

    1.    That said Defendants and their counsel have not complied with an Order dated September 27, 2006, by the Honorable Susan Russ Walker, in response to Plaintiff's discovery requests in her Motion to Compel and request for sanctions filed with this Court on September 13, 2006.

2. That on September 27, 2006, this Honorable Court ordered Defendants to furnish the information, not merely to make it available.

3. That as of this date, Defendants have not complied with this Court's Order dated September 27, 2006.

WHEREFORE, Plaintiff reiterates her request for an Order to Show Cause why said Defendants and their counsel should not be found in contempt of court for failure to comply with the said Order dated September 27, 2006, as well as her request for sanctions against Defendants in this matter.

/s/ **Fulton B. Eaglin**

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 769-1668; 0911fax
fbeaglin@aol.com
March  20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., JAMES PAUL GRAHAM, JR., KENDRICK E. WEBB, SCOTT WAYNE GOSNELL.

/S/  Fulton B. Eaglin

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
220 E. Huron, Suite 210
Ann Arbor, MI  48104
(734) 665-5355; 0911fax
fbeaglin@aol.com