## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| **v.** ) ) | **Civil Action No. 3:06-cv-471-SRW [WO]** |
| **PHENIX CITY, ALABAMA,** *et al.*, ) ) | |
| **Defendants.** ) | |

### DEFENDANT MARK WELLS' REPLY TO
### PLAINTIFF'S ANSWER TO MOTION TO DISMISS

COMES NOW the Defendant, Mark Wells (hereafter, "Deputy Wells" or the "Defendant"), and sets forth this Reply to Plaintiff's Answer to his Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for Plaintiff's failure to state a claim upon which relief can be granted. As grounds therefore, Deputy Wells states as follows:

1. This Defendant objects to the introduction of evidentiary materials outside of the four corners of the Plaintiff's Complaint, First Amended Complaint and Second Amended Complaint, and moves this Honorable Court to strike said materials from the record or, in the alternative, to convert his Motion to Dismiss to Summary Judgment, allow for additional time to submit pertinent materials in support thereof, and issue a new briefing schedule.

2. This Defendant has submitted a lengthy and thorough brief in support of his defense of the expiration of the statute of limitations in hopes that this Court will reconsider the applicable facts and law, and issue an Order dismissing the claims against Deputy Wells.

3. The Plaintiff has failed to meet the heightened pleading standard required in claims implicating qualified immunity, and failed to pursue multiple avenues designed to allow her to discover such facts as would allow her to meet that standard.

4. The Plaintiff has clearly sued Deputy Wells in his official capacity, and has conceded that Deputy Wells is due to be dismissed in his official capacity pursuant to the Eleventh Amendment to the United States Constitution.

5. The Plaintiff has conceded that Deputy Wells, in his official capacity, is not a "person" for purposes of § 1983.

6. The Plaintiff has conceded that her Fourteenth Amendement excessive force claims are due to be dismissed.

7. The Plaintiff has failed to show that Deputy Wells is not entitled to qualified immunity.

WHEREFORE, ABOVE PREMISES CONSIDERED, Defendant Mark Wells, moves this Honorable Court to dismiss this action against him pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

Respectfully submitted, this 20th day of March, 2007.

**s/Scott W. Gosnell**
KENDRICK E. WEBB – Bar. No. WEB022
SCOTT W. GOSNELL – Bar No. GOS002
Attorney for Defendant
WEBB & ELEY, P.C.
7475 Halcyon Pointe Road (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  sgosnell@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 20th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Faulton B. Eaglin
>LAW OFFICES OF FULTON B. EAGLIN
>220 E. Huron
>Suite 210
>Ann Arbor, MI 48104
>Telephone: (734) 665-5355
>Fax: (734) 665-0911
>Email: fbeaglin@aol.com
>
>James Robert McKoon, Jr.
>McKoon & Thomas
>P.O. Box 3220
>Phenix City, AL 36868-3220
>Telephone: (334) 297-2300
>Fax: (334) 297-2777
>Email: jrmckoon@aol.com

                s/Scott W. Gosnell
                OF COUNSEL