IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of Dontavius Cliatt, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 3:06-cv-471-MEF ) |
| PHENIX CITY, ALABAMA *et al.*, | ) ) ) ) |
| Defendants. | ) |

## **O R D E R**

It is hereby ORDERED that the Amended Scheduling Order (Doc. #20) filed on September 27, 2006 is VACATED.

DONE this the 30th day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE