IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, )<br><br>Plaintiff, )<br><br>v. )<br><br>PHENIX CITY, ALABAMA, et al., )<br><br>Defendants. ) | CIVIL ACTION NO. 3:06cv471-MEF<br>(WO) |

**ORDER**

Upon consideration of plaintiff's "Motion for Order to Show Cause Why Defendants Phenix City Police Chief Preston Robinson, Phenix City, Alabama, and their Counsel, Should Not Be Held in Contempt of Court for Failure to Provide Court Ordered Discovery," (Doc. # 58), it is

ORDERED that the motion is DENIED. Plaintiff's motion is apparently based on her counsel's interpretation of this court's September 27, 2006 order as requiring defendants to "furnish the [requested] information, not merely to make it available." (Doc. # 65). The court's order granting plaintiff's motion to compel required only that defendants *respond* to plaintiff's pending discovery requests and did not specify the manner or substance of the response. (See Doc. # 19).[1]

---

[1] It does not appear from the motion and response that defendants have failed to respond to the requests but, instead, that plaintiff's counsel takes issue with the response. Plaintiff's counsel may, if any dispute remains after the required good faith conference between counsel, file a properly supported motion to compel which includes the specific request at issue and the response plaintiff finds to be objectionable. If defendants have, in fact, failed to serve a response to plaintiff's discovery requests, plaintiff may renew

DONE, this 21st day of May, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

her motion for sanctions.