IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, )<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>PHENIX CITY, ALABAMA, PHENIX CITY )<br>POLICE CHIEF PRESTON ROBINSON, )<br>Individually, OFFICERS JOHN DOES 1-12, )<br>Individually, Police Officers Responding to )<br>the Scene, )<br>)<br>Defendants. ) | Case Number:<br><br>3:06-CV-0471-SRW |

## *RESPONSE OF PHENIX CITY POLICE DEPARTMENT TO SUBPOENA ISSUED BY PLAINTIFF ON JULY 12, 2007*

Comes now the Phenix City Police Department, an agency of the City of Phenix City, in the above styled cause and responds to the subpoena issued by Plaintiff on July 12, 2007, as follows:

1. Plaintiff issued a subpoena to the Police Chief, Brian McGarr, of the City of Phenix City Police Department on July 12, 2007.

2. Said subpoena was served.

3. A copy of said subpoena is attached hereto as Exhibit "A".

4. The subpoena issued by Plaintiff, requested the inspection of certain items on page 2 thereof.

5. The subpoena called for the production and inspection of the items listed therein, to take place at the Phenix City Police

PDF created with pdfFactory trial version www.pdffactory.com

Department 111 Broad Street, Phenix City, Alabama 36867 on July 23, 2007 at 10:00 A.M. The subpoena did not specify Eastern or Central Time. Phenix City is on Eastern Time. The Police Chief, Brian McGarr and counsel for the City of Phenix City, James R. McKoon, Jr., Joshua R. McKoon and James P. Graham, Jr., all were present on July 23, 2007 at 10:00 A.M. Eastern Time at the Phenix City Police Department with items 1 through 10 as requested, so that Plaintiff's attorney could inspect the same.

6. Plaintiff's attorney did not appear at 10:00 A.M. Eastern Time. Thinking that Plaintiff's attorney might have meant that production was to take place at 10:00 A.M. Central Time, Defendants' counsel and the Police Chief continued to wait until approximately 11:20 A.M. Eastern Time for Plaintiff's attorney to appear. Plaintiff's attorney did not appear and did not otherwise contact counsel for the Defendants or the Phenix City Police Chief to explain his failure to appear.

7. The Phenix City Police Department through its Chief of Police was prepared to produce to Plaintiff's attorney for inspection items 1 through 10 of the subpoenaed items. The Phenix City

PDF created with pdfFactory trial version www.pdffactory.com

Police Department does not possess items 11 through 15, but to its knowledge said documents are in the care, custody and control of either the Alabama Bureau of Investigation or the Russell County District Attorney's Office.

WHEREFORE, the above premises considered, the Phenix City Police Department files this response to the attached subpoena.

MCKOON, THOMAS & MCKOON

*/s/ James R. McKoon*
By:_____
   James R. McKoon, Jr. (MCK020)
   Joshua R. McKoon (MCK057)
   Attorneys for Defendants
   P. O. Box 3220
   Phenix City, Alabama 36868-3220
   Telephone 334-297-2300

OF COUNSEL:

James P. Graham, Jr.
P. O. Box 3380
Phenix City, Alabama  36868-3380
(334) 291-0315

PDF created with pdfFactory trial version www.pdffactory.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the foregoing Motion to Dismiss upon Counsel for the Plaintiff by delivering it via electronic mail through the CM/ECF system on this 23rd day of July, 2007:

Fulton B. Eaglin
220 E. Huron, Suite 210
Ann Arbor, Michigan 48104

Scott Wayne Gosnell
Webb & Eley
7475 Halcyon Pointe Road
P.O. Box 240909
Montgomery, AL 36124

                */s/ James R. McKoon*
                _____
                Counsel for Defendants