UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative )
of the Estate of DONTAVIUS CLIATT, )
) Case #3:06cv471-SRW [WO]
Plaintiff ) Hon. Mark E. Fuller
)
)
vs. )
)
PHENIX CITY, ALABAMA, et al., )
)
Defendants. )
_____/

**PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT PURSUANT TO FED. RULE CIV. PROC. 56(c)**

NOW COMES Plaintiff, by and through her undersigned attorney, and, for all of the reasons set forth in the supporting brief filed concurrently herewith, respectfully requests summary judgment in her favor and against the Defendants pursuant to Federal Rule of Civil Procedure 56(c).

/s/ Fulton B. Eaglin _____

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 East Arbor Road, Suite 100
Ann Arbor, MI  48103
(734) 665-5355; 0911fax
fbeaglin@aol.com
December 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., JAMES PAUL GRAHAM, JR., KENDRICK E. WEBB, SCOTT WAYNE GOSNELL.

/S/ Fulton B. Eaglin

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 East Arbor Road, Suite 100
Ann Arbor, MI  48103
(734) 665-5355; 0911fax
fbeaglin@aol.com