THE FRONT OF THIS DOCUMENT IS PINK - THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# ALABAMA
## Center for Health Statistics
# ALABAMA
### CERTIFICATE OF DEATH

101 0003-015695

**MJ**

TYPE IN PERMANENT BLACK INK. DO NOT USE GREEN, RED, OR BLUE INK.

| Field | Value |
|---|---|
| 1. Deceased Name | Dontavious Lamar Cliatt |
| 2. Date of Death | May 3, 2003 |
| 3. County of Death | Russell |
| 4. City, Town, or Location of Death and Zip Code | Phenix City, 36867 |
| 5. Inside City Limits | Yes |
| 6. Place of Death | Southside Park-Sandfort Road |
| 8. Hispanic Origin | No |
| 9. Race | Black |
| 10. Sex | Male |
| 11. Age | 21 yrs |
| 13. Date of Birth | April 4, 1982 |
| 14. Social Security Number | 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 |
| 15. Education | 10th Grade |
| 16. Marital Status | Never Married |
| 19. State of Birth | Florida |
| 20. Residence - State | Alabama |
| 21. County | Russell |
| 22. City, Town, or Location and Zip Code | Hurtsboro, 36850 |
| 23. Inside City Limits | No |
| 24. Street and Number | 7 Highway 51 North |
| 25. Informant | Mrs. Rosie Cliatt, 7 Highway 51 North, Hurtsboro, AL 36850 |
| 26. Usual Occupation | Field Crew |
| 27. Kind of Business or Industry | Water Works |
| 28. Father's Name | Gene Cliatt |
| 29. Maiden Name of Mother | Rosie Holmes |
| 30. Disposition of Body | Burial |
| 31. Date of Disposition | May 10, 2003 |
| 32. Cemetery or Crematory | St. Paul Cemetery |
| 33. Location | Hurtsboro, Alabama |
| 34. Funeral Home | Taylor Funeral Home, 1514 5th Avenue, Phenix City, Al 36867 |
| 36. Date Signed by Funeral Director | May 7, 2003 |
| 38. Date Signed | May 15, 2003 |
| 39. Time and Date of Death | May 3, 2003, 7:51 pm |
| 41. Name and Title of Person Who Completed Cause of Death | Linda Key, Coroner |
| 42. Address | P.O. Box 3577, Phenix City, AL 36867 |
| 44. Registrar | Constance J. King |
| 45. Date Filed | May 19, 2003 |

### MEDICAL CERTIFICATION

46. Part I. Immediate Cause: Multiple Gunshot Wounds

48. Manner of Death: Homicide
50. Autopsy: Yes
51. Were autopsy findings considered in determining cause of death: Yes
52. How Injury Occurred: Shot by another
53. Date of Injury: May 3, 2003
54. Hour of Injury: 6:45 pm
55. Injury at Work: No
56. Place of Injury: Public Road
57. Location of Injury: 2814 Sandfort Rd, Phenix City, Al.

This is a legal record and must be filed within five (5) days after death.

MAY 20 2003

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 2004-410-744-6

October 25, 2004

*Dorothy S. Harshbarger*, State Registrar