

ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

991 WIRE ROAD
AUBURN, ALABAMA 36830
(334) 887-7001

P.O. BOX 3510
AUBURN, ALABAMA 36831-3510
FACSIMILE (334) 887-7531

July 26, 2004

ROSIE L. CLIATT
P.O. BOX 313
HURTSBORO, ALABAMA 36860

Re:    01A-03MM00255
Dontovious Lamar Cliatt, subject

I, F. Taylor Noggle Jr., Director, hereby certify that the attached is a true and
complete copy of the report(s) of our findings pertaining to the above case
which is on file in my custody in the Alabama Department of Forensic
Sciences, Auburn, Alabama, and that I am the legal custodian of said report(s).
I further certify that it was in the regular course of business of said
Department for such report(s) to be made at the time of the events, transactions
or occurrences to which they refer or within a reasonable time thereafter.

F. Taylor Noggle Jr., Director
Legal Custodian of Records

Sworn to and subscribed before
me this 26th day of
July, 2004

Notary Public



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

July 7, 2004

The Honorable Kenneth E. Davis
District Attorney 26th Judicial Circuit
P. O. Box 939
Phenix City, Alabama 36867

Re:   Case No.  03MM00255
      Dontovious Lamar Cliatt, subject

Dear District Attorney Davis:

Enclosed are the Toxicological Analysis Report and National Medical Services Analysis Report to the above-referenced case.  This report, together with the Report of Autopsy and Firearms Examination/Laboratory Results Report, constitute our complete findings in this case.   We trust these documents are self-explanatory.

Please do not hesitate to contact us should you have any questions relative to this case.

Sincerely yours,

Stephen Boudreau, M. D.
State Medical Examiner

SB:cdr

Enclosures (2)

cc:    Coroner Linda Key

       Agent Ricky Agerton
       Alabama Bureau of Investigation

       Investigator Grover Goodrich
       Russell County Sheriff's Department

NATIONAL MEDICAL SERVICES                           CONFIDENTIAL Analysis Report
3701 Welsh Rd, PO Box 433A, Willow Grove, PA 19090-0437
(215)657-4900  Fax: (215)657-2972
e-mail: nms@nmslab.com                              Page    1
ROBERT A. MIDDLEBERG, PhD, DABFT, DABCC, Laboratory Director

Control # 30117534

Date Received: 03/10/04

20107                                              Name: CLIATT,DONTOVIOUS

Date Reported: 05/27/04

ALABAMA DEPT. OF FORENSIC SCIENCES                 I.D.: 03MM00255
JACK KALIN-BIRM. DIV.
1001 SOUTH 13TH STREET                             Report Status: ** FINAL REPORT **
BIRMINGHAM      AL US    35205                     SPECIMEN COLLECTION
                                                   Date: Not Provided
                                                   Time: Not Provided        268956   8

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---|---|---|---|---|---|
| | | 8095  RAPID TOX PANEL II, BLOOD | | | |
| OPIATES | BLOOD | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 20 | |
| COCAINE/METABOLITES | BLOOD | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 20 | |
| BENZODIAZEPINES | BLOOD | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 100 | |
| CANNABINOIDS | BLOOD | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 10 | |
| AMPHETAMINES | BLOOD | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 20 | |
| BARBITURATES | BLOOD | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 40 | |
| METHADONE | BLOOD | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 25 | |
| PHENCYCLIDINE | BLOOD | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 10 | |
| PROPOXYPHENE | BLOOD | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 50 | ANALYSIS BY ENZYME-LINKED IMMUNOSORBENT ASSAY (ELISA). |
| ETHANOL | BLOOD | 0 | G % | | |
| (ETHYL ALCOHOL) | | | | 0.02 | |
| METHANOL | BLOOD | NONE DETECTED | MG/DL | | |
| (METHYL ALCOHOL) | | | | 10 | |
| ISOPROPANOL | BLOOD | NONE DETECTED | MG/DL | | |
| (ISOPROPYL ALCOHOL) | | | | 10 | |
| ACETONE | BLOOD | NONE DETECTED | MG/DL | | |
| | | | | 10 | ANALYSIS BY GAS CHROMATOGRAPHY (GC). |
| SALICYLATES | BLOOD | NONE DETECTED | MCG/ML | | |
| | | | | 50 | |

(Additional Work on Report)

NATIONAL MEDICAL SERVICES                          CONFIDENTIAL Analysis Report
3701 Welsh Rd, PO Box 433A, Willow Grove, PA 19090-0437
(215)657-4900  Fax: (215)657-2972
e-mail: nms@nmslab.com                                              Page    2
ROBERT A. MIDDLEBERG, PhD, DABFT, DABCC, Laboratory Director

                                                        Control # 30117534
                          Date Received: 03/10/04
20107                                                   Name: CLIATT,DONTOVIOUS

                          Date Reported: 05/27/04
ALABAMA DEPT. OF FORENSIC SCIENCES                      I.D.: 03MM00255
JACK KALIN-BIRM. DIV.            Report Status: ** FINAL REPORT **
1001 SOUTH 13TH STREET                                  SPECIMEN COLLECTION
BIRMINGHAM      AL US      35205                         Date: Not Provided
                                                        Time: Not Provided      268956   8

