# ALABAMA UNIFORM ARREST REPORT

Fingerprinted: [X] Yes [ ] No
R84 Completed: [X] Yes [ ] No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

## IDENTIFICATION

- 1 ORI #: 0 5 7 0 1 0 0
- 2 AGENCY NAME: PHENIX CITY POLICE DEPARTMENT
- 3 CASE #: 0 3 P L 1 2 6 4 5
- 4 SFX:
- 5 LAST, FIRST, MIDDLE NAME: WILLIAMS,MARIETTE,DENISE
- 6 ALIAS AKA:
- 7 SEX: [ ] M [X] F
- 8 RACE: [ ] W [X] B [ ] A [ ] I
- 9 HGT.: 5'10"
- 10 WGT.: 150
- 11 EYE: BRO
- 12 HAIR: BLK
- 13 SKIN:
- 14: [ ] SCARS [ ] MARKS [ ] TATOOS [ ] AMPUTATIONS
- 15 PLACE OF BIRTH (CITY, COUNTY, STATE): DETROIT,MICHIGAN
- 16 SSN: 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
- 17 DATE OF BIRTH: M 0 7 D 1 9 Y 7 0
- 18 AGE: 32
- 19 MISCELLANEOUS ID #:
- 20 SID #:
- 21 FINGERPRINT CLASS (KEY, MAJOR, PRIMARY, SCDV, SUB-SECONDARY, FINAL): HENRY CLASS / NCIC CLASS
- 22 DL #:
- 23 ST:
- 24 FBI #:
- 25 IDENTIFICATION COMMENTS:
- 26: [X] RESIDENT [ ] NON-RESIDENT
- 27 HOME ADDRESS (STREET, CITY, STATE, ZIP): 2205 B 15TH AVE. P.C.,ALABAMA 36867
- 28 RESIDENCE PHONE: (334) 448-3301
- 29 OCCUPATION (BE SPECIFIC):
- 30 EMPLOYER (NAME OF COMPANY/SCHOOL): DISABLED
- 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP):
- 32 BUSINESS PHONE: ( ) -

## ARREST

- 33 LOCATION OF ARREST (STREET,CITY,STATE): PCPD 1111 BROAD STREET P.C.,ALA.36867
- 34 SECTOR #: 0 0 C 2 0 1 1
- 35 ARRESTED FOR YOUR JURISDICTION? [X] YES [ ] NO — [X] IN STATE [ ] OUT STATE AGENCY: PHENIX CITY POLICE DEPARTMENT
- 36 CONDITION OF ARRESTEE: [ ] DRUNK [X] SOBER [ ] DRINKING [ ] DRUGS
- 37 RESIST ARREST? [ ] YES [X] NO
- 38 INJURIES? [X] NONE [ ] OFFICER [ ] ARRESTEE
- 39 ARMED? [ ] Y [X] N
- 40 DESCRIPTION OF WEAPON: [ ] HANDGUN [ ] RIFLE [ ] SHOTGUN [ ] OTHER FIREARM [ ] OTHER WEAPON
- 41 DATE OF ARREST: M 0 5 D 1 2 Y 0 3
- TIME OF ARREST: 13:55 [ ] 1.AM [ ] 2.PM [X] MIL.
- 43 DAY OF ARREST: S [X] T W T F S
- 44 TYPE OF ARREST: [ ] ON VIEW [ ] CALL [X] WARRANT
- 45 ARRESTED BEFORE? [X] YES [ ] NO [ ] UNKNOWN
- 46 CHARGE-1: MURDER [X] FEL [ ] MISD
- 47 UCR CODE:
- 48 CHARGE-2: [ ] FEL [ ] MISD
- 49 UCR CODE:
- 50 STATE CODE/LOCAL ORDINANCE: 13A-6-2
- 51 WARRANT #:
- 52 DATE ISSUED: M 0 5 D 1 2 Y 0 3
- 53 STATE CODE/LOCAL ORDINANCE:
- 54 WARRANT #:
- 55 DATE ISSUED: M D Y
- 56 CHARGE-3: [ ] FEL [ ] MISD
- 57 UCR CODE:
- 58 CHARGE-4: [ ] FEL [ ] MISD
- 59 UCR CODE:
- 60 STATE CODE/LOCAL ORDINANCE:
- 61 WARRANT #:
- 62 DATE ISSUED: M D Y
- 63 STATE CODE/LOCAL ORDINANCE:
- 64 WARRANT #:
- 65 DATE ISSUED: M D Y
- 66 ARREST DISPOSITION: [ ] HELD [ ] TOT–LE [ ] BAIL [ ] OTHER [ ] RELEASED
- 67 IF OUT ON RELEASE WHAT TYPE?
- 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME):
- 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME):

