| RUSSELL COUNTY DISTRICT ATTORNEY FELONY INTAKE & CHARGING SHEET ||
|---|---|
| **Defendant** MARIETTA WILLIAMS | **Offense** MURDER |
| **Affiant** MIKE VARGO | **Screening Personnel** Buster Landreau/ KENNETH DAVIS |

The above charge(s) was presented to the Russell County District Attorney's Charging Unit and an arrest warrant against said Defendant is hereby:

☑ APPROVED

☐ DENIED

Date: *BF* 5-12-03