### PCPD/RCSO COMMUNICATIONS
### 03PL12645 & 03PL12653
### Side A

Unknown:    12805 Chief.

Chief:    Ten four.  I'm on my way now into talk to Lou now.  We're going to admin, uh, put these guys all five of them that were involved in the shooting –garbled- uh till Monday, we'll get a hold of them Monday.  Lou's going to have to take the squad for the next two days and we'll try to get someone to come in and work for David Reeves.  The squad will probably have to cover housing, since all three of them were involved.  **And I'll get with you later on some, uh, couple problems that I see right off the bat down there.**  But, uh, you got any other suggestions?