UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative )
of the Estate of DONTAVIUS CLIATT, )
) Case #3:06cv471-SRW [WO]
Plaintiff ) Hon. Mark E. Fuller
)
)
vs. )
)
PHENIX CITY, ALABAMA, et al., )
)
Defendants. )
_____/

**EVIDENTIARY SUBMISSION FOR
BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT PURSUANT TO FED. RULE CIV. PROC. 56(c)**

The following list of 10 Exhibits attached to the Brief in Support of Plaintiff's Motion for Summary Judgment filed in this matter on December 7, 2007, on behalf of Plaintiff, by FULTON B. EAGLIN, are identified as follows:

Exhibit 1, Certificate of Death;

Exhibit 2, Medical, Autopsy and Firearms Reports;

Exhibit 3, Alabama Uniform Arrest Record re Denise Mariette Williams;

Exhibit 4, Police Memoranda re Interviews with Denise Williams;

Exhibit 5, May 23, 2003 Report of Captain J. Hart;

Exhibit 6, Russell County District Attorney Felony Intake and Charging Sheet;

Exhibit 7, Letters of Administration;

Exhibit 8, Affidavit of Rosie Cliatt;

Exhibit 9, Affidavit of Fulton B. Eaglin; and

Exhibit 10, Transcript of Police Communications;

                  **/s/ Fulton B. Eaglin**

                  Fulton B. Eaglin (P24834)
                  Attorney for Plaintiff
                  2610 East Arbor Road, Suite 100
                  Ann Arbor, MI  48103
                  (734) 665-5355; 0911fax
                  fbeaglin@aol.com
                  December 10, 2007

### CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., JAMES PAUL GRAHAM, JR., KENDRICK E. WEBB, SCOTT WAYNE GOSNELL.

                  /S/ Fulton B. Eaglin

                  Fulton B. Eaglin (P24834)
                  Attorney for Plaintiff
                  2610 East Arbor Road, Suite 100
                  Ann Arbor, MI  48103
                  (734) 665-5355; 0911fax
                  fbeaglin@aol.com