IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of Dontavius Cliatt,<br>       Plaintiff,<br>v.<br><br>PHENIX CITY, ALABAMA *et al.*,<br>       Defendants. | )<br>)<br>)<br>)<br>)   CASE NO. 3:06-cv-471-MEF<br>)<br>)<br>)<br>) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Summary Judgment (Doc. #74) filed on December 7, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on January 7, 2008.

It is further ORDERED that the defendants file a response which shall include a brief and any evidentiary materials on or before December 31, 2007. The plaintiff may file a reply brief on or before January 7, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 12th day of December, 2007.

                                                          /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE