IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

ROSIE CLIATT, et al.,        )
                             )
    Plaintiff,                )
                             )
v.                           )   CASE NO. 3:06-cv-00471-SRW
                             )
PHENIX CITY, ALABAMA, et al.,)
                             )
    Defendants,               )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  PHENIX CITY, ALABAMA , a **Defendant** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☒ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                     Relationship to Party
_____         _____
_____         _____
_____         _____

12/20/2007                            s/James R. McKoon, Jr.
Date                                  (Signature)

                                      James R. McKoon, Jr.
                                      (Counsel's Name)

                                      Phenix City, Alabama
                                      Counsel for (print names of all parties)
                                      P. O. Box 3220
                                      Phenix City, Alabama 36868-3220
                                      Address, City, State Zip Code
                                      (334) 297-2300
                                      Telephone Number

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, James R. McKoon, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20th\_\_\_\_\_day of Deceber_____ 20 07, to:

Fulton Eaglin, Esquire

Scott Gosnell, Esquire

12/20/2007                                                                              s/ James R. McKoon, Jr.
        Date                                                                                              Signature

PDF created with pdfFactory trial version www.pdffactory.com