IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ EASTERN _____ DIVISION

ROSIE CLIATT, et al., )
)
Plaintiff, )
)
v. ) CASE NO. 3:06-cv-00471-SRW
)
PHENIX CITY, ALABAMA, et al., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW PRESTON ROBINSON, a **Defendant** in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party
_____                   _____
_____                   _____
_____                   _____
_____                   _____

12/20/2007                                s/James R. McKoon, Jr.
Date                                      (Signature)

                                          James R. McKoon, Jr.
                                          (Counsel's Name)

                                          PRESTON ROBINSON
                                          Counsel for (print names of all parties)
                                          P. O. Box 3220
                                          Phenix City, Alabama 36868-3220
                                          Address, City, State Zip Code
                                          (334) 297-2300
                                          Telephone Number

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____EASTERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, James R. McKoon, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 20th____day of Deceber_____ 20 07, to:

Fulton Eaglin, Esquire

Scott Gosnell, Esquire

12/20/2007                                        s/ James R. McKoon, Jr.
      Date                                              Signature

PDF created with pdfFactory trial version www.pdffactory.com