IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative of )
The Estate of Dontavius Cliatt, )
)  Civil Action No. 3:06cv471-SRW
           Plaintiff(s) )
v. )
)
PHENIX CITY, ALABAMA, et al., )
)
           Defendant(s) )
)

_____/

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ROSIE CLIATT, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

This party is an individual.

The following entity and its relationship to the party is hereby reported:

| Reportable Entity: | Relationship to Party |
|---|---|
| The Estate of Dontavius Cliatt | Rosie Cliatt is Personal Representative of the Estate |

:

           **/s/ Fulton B. Eaglin**_____

December 26, 2007    Fulton B. Eaglin (P24834)
                                Attorney for Plaintiff
                                2610 East Arbor Road, Suite 100
                                Ann Arbor, MI  48103
                                (734) 665-5355; 0911fax
                                fbeaglin@aol.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., JAMES PAUL GRAHAM, JR., KENDRICK E. WEBB, SCOTT WAYNE GOSNELL.

/S/ Fulton B. Eaglin

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 East Arbor Road, Suite 100
Ann Arbor, MI  48103
(734) 665-5355; 0911fax
fbeaglin@aol.com