IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative of )
The Estate of Dontavius Cliatt, )
) Civil Action No. 3:06cv471-SRW
Plaintiff(s) )
v. )
)
PHENIX CITY, ALABAMA, et al., )
)
Defendant(s) )
)
_____/

## PLAINTIFF'S SECOND MOTION
## FOR SUBSTITUTE SERVICE ON ERIC FETTY

NOW COMES Plaintiff, ROSIE CLIATT, by and through her attorney, FULTON B. EAGLIN, and for her Second Motion for Substitute Service, states unto this Honorable Court that service of process upon Defendant, ERIC FETTY, was attempted in the above-entitled matter, but not obtained. See Affidavit of this attorney attached hereto as Exhibit 1.

WHEREFORE, Plaintiff respectfully requests that this Court allow her to serve Defendant, ERIC FETTY, with a copy of the Summonses, Complaint, First Amended Complaint and Second Amended Complaint in this matter, by publishing same in a pertinent newspaper of appropriate jurisdiction.

/s/ Fulton B. Eaglin
Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 E. Arbor Road, Suite 100
Ann Arbor, MI 48103
(734) 665-5355; 0911fax
fbeaglin@aol.com
December 28, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., JAMES PAUL GRAHAM, JR., KENDRICK E. WEBB, and SCOTT WAYNE GOSNELL.

        **Fulton B. Eaglin**  _____
        Fulton B. Eaglin (P24834)
        Attorney for Plaintiff
        2610 E. Arbor Road, Suite 100
        Ann Arbor, MI  48103
        (734) 665-5355; 0911fax
        fbeaglin@aol.com
        December 28, 2007