IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative of )
The Estate of Dontavius Cliatt, )
) Civil Action No. 3:06cv471-SRW
Plaintiff(s) )
v. )
)
PHENIX CITY, ALABAMA, et al., )
)
Defendant(s) )
)

_____/

## AFFIDAVIT

NOW COMES FULTON B. EAGLIN, Attorney for Plaintiff, and Affiant herein, regarding the above-captioned cause, and says as follows:

1. That service of process upon Defendant, ERIC FETTY, was attempted in this matter but not made, as Defendant Fetty left the employ of the Russell County Sheriff Department.

2. That your affiant received email from attorney J.R. McKoon on December 14, 2006 (attached hereto as Exhibit A), advising he could accept service for the Phenix City police officers, but would not represent the Sheriff's Department. He advised contacting Russell County Sheriff Tommy Boswell, or Kenneth Funderburk, the Russell County Attorney, to see if they would accept service on behalf of the Sheriff's deputies.

3. That your affiant contacted Russell County Sheriff Tom Boswell on December 20, 2006, via email, attempting to locate a forwarding address for Defendant Fetty, and he responded on December 21, 2006, via email (attached hereto as Exhibit B).

4. That Russell County Sheriff Tom Boswell advised your affiant that he had no forwarding address for Defendant Fetty, nor did he have any information regarding his whereabouts.

5. That your affiant contacted the Russell County Attorney, Kenneth Funderburk, by telephone on December 15, 2006, regarding a forwarding address for Defendant Fetty.

6. That Russell County Attorney Kenneth Funderburk advised your affiant that he had no information relating to said Defendant's whereabouts.

7. That your affiant attempted to locate a current address for Defendant Fetty, via Internet search links, but was unable to do so, nor find any information relating to his whereabouts.

8. That Plaintiff, ROSIE CLIATT, searched her local telephone books for Defendant Fetty, and contacted local "Information," but was unable to find a listing for him, or any information at all about him.

9. That your affiant contacted attorney Scott Gosnell at Kendrick Webb on February 7, 2007, regarding Defendant Fetty's whereabouts. He advised he would be representing Defendant Fetty, if we found him, but he had no information relating to his whereabouts.

10. Your affiant believes some of the Defendants know Mr. Fetty's whereabouts, but are unwilling to share said information with Plaintiff's attorney.

11. Your affiant believes Defendant Fetty knows about this case, and is avoiding service of process.

                        **/s/ Fulton B. Eaglin**_____
Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 E. Arbor Road, Suite 100
Ann Arbor, MI  48103
(734) 665-5355; 0911fax
fbeaglin@aol.com
December 28, 2007