Reminder: AOL will never ask you to send us your password or credit card number in an email. This message has been scanned for known viruses.

**From:** JRMcKOON@aol.com
**To:** FBEAGLIN@aol.com
**Subject:** Re: (no subject)
**Date:** Thu, 14 Dec 2006 7:15 PM

We can accept service for the Phenix City police officers but we do not represent the Sheriff's dept. You may want to call the Sheriff, Tommy Boswell, or Mr Funderburk, the County Attorney and see if they will accept service. The Sheriff's number is 334 2986535. Mr Funderburk's number is 334 2972900.