Reminder: AOL will never ask you to send us your password or credit card number in an email. This message has been scanned for known viruses.

| | |
|---|---|
| From: | fbeaglin@aol.com |
| To: | tboswell@rcso.org |
| Subject: | Re: Service of process |
| Date: | Thu, 21 Dec 2006 10:21 AM |

Sheriff Boswell,

Thank you for your prompt reply. We will find the officers in question.

Fulton B. Eaglin

-----Original Message-----
From: tboswell@rcso.org
To: fbeaglin@aol.com
Sent: Thu, 21 Dec 2006 10:03 AM
Subject: RE: Service of process

Mr. Eaglin - both of these officers left my Department a great while ago - Wells is with the Phenix City Fire Department and I have absolutely no idea where Fetty is now - I will not accept service for them - if you have any questions please direct them to my attorney in Montgomery Kendrick Webb - thanks - Sheriff Tommy Boswell

**From:** fbeaglin@aol.com [mailto:fbeaglin@aol.com]
**Sent:** Wednesday, December 20, 2006 11:21 AM
**To:** Tommy Boswell
**Subject:** Service of process

Good morning Sheriff Boswell,

My name is Fulton B. Eaglin, I am a licensed attorney in the State of Michigan. My Bar number here is P24834.

I represent the Estate of Dontavius Cliatt, who has brought suit against Phenix City and others arising out of his death on May 3, 2003. We filed suit in this matter earlier this year. At the time we filed suit, we did not know the names of all the police officers involved or the police agencies which had been involved in the incident. As a result we sued all police officers as John Does 1-12.

Through discovery provided us by Phenix City, we have now learned the names of all the officers that were involved in the incident. Officers Mark Wells and Officers Eric Fetty are the only officers involved from your department. The first page and a half of the complaint is attached hereto.

We need to serve Officers Wells and Officer Fetty. Will you accept service of process for these offficers? If you will not, would you please advise me how I might serve these two officers in your

department. When faced with this kind of problem, I usually hire the local sheriff's department to serve the individuals, but since these persons are part of your department, that does not seem appropriate.

Please respond at your earliest convenience.

Fulton B. Eaglin, Esq.
220 E. Huron St., Suite 210
Ann Arbor, Michigan 48104-1912
Telephone 734-665-5355

---

**Check out the new AOL.** Most comprehensive set of free safety and security tools, free access to millions of high-quality videos from across the web, free AOL Mail and more.