UNITED STATES DISTRICT COURT
IN THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative )
of the Estate of DONTAVIUS CLIATT, )
                                              ) Case #3:06cv471-SRW [WO]
Plaintiff                                ) Hon. Mark E. Fuller
                                              )
vs.                                                   )
PHENIX CITY, ALABAMA, et al.,      )
Defendants.                           )
_____/

**EVIDENTIARY SUBMISSION FOR
PLAINTIFF'S SECOND MOTION FOR SUBSTITUTE SERVICE**

    The following list of Exhibits attached to the Plaintiff's Second Motion for Substitute Service filed in this matter on December 28, 2007, on behalf of Plaintiff, by FULTON B. EAGLIN, are identified as follows:

<u>Exhibit 1</u>, Affidavit of Fulton B. Eaglin

<u>Exhibit A</u>, copy of email dated December 14, 2007, from J.R. McKoon to F.B. Eaglin.

<u>Exhibit B</u>, copy of email exchange between F.B. Eaglin and Sheriff Tommy Boswell dated December 20-21, 2007.

                                 **/s/ Fulton B. Eaglin**

                                 Fulton B. Eaglin (P24834)
                                 Attorney for Plaintiff
                                 2610 East Arbor Road, Suite 100
                                 Ann Arbor, MI  48103
                                 (734) 665-5355; 0911fax
                                 fbeaglin@aol.com
                                 December 28, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., JAMES PAUL GRAHAM, JR., KENDRICK E. WEBB, and SCOTT WAYNE GOSNELL.

/s/ Fulton B. Eaglin

Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 East Arbor Road, Suite 100
Ann Arbor, MI  48103
(734) 665-5355; 0911fax
fbeaglin@aol.com