IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT**,<br><br>     Plaintiff,<br><br>v.<br><br>**PHENIX CITY, ALABAMA, *et al.*,**<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:06-cv-471-SRW [WO]<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT MARK WELLS'S MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Mark Wells (hereafter, "Deputy Wells" or the "Defendant") and moves this Court pursuant to Rule 56 for summary judgment in his favor on all remaining claims against him. Defendant shows unto the Court that there are no genuine issues as to the material facts, and that Defendant is entitled to judgment as a matter of law.

1. The evidence before the Court does not support Plaintiff's claim for summary judgment; and

2. The evidence before the Court clearly shows that Deputy Wells in entitled to qualified immunity.

As demonstrated in the accompanying memorandum brief, there are no disputed material facts, and Defendant is entitled to summary judgment as a matter of law in that the Defendant is immune from liability under the doctrine of qualified immunity. Specifically, the Plaintiff has failed to establish that Deputy Wells used excessive force in the apprehension and death of Dontavious Cliatt. Further, there was no established law that would have given the Defendant warning that his conduct was unlawful.

WHEREFORE, ABOVE PREMISES CONSIDERED, Defendant Mark Wells, moves this Court to enter an order granting summary judgment in his favor and against the Plaintiff as to the remaining claim against him.

Respectfully submitted, this 28th day of December, 2007.

        **s/Scott W. Gosnell**
        KENDRICK E. WEBB – Bar. No. WEB022
        SCOTT W. GOSNELL – Bar No. GOS002
        Attorney for Defendant
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Road (36117)
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: sgosnell@webbeley.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this the 28th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

          Faulton B. Eaglin
          LAW OFFICES OF FULTON B. EAGLIN
          220 E. Huron
          Suite 210
          Ann Arbor, MI 48104
          Telephone: (734) 665-5355
          Fax: (734) 665-0911
          Email: fbeaglin@aol.com

          James Robert McKoon, Jr.
          McKoon & Thomas
          P.O. Box 3220
          Phenix City, AL 36868-3220
          Telephone: (334) 297-2300
          Fax: (334) 297-2777
          Email: jrmckoon@aol.com

          **s/Scott W. Gosnell**
          OF COUNSEL