**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ROSIE CLIATT, as Personal** | ) | |
| **Representative of the Estate of** | ) | |
| **DONTAVIUS CLIATT** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No. 3:06-cv-471-SRW [WO]** |
| **v.** | ) | |
| | ) | |
| **PHENIX CITY, ALABAMA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**EVIDENTIARY SUBMISSIONS IN SUPPORT OF**
**DEFENDANT MARK WELLS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, Mark Wells and submits the following Evidentiary Materials

in support of his contemporaneously filed Motion for Summary Judgment:

| Exhibit | Description |
|---|---|
| A | Complaint dated May 12, 2003 |
| B | Felony Intake & Charging Sheet |
| C | Memorandum of Interview of Denise Williams by Phenix City Investigator Michael Vargo dated May 4, 2003 |
| D | Memorandum of Interview of Denise Williams by Phenix City Investigator Socrates Miles dated May 4, 2003 |
| E | Russell County Sheriff Department LAW Incident Table |
| F | Report from Phenix City Police Captain J. Hart to Phenix City Police Chief P. Robinson dated May 23, 2003 |
| G | Department of Forensic Sciences Firearms Examination/Laboratory Report dated July 30, 2003 |
| H | Alabama Certificate of Death of Dontavious Lamar Cliatt dated May 20, 2003 |

| Exhibit | Description |
|---|---|
| I | Department of Forensic Sciences Report of Autopsy dated May 5, 2003 |

Respectfully submitted, this 28th day of December, 2007.

> **s/Scott W. Gosnell**
> KENDRICK E. WEBB – Bar. No. WEB022
> SCOTT W. GOSNELL – Bar No. GOS002
> Attorney for Defendant
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Road (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  sgosnell@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Faulton B. Eaglin
LAW OFFICES OF FULTON B. EAGLIN
220 E. Huron
Suite 210
Ann Arbor, MI 48104
Telephone:  (734) 665-5355
Fax: (734) 665-0911
Email:  fbeaglin@aol.com

James Robert McKoon, Jr.
McKoon & Thomas
P.O. Box 3220
Phenix City, AL 36868-3220
Telephone: (334) 297-2300
Fax: (334) 297-2777
Email: jrmckoon@aol.com

> **s/Scott W. Gosnell**
> OF COUNSEL