# Exhibit A

# Complaint, District Court of Russell County Warrant Number WP 2003 001216.00, dated May 12, 2003

IN THE DISTRICT COURT OF RUSSELL COUNTY

AGENCY NUMBER:  
WARRANT NUMBER: WR 2003 001236.00  
OTHER CASE NBR:

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF RUSSELL COUNTY, ALABAMA, PERSONALLY APPEARED MIKE VARGO WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR BELIEVING, AND DOES BELIEVE THAT MARIETTE DENISE WILLIAMS DEFENDANT, WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE NAMED COUNTY AND

DID ON OR ABOUT MAY 3, 2003  
(X) WHILE IN THE COMMISSION OF, OR ATTEMPT TO COMMIT ANOTHER FELONY TO-WIT ROBBERY AND IN THE COURSE OF AND IN FURTHERANCE OF SAID CRIME, OR WAS IN IMMEDIATE FLIGHT THEREFROM, OR ANOTHER PARTICIPANT TO-WIT: DONTAVIOUS CLIATT, DID CAUSE THE DEATH OF DAVID GIBSON BY SHOOTING HIM WITH A PISTOL  
IN VIOLATION OF 13A-006-002 OF THE CODE OF ALABAMA, AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

_____  
COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 12 DAY OF MAY, 2003.

_____  
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: MURDER    13A-006-002    F FELONY

WITNESS FOR THE STATE

MIKE VARGO/P C P D/PHENIX CITY/36867

OPERATOR: SAM    DATE: 05/12/2003