# Exhibit B

# Russell County District Attorney Felony Intake & Charging Sheet Number 03PL12645

## RUSSELL COUNTY DISTRICT ATTORNEY
### FELONY INTAKE & CHARGING SHEET

| | |
|---|---|
| Offense MURDER | Screening Personnel Buster Landreau/ kd |
| Affiant MIKE VARGO | Date of Offense 5-3-03 |

**FACTS:** ON 5-3-03 AT ABOUT 5:00 PM DEFT AND DONTAVIOUS CLIATT WENT TO YESTERYEAR MOTORS AT 1309 14TH STREET. THERE CLIATT ENTERED THE BUSINESS AND ROBBED THE VICTIM. IN THE COURSE OF THE ROBBERY CLIATT SHOT AND KILLED THE VICTIM. CLIATT AND DEFT THEN LEFT AND WENT TO THEIR RESIDENCE AT 2205-B 15TH AVE. WHEN CLIATT LEFT THE BUSINESS HE WAS WEARING A TORN AND BLOODY SHIRT. UPON ARRIVING AT THE HOME CLIATT CHANGED CLOTHES. HE AND DEFT PLACED THE CLOTHES IN A TRASH BAG TOGETHER WITH THE VICTIMS WALLET AND THEN TRIED TO GO TO HURTSBORO. EN ROUTE THEY WERE STOPPED AND A SHOOT OUT ENSUED IN WHICH CLIATT WAS KILLED.

DEFT GAVE A STATEMENT - SHE & CLIATT WENT TO LOT. SHE LOOKED AT DARK BLUE CAR ( NO FINGERPRINTS RECOVERED FROM BLUE CAR). SHE THEN HEARS A GUNSHOT OR SHOTS AND CLIATT COMES OUT, GETS IN THE CAR AND THEY GO TO HER RESIDENCE. WHILE THERE CLIATT TELLS HER HE ROBBED THE MAN AND SHOT HIM.

A BANDANNA WAS RECOVERED INSIDE. IT MATCHES THE ONE SHE WAS CARRYING

| SUSPECT INFO | Name MARIETTE DENISE WILLIAMS | | Race BLACK | Sex FEMALE |
|---|---|---|---|---|
| DOB 7-19-70 | SSN 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 | FBI | SID | |
| VICTIM | Name DAVID GIBSON | Address 3015 HWY 80 WEST APT 3 PC | Phone | |
| LEAD INV | Name & Rank MIKE VARGO | Agency PCPD | Report #03PL12645 | |

**CHECKLIST**
- Suspect In Custody?  YES
- Victim Injured/Death?  DEATH
- Suspect Posses Weapon?  NO
- Theft or Destruction of Property?  Yes
- Description of Property:

- Was Property Recovered?  yes
- Can Victim ID Property?  No
- Fingerprints Lifted/Attempted?  Yes
- Forced Entry?  No

- Did Suspect Confess?  No