# Exhibit C

# Memorandum of Interview of Denise Williams by Phenix City Investigator Michael Vargo dated May 4, 2003

03PL12645    Sgt. Michael Vargo

On 5-4-03, at approx. 02:40hrs., Inv., along with Inv. Socrates Miles interviewed Mariette Denise Williams at PCPD. The interview took place at PCPD in a room that is equipped with audio/video. The following is a statement that Ms. Williams gave in reference to this case. This supplement of Ms. Williams statement is not detailed. See video for full details of Ms. Williams statement.

Ms. Williams stated that she and her boyfriend, Dontavious Cliatt were traveling South on Sandfort Rd. Ms. Williams stated that she and Mr. Cliatt have been dating for approx. a year. Ms. Williams stated that as they were traveling on Sandfort Rd., a Russell County deputy passed by. Ms. Williams stated that the deputy turned around. Ms. Williams stated that Cliatt turned off of Sandfort Rd. and into the driveway of a residence. Ms. Williams stated that Mr. Cliatt did this because neither he, nor she had a drivers license. Ms. Williams stated that the deputy pulled in behind them. Ms. Williams stated that the deputy walked up to the drivers side of the vehicle and another deputy stood behind the vehicle on the passenger side. Ms. Williams stated that the deputy asked for Mr. Cliatt's drivers license and Mr. Cliatt stated that he did not have a drivers license. Ms. Williams stated that she also told the deputy that she did not have a drivers license. Ms. Williams stated that the deputy walked to the rear of their vehicle. Ms. Williams stated that she saw that the two deputy's had pointed their pistols at them. Ms. Williams stated that other police officers arrived and that they pulled their pistols out. Ms. Williams stated that Dontavious Cliatt had a pistol under the seat and he grabbed it. Ms. Williams stated that Mr. Cliatt told her "I'm not going out like that! Ms. Williams was asked what he meant by that and Ms. Williams stated that she did not know. Ms. Williams stated that the officer started shooting and she screamed and got down in the car. Ms. Williams was asked if Mr. Cliatt fired first and she stated no and that the officers started firing first. Ms. Williams stated that the officers shot Dontavious Cliatt.

Inv's. asked Ms. Williams where were they coming from. Ms. Williams stated that they had just left her residence at 2205B 15th Avenue. Ms. Williams stated that Mr. Cliatt had returned to the residence from a drug school and that he got out of the school at 15:00hrs. Ms. Williams was asked why he was attending a drug school and Ms. Williams replied that he had gotten arrested a while back for marijuana possession. Ms. Williams stated that when Cliatt got to her residence, they agreed to go to Columbus, Georgia to pick up her child. Ms. Williams stated that her child was with her mother, Sylvia Harris at 931 Lawyers Lane. Ms. Williams then stated that they went riding around. Ms. Williams was asked why they were on Sandfort Rd. when they were supposed to be going the opposite way to go to Columbus, Georgia. Ms. Williams then stated that she was supposed to go and pick up her child by 20:00hrs. on 5-3-03. Inv's. then asked her had she been to Yesteryear Motor Company on 5-3-03 at or near 17:00hrs. Ms. Williams denied going to the car lot. Ms. Williams also denied any knowledge of the murder at the car lot when asked. Inv's. continued to question Ms. Williams about the murder of David Gibson at Yesteryear Motor Company. Ms. Williams then stated that she would be truthful. Ms. Williams stated that on 5-3-03, at or near 15:00hrs., Cliatt arrived at the residence and then a little while later, her brother, Robert Harris, and his wife came over. Ms. Williams stated that they then stayed

over a few minutes and left. Ms.Williams stated that she then got into the car with Cliatt. Ms.Williams stated that Cliatt wanted to go and check something out. Ms.Williams stated that they drove into the parking lot of Yesteryear Motor Company and that Cliatt was driving. Ms.Williams stated that Cliatt told her that he wanted to look at cars because he was thinking of trading his current vehicle in. Ms.Williams stated that they were looking at a dark blue in color vehicle that was parked in front of the business. Inv. remembered the vehicle she was talking about. The vehicle is a dark blue in color Ford Thunderbird. Ms.Williams stated that she then got back into Cliatts vehicle and that Cliatt went inside the business. Ms.Williams stated that she was sitting inside Cliatts vehicle reading an Easybay magazine. Ms.Williams stated that she heard gunshots then she stated that she heard a gunshot. Ms.Williams stated that Cliatt came out of the business and got back into the vehicle. Inv. asked Ms.Williams if she saw the car dealer or a pistol in Cliatts hand. Ms.Williams stated no. Ms.Williams stated that she got upset and she told Cliatt that she wanted to go home. Ms.Williams stated that she asked him why he shot the man. Ms.Williams stated that Cliatt replied that he pulled out the pistol and that got to struggling and the pistol went off. Ms.Williams stated that when they got to their residence,Cliatt told her that he robbed the man because he needed $300.00 because he had to have the money for court on 5-5-03. Inv's. asked Ms.Williams if she ever saw Cliatt with the victim's cell phone or wallet. Ms.Williams replied no. Ms.Williams stated that she did not know that Cliatt was going to rob the car dealer. Ms.Williams stated that once they got to their residence,she changed clothes. Ms.Williams stated that she had some heels on and a skirt. Ms.Williams stated that she took them off and put on some black shorts and a pair of shoes. Inv. showed Ms.Williams a wig and a pair of sunglasses that were recovered out of their vehicle. Ms.Williams stated that the items belonged to her. Inv. asked Ms.Williams if she was wearing the items as a disquise. Ms.Williams denied it and stated that she wears the wig often. Ms.Williams stated that after she changed clothes, Cliatt wanted to go to his mothers residence in Hurtsboro,Alabama. Ms.Williams stated that they were headed to Hurtsboro,Alabama when they were stopped by the deputy on Sandfort Rd. Inv's. asked Ms.Williams if she knew where Mr.Cliatt had obtained the pistol from and Ms.Williams stated that she did not know.

   Ms.Williams also told Inv's that Mr.Cliatt and she also went to another car lot on Crawford Rd. before going to Yesteryear Motor Company. Ms.Williams stated that she does not know the name of the car lot. Ms.Williams stated that Mr.Cliatt was looking at Cadillacs.