# Exhibit D

# Memorandum of Interview of Denise Williams by Phenix City Investigator Socrates Miles dated May 4, 2003

** Adult Interview W/Waiver **.
Sat May 10 09:28:53 EDT 2003.
Sgt. Socrates Miles, # 215.

On May 04, 2003., at 02:40am. Reporting investigator along with Sgt. Mike Vargo conducted an interview with Mariette Williams. The interview took place at the Phenix City Police Department (CID Office).

Mariette Williams was placed into an interview room which is equipped to record and video tape interviews. This interview was video taped.

Before the interview began reporting investigator advised Mariette Williams of whats commonly known as her Miranda Rights, by means of a standard waiver of rights form. The Miranda Warning was read to Mariette Williams by this investigator.

Mariette Williams indicated that she understood her rights by signing the waiver of rights form, and agreed to provide a statement to investigators without an attorney being present. The following information was taken from Mariette Williams:

Mariette Williams told investigator that she and her boyfriend (Dontavious Cliatt) had just came from Piggly Wiggly on 13th Street and they were on the way to pick up her children in Columbus Georgia (931 Lawyers Lane). Mariette Williams told investigator that they were traveling on Sandfort Road when Dontavious Cliatt saw a Russell County Deputy.

Dontavious Cliatt pulled into a driveway (2814 Sandfort Road) hoping the deputy would not turn around. Mariette Williams told investigator that the deputy did turn arround and stopped them at the above address.

Mariette Williams told investigator that the deputy asked Dontavious Cliatt if he had a driver license, he (Cliatt) responded "no"

Mariette Williams told investigator that the reason they pulled into the above address was due to not having a valid driver license.

Mariette Williams told investigator that the next thing she noticed was the police and sheriff's with their pistols out. Dontavious Cliatt reached under his seat and pulled out a pistol and made the comment " I ain't going out like that ". Mariette Williams told investigator that the police started shooting.

Investigators questioned Mariette Williams concerning their location (Sandfort Road) compared to picking up her children (931 Lawyers Lane).

Mariette Williams told investigator that she did not have to pick her children up until 20:00hrs and they were just riding. Investigator Vargo questioned Mariette Williams about the homicide at Yesteryear Motor Company (1309 14th Street). Once confronted with this question, Mariette Williams told investigators that she did not know anything about a murder at Yesteryear Motors Company. Investigator continued to interview Mariette Williams concerning this incident. Mariette Williams recanted her statement and told investigators the following:

Mariette Williams told investigator that after her brother (Robert Harris) and his wife left her residence (2205 15th Avenue) Dontavious Cliatt told Mariette Williams he would take her to get her children.

After they left 2205 15th Avenue Dontavious Cliatt told Mariette Williams that he needed to check something out at Yesteryear Motors.

Dontavious Cliatt was operating a 1995 Saturn SL-1 when they pulled into Yesteryear parking lot. Mariette Williams told investigator that they were looking at a blue car (Ford Thunderbird). Mariette Williams stated that after she looked at the vehicle she got back into Dontavious vehicle and started reading a magazine (Eastbay), while Dontavious went inside the business and spoke with the owner.