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---------|----------|---------|-------|-----------|-------------------------|
| | | | | | ANALGESIC RANGE: 20 TO 100 MCG/ML. |
| | | | | | ANTI-INFLAMMATORY RANGE: 150 TO 300 MCG/ML. |
| | | | | | TOXIC: GREATER THAN 300 MCG/ML. |
| | | | | | ANALYSIS BY ENZYME-LINKED IMMUNOSORBENT ASSAY (ELISA). |
| ACETAMINOPHEN (TYLENOL) | BLOOD | NONE DETECTED | MCG/ML | 15 | |
| | | | | | ANALYSIS BY ENZYME-LINKED IMMUNOSORBENT ASSAY (ELISA). |
| GC SCREEN | BLOOD | POSITIVE NICOTINE | | | |

THE FOLLOWING IS A GENERAL LIST OF COMPOUND CLASSES
INCLUDED IN THE GAS CHROMATOGRAPHIC SCREEN. OTHER
SPECIFIED COMPOUNDS OUTSIDE THESE CLASSES ARE ALSO
INCLUDED. PLEASE NOTE THAT NOT ALL KNOWN COMPOUNDS
INCLUDED IN EACH SPECIFIED CLASS OR HEADING ARE
INCLUDED. THE DETECTION OF ANY PARTICULAR  COMPOUND IS
CONCENTRATION-DEPENDENT. FOR A DETAILED LIST OF ALL
COMPOUNDS INCLUDED IN THIS SCREEN, PLEASE CONTACT
NATIONAL MEDICAL SERVICES.

ANALGESICS (OPIOID AND NON-OPIOID), ANESTHETICS,
ANTIASTHMATIC AGENTS, ANTICHOLINERGIC AGENTS,
ANTICONVULSANT AGENTS, ANTIDEPRESSANTS,
ANTIEMETIC AGENTS, ANTIHISTAMINES, ANTIPARKINSONIAN
AGENTS, ANTIPSYCHOTIC AGENTS, ANTITUSSIVE AGENTS,
ANXIOLYTICS (BENZODIAZEPINES AND OTHERS),
CARDIOVASCULAR AGENTS (NON-DIGITALIS), HALLUCINOGENS,
HYPNOSEDATIVES (BARBITURATE AND OTHERS), MUSCLE
RELAXANTS, NON-STEROIDAL ANTI-INFLAMMATORY AGENTS
(EXCLUDING SALICYLATE) AND STIMULANTS (AMPHETAMINE-LIKE
AND OTHERS).
ANALYSIS SCREENED BY GAS CHROMATOGRAPHY (GC) AND
CONFIRMED BY GAS CHROMATOGRAPHY/MASS SPECTROMETRY
(GC/MS).

| SEDATIVES SCREEN | BLOOD | NONE DETECTED | | | |



(Additional Work on Report)

NATIONAL MEDICAL SERVICES                 CONFIDENTIAL Analysis Report
3701 Welsh Rd, PO Box 433A, Willow Grove, PA 19090-0437
(215)657-4900  Fax: (215)657-2972
e-mail: nms@nmslab.com                                    Page    3
ROBERT A. MIDDLEBERG, PhD, DABFT, DABCC, Laboratory Director

                                              Control # 30117534

                        Date Received: 03/10/04
                                              Name: CLIATT,DONTOVIOUS
20107
                        Date Reported: 05/27/04
                                              I.D.: 03MM00255
ALABAMA DEPT. OF FORENSIC SCIENCES
JACK KALIN-BIRM. DIV.                Report Status: ** FINAL REPORT **
1001 SOUTH 13TH STREET                                SPECIMEN COLLECTION
BIRMINGHAM      AL US    35205                         Date: Not Provided
                                                      Time: Not Provided          268956   8

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---------|----------|---------|-------|-----------|-------------------------|
| | | | | | SCOPE OF ANALYSIS: |
| | | | | | BARBITURATES (AMOBARBITAL, BUTALBITAL, BUTABARBITAL, |
| | | | | | PENTOBARBITAL, SECOBARBITAL), BENZODIAZEPINES |
| | | | | | (DIAZEPAM, NORDIAZEPAM, CHLORDIAZEPOXIDE), |
| | | | | | THEOPHYLLINE, PHENYTOIN, MEPROBAMATE (CARISOPRODOL). |
| | | | | | ANALYSIS SCREENED BY GAS CHROMATOGRAPHY (GC) AND |
| | | | | | CONFIRMED BY GAS CHROMATOGRAPHY/MASS SPECTROMETRY |
| | | | | | (GC/MS). |