## VEHICLE

- 70 VYR:
- 71 VMA:
- 72 VMO:
- 73 VST:
- 74 VCO TOP / BOTTOM:
- 75 TAG #:
- 76 LIS:
- 77 LIY:
- 78 VIN:
- 79 IMPOUNDED? [ ] YES [ ] NO
- 80 STORAGE LOCATION/IMPOUND #:
- 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED: [ ] CONTINUED IN NARRATIVE

## JUVENILE

- 82 JUVENILE DISPOSITION: [ ] HANDLED AND RELEASED [ ] REF. TO WELFARE AGENCY [ ] REF. TO ADULT COURT [ ] REF. TO JUVENILE COURT [ ] REF. TO OTHER POLICE
- 83 RELEASED TO:
- 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE:
- 85 ADDRESS (STREET, CITY, STATE, ZIP):
- 86 PHONE: ( ) -
- 87 PARENTS EMPLOYER:
- 88 OCCUPATION:
- 89 ADDRESS (STREET, CITY, STATE, ZIP):
- 90 PHONE: ( ) -

## RELEASE

- 91 DATE AND TIME OF RELEASE: M 0 5 D 1 2 Y 0 3 : [ ] AM [ ] PM [X] MIL.
- 92 RELEASING OFFICER NAME: SGT.SOCRATES MILES
- 93 AGENCY/DIVISION: PCPD
- 94 ID #:
- 95 RELEASED TO: RCSO
- 96 AGENCY/DIVISION: RCSO
- 97 AGENCY ADDRESS: 305 PRENTISS DRIVE
- 98 PERSONAL PROPERTY RELEASED TO ARRESTEE: [ ] YES [ ] NO [ ] PARTIAL
- 99 PROPERTY NOT RELEASED/HELD AT:
- 100 PROPERTY #:
- 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE): NO INJURIES NOTED.
- LOCAL USE:
- STATE USE:
- 102 SIGNATURE OF RECEIVING OFFICER:
- 103 SIGNATURE OF RELEASING OFFICER:
- MULTIPLE CASES CLOSED:
- 104 CASE #:
- 105 SFX:
- 106 CASE #:
- 107 SFX:
- 108 CASE #:
- 109 SFX:
- 110 ADDITIONAL CASES CLOSED NARRATIVE: [ ] Y [ ] N
- 111 ARRESTING OFFICER (LAST, FIRST, M.): VARGO,MICHAEL SGT.
- 112 ID #: 194
- 113 ARRESTING OFFICER (LAST, FIRST, M.): MILES,SOCRATES SGT.
- 114 ID #: 215
- 115 SUPERVISOR: ID #
- 116 WATCH CMDR.: ID #

TYPE OR PRINT IN BLACK INK ONLY

ACJIC--34 REV. 10-90

ALABAMA JUDICIAL INFORMATION SYSTEM

IN THE DISTRICT COURT OF RUSSELL COUNTY

AGENCY NUMBER:

WARRANT NUMBER: WR 2003 001236.00
OTHER CASE NBR:

# COMPLAINT

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED  MIKE VARGO
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR BELIEVING, AND DOES BELIEVE THAT   MARIETTE DENISE WILLIAMS    DEFENDANT, WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE NAMED COUNTY AND

DID ON OR ABOUT MAY 3, 2003
(X) WHILE IN THE COMMISSION OF, OR ATTEMPT TO COMMIT ANOTHER FELONY TO-WIT___ ROBBERY AND IN THE COURSE OF AND IN FURTHERANCE OF
SAID CRIME, OR WAS IN IMMEDIATE FLIGHT THEREFROM, OR ANOTHER PARTICIPANT
TO-WIT: DONTAVIOUS CLIATT, DID CAUSE THE DEATH OF DAVID GIBSON
BY SHOOTING HIM WITH A PISTOL
IN VIOLATION OF 13A-006-002                                OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____
COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 12 DAY OF MAY, 2003.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: MURDER                13A-006-002           F FELONY

WITNESS FOR THE STATE

MIKE VARGO/P C P D/PHENIX CITY/36867

OPERATOR: SAM    DATE: 05/12/2003

## RUSSELL COUNTY DISTRICT ATTORNEY
## FELONY INTAKE & CHARGING SHEET

| Offense MURDER | Screening Personnel Buster Landreau/ kd |
|---|---|
| Affiant MIKE VARGO | Date of Offense 5-3-03 |

**FACTS:** ON 5-3-03 AT ABOUT 5:00 PM DEFT AND DONTAVIOUS CLIATT WENT TO YESTERYEAR MOTORS AT 1309 14TH STREET. THERE CLIATT ENTERED THE BUSINESS AND ROBBED THE VICTIM. IN THE COURSE OF THE ROBBERY CLIATT SHOT AND KILLED THE VICTIM. CLIATT AND DEFT THEN LEFT AND WENT TO THEIR RESIDENCE AT 2205-B 15TH AVE. WHEN CLIATT LEFT THE BUSINESS HE WAS WEARING A TORN AND BLOODY SHIRT. UPON ARRIVING AT THE HOME CLIATT CHANGED CLOTHES. HE AND DEFT PLACED THE CLOTHES IN A TRASH BAG TOGETHER WITH THE VICTIMS WALLET AND THEN TRIED TO GO TO HURTSBORO. EN ROUTE THEY WERE STOPPED AND A SHOOT OUT ENSUED IN WHICH CLIATT WAS KILLED.

DEFT GAVE A STATEMENT - SHE & CLIATT WENT TO LOT. SHE LOOKED AT DARK BLUE CAR ( NO FINGERPRINTS RECOVERED FROM BLUE CAR). SHE THEN HEARS A GUNSHOT OR SHOTS AND CLIATT COMES OUT, GETS IN THE CAR AND THEY GO TO HER RESIDENCE. WHILE THERE CLIATT TELLS HER HE ROBBED THE MAN AND SHOT HIM.

A BANDANNA WAS RECOVERED INSIDE. IT MATCHES THE ONE SHE WAS CARRYING

| SUSPECT INFO | Name MARIETTE DENISE WILLIAMS | | Race BLACK | Sex FEMALE |
|---|---|---|---|---|
| DOB 7-19-70 | SSN 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 | FBI | SID | |

| VICTIM | Name DAVID GIBSON | Address 3015 HWY 80 WEST APT 3 PC | Phone |
|---|---|---|---|
| LEAD INV | Name & Rank MIKE VARGO | Agency PCPD | Report #03PL12645 |

**CHECKLIST**
- Suspect in Custody? YES
- Victim Injured/Death? DEATH
- Suspect Posses Weapon? NO
- Theft or Destruction of Property? Yes
- Description of Property:

- Was Property Recovered? yes
- Can Victim ID Property? No
- Fingerprints Lifted/Attempted? Yes
- Forced Entry? No

- Did Suspect Confess? No