                         8095  RAPID TOX PANEL II, URINE

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---------|----------|---------|-------|-----------|-------------------------|
| OPIATES | URINE | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 300 | |
| PHENCYCLIDINE | URINE | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 25 | |
| AMPHETAMINES | URINE | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 1000 | |
| COCAINE/METABOLITES | URINE | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 300 | |
| CANNABINOIDS | URINE | . | NG/ML | | |
| | | PRESUMPTIVE POSITIVE | | | |
| (CROSS REACTIVES) | | | | 50 | |
| BARBITURATES | URINE | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 300 | |
| BENZODIAZEPINES | URINE | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 300 | |
| METHADONE | URINE | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 300 | |
| PROPOXYPHENE | URINE | NONE DETECTED | NG/ML | | |
| (CROSS REACTIVES) | | | | 300 | ANALYSIS BY ENZYME IMMUNOASSAY (EIA). |

                       5327  CANNABINOID CONFIRMATION, URINE

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---------|----------|---------|-------|-----------|-------------------------|
| DELTA-9 CARBOXY THC | URINE | 24 | NG/ML | | |
| (MAJOR THC MARIHUANA METAB.) | | | | 15 | NO REFERENCE DATA IS PROVIDED FOR THE SPECIMEN TYPE |
| | | | | | SUBMITTED FOR THIS ANALYSIS. |
| | | | | | ANALYSIS BY GAS CHROMATOGRAPHY/MASS SPECTROMETRY |

                        (Additional Work on Report)

NATIONAL MEDICAL SERVICES
3701 Welsh Rd, PO Box 433A, Willow Grove, PA 19090-0437
(215)657-4900  Fax: (215)657-2972
e-mail: nms@nmslab.com
ROBERT A. MIDDLEBERG, PhD, DABFT, DABCC, Laboratory Director

CONFIDENTIAL Analysis Report

Page    4

20107

ALABAMA DEPT. OF FORENSIC SCIENCES
JACK KALIN-BIRM. DIV.
1001 SOUTH 13TH STREET
BIRMINGHAM      AL US      35205

Date Received: 03/10/04

Date Reported: 05/27/04

Report Status: ** FINAL REPORT **

Control # 30117534

Name: CLIATT,DONTOVIOUS

I.D.: 03MH00255

SPECIMEN COLLECTION
Date: Not Provided
Time: Not Provided          268956    8

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---------|----------|---------|-------|-----------|-------------------------|
|         |          |         |       | (GC/MS).  |                         |

(End of Report)





ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

September 9, 2003

Honorable Kenneth E. Davis
District Attorney 26th Judicial Circuit
P. O. Box 939
Phenix City, Alabama 36867

Re: Case No. 03MM00255
Dontovious Lamar Cliatt, subject

Dear District Attorney Davis:

The enclosed Report of Autopsy and Firearms Examination / Laboratory Results Report constitute our partial report. We trust these memoranda are self-explanatory.

Further examinations (toxicology analyses) are being conducted and reports will be issued as they are completed.

Please do not hesitate to contact us should you have any questions relative to this case.

Sincerely yours,

Stephen Boudreau, M. D.
State Medical Examiner

SB:jps

Enclosures (2)

cc:    Coroner Linda Key

       Agent Ricky Agerton
       Alabama Bureau of Investigation

       Investigator Grover Goodrich
       Russell County Sheriff's Department



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

| REGIONAL LABORATORY | MEDICAL EXAMINER |
|---|---|
| P.O. BOX 210516 | P.O. BOX 240591 |
| MONTGOMERY, AL 36121-0516 | MONTGOMERY, AL 36124-0591 |
| (334) 242-2938 | (334) 242-3093 |
| FACSIMILE (334) 240-3284 | FACSIMILE (334) 260-8734 |

## REPORT OF AUTOPSY

CASE NO.    03MM00255(01AH30)    DATE/TIME:   May 5, 2003
                                              0930 - 1030

COUNTY:    Russell

DECEDENT:   Dontovious Lamar Cliatt


### PATHOLOGIC DIAGNOSES:


I.    Multiple Gunshot Wounds.

II.   Postmortem Toxicology to follow.


---


CAUSE OF DEATH:      Multiple Gunshot Wounds


MANNER OF DEATH:     Homicide

EVIDENCE OF INJURY:

There are multiple gunshot wounds.

Gunshot Wound A:  There is a gunshot wound of the right hand.  The wound is seen to extend in a furrow along the right hand with the jacket and fragments of bullet coming to rest in the dorsum of the right hand.  Extends through the right wrist and the projectile is retrieved from the volar surface of the right forearm, a distance of 6 cm from the right wrist.  The projectile measures approximately a centimeter in diameter and is markedly deformed.  The skin along the entry wound is split.  The wound is open to the bone on the right wrist.  The wound globally measures approximately 8 cm x 4 cm in width extending superiorly along the hand and wrist.

Gunshot Wound B:  There is a gunshot wound in the left flank just superior to the pelvic brim and posteriorly in the left flank.  The bullet tract extends through the musculature of the back and flank to the right flank where a projectile is retrieved in the subcutis of the right flank.  The bullet measures approximately ½ inch in its greatest diameter.  There is bruising of the musculature along the bullet tract.  No vital organs are involved in the length of the bullet tract.

Gunshot Wound C:  There is a gunshot entry wound 6 inches from the top of the head and 5 inches from the posterior aspect of the head superior and slightly anterior to the left ear.  It is approximately ¼ inch in diameter.  The bullet is seen to track through the left globe fracturing the skull across the temporal skull and enters the skull extensively fracturing the left orbit.  It is seen to come to rest in the ethmoid plates centrally.  A projectile is retrieved from this region.  It is approximately ½ inch in its greatest diameter.  It is markedly deformed.  There is extensive hemorrhage in the surrounding skull.  The brain is pulpified along the frontal lobes with extensive hemorrhaging in the subarachnoid space.  There are multiple fragments of bone within the frontal lobes.  As indicated, the left eye is completely pulpified.

Gunshot Wound D:  There is a gunshot wound in the left chest 3 inches x 2 inches in width.  The bullet is seen to track to the right and posteriorly.  The entry wound is 9 inches from the tip of the shoulder.  The bullet traverses the soft tissues of the back and is seen to lie in the subcutis at a distance of 6 inches from the superior portion of the shoulder and 9 inches from the lateral aspect of the shoulder.  The bullet is retrieved.  It is greatly deformed and measures approximately ½ inch in length.



Gunshot Wound E:  There is a gunshot entry wound in the left chest just superior to the left clavicle.  The bullet is seen to traverse the left chest with the tract extending to the right shoulder.  The bullet is found within the subcutis of the right shoulder.  It is markedly deformed and measures approximately ½ inch in diameter.  The tract of the bullet is seen to extend through the mediastinum.  The musculature of the back and to the right shoulder, as indicated, is immediately posterior to the right shoulder.  No vital structures appear to be in the tract of this bullet.  The entry wound measures approximately 2 inches in an oval shape.  There is extensive bruising of the mediastinum on its posterior aspect along the tract of the bullet.

Gunshot Wound F:  There is a gunshot entry wound just below the left nipple 9 inches from the back and approximately 2 inches from the lateral chest wall.  The bullet is seen to track inferiorly and slightly posteriorly.  It extends into the left hemithorax into the pericardium.  It is seen to pulpify the heart along the bullet tract.  The bullet is found in the base of the right lung. It is associated with a hemothorax of approximately 2 liters.  As indicated, the left ventricle is pulpified along the course of the bullet with free opening of the left ventricular wall on its lateral aspect and anteriorly.  The pericardium is torn along the tract of the bullet.  The bullet measures approximately ½ inch in diameter and it is markedly deformed.

Gunshot Wound G:  There is a gunshot entry wound and an exit wound in the left arm 8 inches from the superior portion of the shoulder and extending inferiorly.  Approximately 4 inches from the back of the arm the bullet is seen to exit anteriorly on the arm.  The bullet is found resting in clothing at this point.  It is greatly deformed and measures approximately 0.5 cm in its greatest diameter.  There is what appears to be a second gunshot entry wound in the left arm extending through the full thickness of the arm and, again, exiting along this path.  It is seen to extend through the soft tissues.  It again appears to exit the arm on its inner aspect and extend into the superior aspect of the chest. The bullet is retrieved in the subcutis posteriorly of the left chest.  Again, it measures approximately ½ inch in diameter.  It is greatly deformed.  No vital organs are along the path of the bullet.  The musculature of the left back is disrupted.  There is, in addition, what appears to be a gunshot wound involving the fingers of the left hand.  There is a marked area of disruption of the tip of the right index finger with the tip blown off as well as portions of the ring finger.  This would appear to represent a completely separate gunshot wound from the one identified in the right hand and wrist.

Page 3 of 8
Case 03MM00255

**EVIDENCE OF MEDICAL INTERVENTION:**

There is a lead on the posterior chest.  No other evidence of medical intervention is identified.

**EXTERNAL EXAMINATION:**

The body is that of a black male appearing his stated age of 21 years weighing 155 pounds and 72 inches in length.

SCARS, TATTOOS, DISTINGUISHING FEATURES:  There is a tattoo on the left upper arm in a snake-like design.  No other distinguishing features are identified.

CONDITION OF THE BODY:  There is posterior dependent lividity and rigor mortis present diffusely.

HEAD AND FACE (excluding injuries):  The head is normocephalic and covered with blackish hair.  The face displays whiskers which are sparse and in a moustache fashion.  Eyes:  The right eye only is present.  The pupil is dilated and fixed.  It is brown in color. Nares:  The nose is unremarkable.  Oral cavity:  The mouth is filled with teeth in poor repair.  The tongue is unremarkable. Ears:  The ears are unremarkable.

NECK:  The neck is symmetrical.

CHEST:  The chest is unremarkable with the exception of the wounds noted above.

ABDOMEN:  The abdomen is unremarkable.

EXTERNAL GENITALIA:  Normal adult male genitalia.

EXTREMITIES:  There is a linear abrasion along the left leg 3 inches in length in the thigh at a distance of approximately 10 inches from the pelvic brim having the appearances of a bullet graze.  The skin is intact.  The wound does not enter the thigh. BACK:  Please see evidence of injury.

**INTERNAL EXAMINATION (excluding injuries):**

SEROSAL SURFACES:  The abdominal serosal surfaces are unremarkable.  All abdominal viscera all present and in their usual positions.

CARDIOVASCULAR: Please see evidence of injury. The heart weighs 300 grams. The myocardium is of normal color and consistency. The valves are pliant. The thoracic aorta displays no evidence of atherosclerosis. The great vessels to the head and neck are unremarkable and widely patent. The abdominal aorta displays no evidence of atherosclerosis. The great vessels to the abdominal viscera are widely patent as are the renal arteries. The inferior vena cava is unremarkable.

RESPIRATORY: The right and left lungs weigh 250 and 340 grams respectively. The pleural surfaces are a purple-gray. The lungs display no evidence of consolidation or tumefaction. The cut surfaces demonstrate the bronchi to contain small amounts of blood-tinged mucous. The trachea contains blood-tinged mucous. They are otherwise unremarkable.

HEPATOBILIARY: The liver weighs 1000 grams. The parenchyma is a normal gray brown. The capsular surface is smooth and glistening. The cut surface is unremarkable. The gallbladder contains small amounts of bile. The common bile duct is widely patent. The pancreas is grossly unremarkable.

ENDOCRINE: The pituitary, thyroid and adrenal glands are unremarkable.

RETICULOENDOTHELIAL: The spleen weighs 50 grams. It is grossly unremarkable. The pulp is of normal consistency and distribution. No abnormality of regional lymph nodes is identified.

GASTROINTESTINAL: The esophagus is unremarkable. The stomach contains approximately 50 cc of mucoid material. It is otherwise unremarkable. The duodenum, large and small bowels are unremarkable. The appendix is present.

GENITOURINARY: The right and left kidneys weigh 110 grams each. The capsules strip easily. The cortices are smooth and regular. The calices, pelves and ureters are unremarkable. The urinary bladder contains approximately 50 cc of clear urine. The prostate gland is unremarkable. The genitalia are normal adult male genitalia.

CENTRAL NERVOUS: Please see evidence of injury. The brain weighs 1300 grams as indicated. The frontal portion of the brain is pulpified and displays areas of extensive hemorrhage. It is otherwise unremarkable.

NECK ORGANS: The strap muscles of the neck are unremarkable. The hyoid bone and larynx are unremarkable. The cervical vertebral column is intact.

MUSCULOSKELETAL:    Please see evidence of injury.

AUTHORIZATION:

An autopsy is carried on the remains of Dontovias Lamar Cliatt on May 5, 2003 at the Central Alabama Forensic Medicine Facility in Montgomery, Alabama, at the behest of Ken Davis, District Attorney for Russell County, pursuant to Act 87-5-25 commencing at 0930.

PERSONS PRESENT:

IDENTIFICATION:

The body is identified to me by Scott Belton, Investigator.  There is a tag on the right wrist.  Photographs and fingerprints are taken.

CLOTHING AND PERSONAL EFFECTS:

CLOTHING: .  The body is clothed in a hat, shirt, pants, socks, sneakers, and underwear.  The shirt is stating Polo with a logo of polo players.  The hat is an Alabama University hat.

PERSONAL EFFECTS:  Please see DFS-1 Form.  A small bag of plant substance is identified in one of the pockets.

EVIDENCE:

Please see DFS-1 Form.

Stephen Boudreau, M.D.
State Medical Examiner

SB:pl

Page 6 of 8
Case 03MM00255

Form DFS-22

ALABAMA DEPARTMENT OF

FORENSIC SCIENCES

Case No. 03mm00255





**ALABAMA**
# DEPARTMENT OF FORENSIC SCIENCES

1001 13TH STREET SOUTH
BIRMINGHAM, AL 35205-3498
TEL (205) 933-6621

P. O. BOX 55725
BIRMINGHAM, AL 35255-5725
FAX (205) 933-0820

## TOXICOLOGICAL ANALYSIS REPORT

| Subject | **Dontovious Lamar Cliatt** | Case No | **03MM00255** |
|---|---|---|---|

| Report to | State Medical Examiner Stephen Boudreau, MD | Received | 5/7/2003 |
|---|---|---|---|
| | Alabama Department of Forensic Sciences | Reported | 6/10/2004 |
| | P. O. Box 240591, 8160 Auburn University Montgomery Drive | | |
| | Montgomery, AL  36124-0591 | | |

**Evidence received**

| Item | Description | Received from | Agency | Date |
|---|---|---|---|---|
| 1 | Sealed plastic bag containing toxicology specimens. | Clara Marshall | Alabama Department of Forensic Sciences | 5/7/2003 |

**Evidence analyzed (including sub-items)**

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|---|---|---|---|---|---|
| 1A1-A3 | Blood, peripheral | Reference laboratory analysis | | | 3 |
| 1B | Blood, central | | NA | | |
| 1C | Vitreous Humor | | NA | — | |
| 1D | Urine | Reference laboratory analysis | | | 3 |
| 1E | Bile | | NA | | |
| 1G | Liver | | NA | | |

**Footnotes**

NA    Not analyzed/not applicable.

3      Analysis was conducted by a reference laboratory; report is attached.

*Sarawanee C. Parish*

Sarawanee C. Parish, PhD, DFTCB
Forensic Scientist

──────── **END OF REPORT** ────────

Remaining evidence is scheduled to be disposed 12 months from the reported date unless storage space becomes limited or alternate arrangements are made prior thereto.

RECEIVED



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

May 5, 2003

Coroner Linda Key
1910 18th Street
Phenix City, Alabama 36867

Re:    Case 03MM00255
Dontovious Lamar Cliatt, subject

Dear Madam:

This department performed an examination on the body of Dontovious Lamar Cliatt.. Based on the findings of this examination and the presently known circumstances of the death, it is my opinion that the cause of death is Multiple Gunshot Wounds.  The manner of death is Homicide.

This preliminary report is intended to expedite death certificate.  It should not be used for grand jury or court proceedings in lieu of the final report of the complete findings, which will also be forwarded to the District Attorney of Russell County and the appropriate investigative agency.

Sincerely yours,

Stephen Boudreau, M. D.
State Medical Examiner

SB:jmg

cc:    Honorable Kenneth Davis

       Ricky Agerton, Agent
       Alabama Bureau of Investigation

       Grover Goodrich, Investigator
       Russell County Sheriff's Department



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

| REGIONAL LABORATORY | MEDICAL EXAMINER |
|---|---|
| P.O. BOX 210516 | P.O. BOX 240591 |
| MONTGOMERY, AL 36121-0516 | MONTGOMERY, AL 36124-0591 |
| (334) 242-2938 | (334) 242-3093 |
| FACSIMILE (334) 240-3284 | FACSIMILE (334) 260-8734 |

July 30, 2003

Re:    Case 03MM00255
Dontavious L. Cliatt, subject

Cross Reference: 03MM00254

MEMORANDUM:    To File

BY:    Katherine T. Richert, Forensic Scientist

SUBJECT:    Firearms Examination / Laboratory Results

On May 19, 2003, Agent Ricky Agerton of the Alabama Bureau of Investigations delivered to the undersigned certain evidence identified as relative to the above styled case. The following is a description of the evidence and the results of laboratory examinations:

Item 1:    One sealed brown paper bag labeled in part "Darius Farley", containing:

Item 1A:    One Smith & Wesson model 4046 semi-automatic pistol, caliber .40 S&W, serial number VUV4730, without magazine inserted. This pistol was test fired using submitted magazine and ammunition.

Item 1B:    One brown paper bag containing:

Item 1B-1:    One Smith & Wesson pistol magazine. This magazine was used for testing purposes.

Items 1B-2 through 1B-4:    Three (3) unfired Federal brand cartridges, caliber .40 S&W. Two (2) of these cartridges were used for testing purposes.

Item 2:    One sealed brown paper bag labeled in part "Deputy Fedde", containing:

*KTRichert*

Firearms Examination / Laboratory Results    Case Number 03MM00255         Page 1 of 15



Form DFS-21

## ALABAMA DEPARTMENT OF FORENSIC SCIENCES

Date _____     Case No. _____



Thoracic abdominal, male, anterior and posterior views

**Item 2A:**    One Glock model 17 semi-automatic pistol, caliber 9mm, serial number BLM897US, without magazine inserted. This pistol was test fired using submitted magazine and ammunition.

**Item 2B:**    One Glock pistol magazine which contains Items 2B-1 through 2B-10. This magazine was used for testing purposes.

**Items 2B-1 through 2B-10:**  Ten (10) unfired Speer brand cartridges, caliber 9mm. Two (2) of these cartridges were used for testing purposes.

**Item 2C:**    One unfired Speer brand cartridge, caliber 9mm.

**Item 3:**    One sealed brown paper bag labeled in part "Deputy Mark Wells", containing:

**Item 3A:**    One H&K model USP semi-automatic pistol, caliber 9mm, serial number 24-028594, without magazine inserted. This pistol was test fired using submitted magazine and ammunition.

**Item 3B:**    One H&K pistol magazine which contains Items 3B1 through 3B5. This magazine was used for testing purposes.

**Items 3B1 through 3B5:**    Five (5) unfired Speer brand cartridges, caliber 9mm. Two (2) of these cartridges were used for testing purposes.

**Item 3C:**    One unfired Speer brand cartridge, caliber 9mm.

**Item 4:**    One sealed brown paper bag labeled in part "Jarrod Barr", containing:

**Item 4A:**    One Glock model 22 semi-automatic pistol, caliber .40 S&W, serial number ERZ702US, without magazine inserted. This pistol was test fired using submitted magazine and ammunition.

**Item 4B:**    One Glock pistol magazine. This magazine was used for testing purposes.

**Items 4C through 4Q:**    Fifteen (15) unfired Federal brand cartridges, caliber .40 S&W. Two (2) of these cartridges were used for testing purposes.

**Item 5:**    One sealed brown paper bag labeled in part "David Reeves", containing:

**Item 5A:**    One Glock model 23C semi-automatic pistol, caliber .40 S&W, serial number EMC959US, without magazine inserted. This pistol was test fired using submitted magazine and ammunition.

Firearms Examination / Laboratory Results    Case Number 03MM00255        Page 2 of 15

**Item 5B:**      One Glock pistol magazine. This magazine was used for testing purposes.

**Items 5C through 5N:**      Twelve (12) unfired Federal brand cartridges, caliber .40 S&W. Two (2) of these cartridges were used for testing purposes.

**Item 6:**      One sealed brown paper bag labeled in part "Patrick Daughtrey", containing:

**Item 6A:**      One Smith & Wesson model 4046 semi-automatic pistol, caliber .40 S&W, serial number VZT4020, without magazine inserted. This pistol was test fired using submitted magazine and ammunition.

**Item 6B:**      One brown paper bag containing:

**Item 6B-1:**      One Smith & Wesson pistol magazine. This magazine was used for testing purposes.

**Items 6B-2 through 6B-12:**      Eleven (11) unfired Federal brand cartridges, caliber .40 S&W. Two (2) of these cartridges were used for testing purposes.

**Item 7:**      One sealed brown paper bag labeled in part "Christopher Brenan", containing:

**Item 7A:**      One Glock model 22 semi-automatic pistol, caliber .40 S&W, serial number EXL750US, without magazine inserted. This pistol was test fired using submitted magazine and ammunition.

**Item 7B:**      One Glock pistol magazine, caliber .40 S&W. This magazine was used for testing purposes.

**Item 7C through 7Q:**      Fifteen (15) unfired Federal brand cartridges, caliber .40 S&W. Two (2) of these cartridges were used for testing purposes.

**Item 8:**      One sealed cardboard box containing:

**Item 8A:**      One Smith & Wesson model 6906 semi-automatic pistol, caliber 9mm, serial number TCD3380, without magazine inserted. As received, this pistol had a fired cartridge case partially remaining in the chamber.

**Item 8A-1:**      One fired Winchester brand cartridge case, caliber 9mm, which was improperly extracted and still partially in the chamber of the Smith & Wesson pistol described as Item 8A. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol previously described as Item 8A.

Firearms Examination / Laboratory Results   Case Number 03MM00255          Page 3 of 15

**Item 8B:**   One pistol magazine which contains Items 8B-1 through 8B-7. This magazine was used for testing purposes.

**Items 8B-1 through 8B-7:**   Seven (7) unfired Winchester brand cartridges, caliber 9mm. Two (2) of these cartridges were used for testing purposes.

**Item 9:**   One sealed manila envelope containing one pistol magazine which contains Items 9A through 9L.

**Items 9A through 9D:**   Four (4) unfired Winchester brand cartridges, caliber 9mm. Two (2) of these cartridges were used for testing purposes.

**Item 9E:**   One unfired Remington brand cartridge, caliber 9mm.

**Items 9F through 9L:**   Seven (7) unfired Winchester brand cartridges, caliber 9mm.

**Item 10:**   One sealed manila envelope containing one Glock pistol magazine, caliber .40 S&W.

**Item 11:**   One sealed manila envelope containing one Glock pistol magazine, caliber .40 S&W.

**Item 12:**   One sealed manila envelope containing:

**Item 12A:**   One manila envelope labeled in part "#1", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

**Item 12B:**   One manila envelope labeled in part "#2", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

**Item 12C:**   One manila envelope labeled in part "#3", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

**Item 12D:**   One manila envelope labeled in part "#4", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12E:    One manila envelope labeled in part "#5", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Item 12F:    One manila envelope labeled in part "#6", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12G:    One manila envelope labeled in part "#7", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12H:    One manila envelope labeled in part "#8", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12I:    One manila envelope labeled in part "#9", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12J:    One manila envelope labeled in part "#10", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12K:    One manila envelope labeled in part "#11", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12L:    One manila envelope labeled in part "#12", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Item 12M:    One manila envelope labeled in part "#13", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Item 12N:    One manila envelope labeled in part "#14", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12O:    One manila envelope labeled in part "#15", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12P:    One manila envelope labeled in part "#16", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12Q:    One manila envelope labeled in part "#17", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 5A.

Item 12R:    One manila envelope labeled in part "#18", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12S:    One manila envelope labeled in part "#19", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12T:    One manila envelope labeled in part "#20", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

**Item 12U:**     One manila envelope labeled in part "#21", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 6A.

**Item 12V:**     One manila envelope labeled in part "#22", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

**Item 12W:**     One manila envelope labeled in part "#23", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

**Item 12X:**     One manila envelope labeled in part "#24", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

**Item 12Y:**     One manila envelope labeled in part "#25", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

**Item 12Z:**     One manila envelope labeled in part "#26", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

**Item 12AA:**     One manila envelope labeled in part "#27", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

**Item 12BB:**     One manila envelope labeled in part "#28", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Firearms Examination / Laboratory Results   Case Number 03MM00255          Page 7 of 15

Item 12CC:  One manila envelope labeled in part "#29", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12DD:  One manila envelope labeled in part "#30", containing one fired Speer brand cartridge case, caliber 9mm.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 2A.

Item 12EE:  One manila envelope labeled in part "#31", containing one fired Speer brand cartridge case, caliber 9mm.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 2A.

Item 12FF:  One manila envelope labeled in part "#32", containing one fired Speer brand cartridge case, caliber 9mm.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 2A.

Item 12GG:  One manila envelope labeled in part "#33", containing one fired Speer brand cartridge case, caliber 9mm.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 2A.

Item 12HH:  One manila envelope labeled in part "#34", containing one fired Speer brand cartridge case, caliber 9mm.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 2A.

Item 12II:  One manila envelope labeled in part "#35", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12JJ:  One manila envelope labeled in part "#36", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12KK:  One manila envelope labeled in part "#37", containing one fired Federal brand cartridge case, caliber .40 S&W.  Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12LL:    One manila envelope labeled in part "#38", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12MM:    One manila envelope labeled in part "#39", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12NN:    One manila envelope labeled in part "#40", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item12OO:    One manila envelope labeled in part "#41", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Item 12PP:    One manila envelope labeled in part "#42", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12QQ:    One manila envelope labeled in part "#43", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12RR:    One manila envelope labeled in part "#44", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12SS:    One manila envelope labeled in part "#45", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Item 12TT:    One manila envelope labeled in part "#46", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Item 12UU:    One manila envelope labeled in part "#47", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12VV:    One manila envelope labeled in part "#48", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12WW:    One manila envelope labeled in part "#49", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12XX:    One manila envelope labeled in part "#50", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12YY:    One manila envelope labeled in part "#51", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12ZZ:    One manila envelope labeled in part "#52", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12AAA:    One manila envelope labeled in part "#53", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12BBB:    One manila envelope labeled in part "#54", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12CCC:    One manila envelope labeled in part "#55", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

**Item 12DDD**: One manila envelope labeled in part "#56", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

**Item 12EEE**: One manila envelope labeled in part "#57", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

**Item 13**: One sealed manila envelope containing:

**Item 13A**: One manila envelope labeled in part "#58"and "By head of suspect", containing one unfired Winchester brand cartridge, caliber 9mm.

**Item 13B**: One manila envelope labeled in part "#59"and "Bumper of car", containing one unfired Winchester brand cartridge, caliber 9mm.

**Item 13C**: One manila envelope labeled in part "#60", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

**Item13D**: One manila envelope labeled in part "#61", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

**Item 13E**: One manila envelope labeled in part "#62", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 13F:    One manila envelope labeled in part "#63", containing one fired copper jacketed bullet.  Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 13G:    One manila envelope labeled in part "#64", containing one fired copper jacketed bullet.  Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 13H:    One manila envelope labeled in part "#65", containing one fired copper jacketed bullet.  Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Smith & Wesson pistols described previously as Items 1A or 6A. This bullet was not fired through any of the barrels of any of the Glock pistols described elsewhere as Items 4A, 5A, or 7A.

Item 13I:    One manila envelope labeled in part "#66", containing one fired copper jacketed bullet.  Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Smith & Wesson pistols described previously as Items 1A or 6A.  This bullet was not fired through any of the barrels of any of the Glock pistols described elsewhere as Items 4A, 5A, or 7A.

Item 13J:    One manila envelope labeled in part "#67", containing one piece of lead with a small piece of brass jacket attached.  Laboratory examination of this .40/10mm caliber bullet revealed it to be too damaged for any further comparison.

Item 13K:    One manila envelope labeled in part "#68", containing one fired, badly damaged copper jacketed bullet.  Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

**Item 13L:**    One manila envelope labeled in part "#69", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was <u>not</u> fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

**Item 13M:**    One manila envelope labeled in part "#70", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was <u>not</u> fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

**Item 14:** One sealed manila envelope containing:

**Item 14A:**    One sealed manila envelope labeled in part "Projectile found upper left back", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was <u>not</u> fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

**Item 14B:**    One sealed manila envelope labeled in part "Projectile found lower right back", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was <u>not</u> fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

**Item 14C:**    One sealed manila envelope labeled in part "Projectile found right lower chest", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through any of the barrels of the Smith & Wesson pistols described previously as Items 1A or 6A. This bullet was <u>not</u> fired through a barrel of any of the Glock pistols described elsewhere as Items 4A, 5A, or 7A.

Firearms Examination / Laboratory Results    Case Number 03MM00255        Page 13 of 15

**Item 14D:**     One sealed manila envelope labeled in part "Projectile found Posterior right shoulder", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was <u>not</u> fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

**Item 14E:**     One sealed manila envelope labeled in part "Projectile found on top of left shoulder", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was <u>not</u> fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

**Item 14F:**     One sealed manila envelope labeled in part "Projectile from head", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was <u>not</u> fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

**Item 14G:**     One sealed manila envelope labeled in part "Projectile found on back of Right hand", containing two (2) pieces of fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was <u>not</u> fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Test fires will be retained in the laboratory in the event they are needed in future testing. This evidence should be picked up by the investigative agency at the earliest opportunity.

Firearms Examination / Laboratory Results    Case Number 03MM00255            Page 14 of 15