# Exhibit E

# Russell County Sheriff's Department LAW Incident Table

```
01/13/07                RUSSELL COUNTY SHERIFF'S DEPARTMENT                    5737
13:43                        LAW Incident Table:                    Page:    1

Incident Number: SL0301974
Nature: Shooting(89-92)   Case Number: _____ _____    _        Image: _____ _
  Addr: 3101 Sandfort Road                    _____ ____ Area: NORTH Sheriff's Pat>
  City: Phenix City      ST: AL  Zip: 36867        Contact:
+- Complainant: ----------------------------------------------------------------+
| Lst: _____ Fst: _____ Mid: _____ _____     |
| DOB: __/__/__   SSN: ___-__-____  Adr _____        |
| Rac: _  Sx: _ Tel: (___)___-____   Cty: _____ ST: __ Zip: _____ ____|
+-------------------------------------------------------------------------------+
  Offense Codes: MURD ____ ____ ____ ____ _      Reported: MURD  Observed:
  Circumstances: ____ _____ _____ _____ _____ _____ _____ _____ _
Rspndg Officers: Wells,Marc     Franklin, T.    Goodrich,Grover  &
Rspnsbl Officer: Youngblood, K.  Agency: RCSO        CAD Call ID: 03SC02232
     Received By: Cooper, Jason      Last RadLog: 00:53:13 05/04/03      CMPLT
    How Received: T  Telephone        Clearance: S5   Incident Report Taken
   When Reported: 18:45:57 05/03/03  Disposition: CPG  Disp Date: 05/04/03
 Occurrd between: 18:45:57 05/03/03  Judicial Sts: _____
            and: 18:45:57 05/03/03   Misc Entry: Inv
MO: Evidence Clctd  Photos            Evidence Clctd  Bullet
  Narrative: (See below)                                               +        _
  Supplement: (See below)              + (See below)                   + &
```

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

```
INVOLVEMENTS:
Type   Record #    Date      Description                    Relationship
 NM     181784   05/05/03   Wells, Marc                    DEPUTY SHERIFF
 NM     121815   05/04/03   Cliatt, Dontavious Lamar       OFFENDER/DECEASED
 NM     147662   05/04/03   Williams, Mariette Denise      WITNESS
 NM     189136   05/04/03   Fedde, Andreas Erik            RESERVE DEPUTY
 CA   03SC02232  05/03/03   18:45 05/03/03 Shooting(89-92) *Initiating Call

LAW Incident Offenses Detail:
                 Offense Codes
Seq Code                                      Amount
 1  MURD Murder                                0.00


LAW Incident Circumstances:
               Contributing Circumstances
Seq Code                                  Comments
 1


LAW Incident Responders Detail
   Responding Officers
Seq Name            Unit
 1  Wells,Marc       5720
 2  Franklin, T.     5709
 3  Goodrich,Grover  5729
```

```
      Responding Officers
Seq  Name                Unit
  4  Taylor, Heath       5704
  5  Smith, Harold       5722
  6  Youngblood, K.      5717
  7  Russell, Lon        5706
  8  Pell, Tommy         5716
  9  Boswell, Tommy      5701
```

Main Radio Log Table:

| Time/Date | Typ | Unit | Code | Zone | Agnc | Description | |
|---|---|---|---|---|---|---|---|
| 00:53:13 05/04/03 | l | 5720 | CMPLT | NORTH | RCSO | incid#=SL0301974 | Completed cal |
| 20:57:16 05/03/03 | e | C44 | CMPLT | NORTH | | incid#=03SE00234 | Completed cal |
| 18:57:27 05/03/03 | l | 5720 | BUSY | NORTH | RCSO | 5700 | |
| 18:48:55 05/03/03 | e | C43 | CMPLT | NORTH | | incid#=03SE00234 | Reassigned to |
| 18:48:34 05/03/03 | e | C43 | ARRVD | NORTH | | incid#=03SE00234 | Arrived on sc |
| 18:48:34 05/03/03 | e | C44 | ARRVD | NORTH | | incid#=03SE00234 | Arrived on sc |
| 18:48:30 05/03/03 | e | C44 | ENRT | NORTH | | incid#=03SE00234 | Enroute to a |
| 18:48:09 05/03/03 | l | 5720 | ARRVD | NORTH | RCSO | incid#=SL0301974 | Arrived on sc |
| 18:47:59 05/03/03 | e | C43 | ENRT | NORTH | | incid#=03SE00234 | Enroute to a |
| 18:47:53 05/03/03 | l | 5720 | ENRT | NORTH | RCSO | incid#=SL0301974 | Enroute to a |
| 18:47:49 05/03/03 | e | 5720 | ENRT | NORTH | RCSO | incid#=03SE00234 | Enroute to a |

Incident M.O. Detail:

| | | Modus Operandi | |
|---|---|---|---|
| Seq | Factor | | Method |
| 1 | Evidence Clctd | Evidence Collected | Photos |
| 2 | Evidence Clctd | Evidence Collected | Bullet |

Law Supplemental Narrative:

Supplemental Narratives

| Seq | Name | Date | Narrative |
|---|---|---|---|
| 1 | | : :    /  / | |

NOTIFICATION AND ACTIONS OF SGT FRANKLIN

SL0301974

05/03/03

1840 HOURS

SGT FRANKLIN


On Saturday 05/03/03 Sgt. Franklin was off-duty monitoring radio traffic from Phenix City Police Department and Russell County Sheriff's Department after learning of a robbery/homicide in Phenix City. Sgt. Franklin heard a Phenix City Officer call in of shots fired. a few seconds later Sgt. Franklin heard Deputy Marc Wells say there had been a shooting at 3101 Sanfort Road, and that he needed a supervisor to be enroute.

Sgt. Franklin advised Communications Officer J. Cooper that he was enroute. Sgt. Franklin then contacted Lt. Taylor by Southern Linc while enroute to the scene.

Sgt. Franklin arrived at 2814 Sanfort Road (actual address) at about 1840 hours. Sgt. Franklin immediately made contact with Deputy Wells who said that all of the officers were alright, and that only the suspect (Dontavious Cliatt) was injured. At that time the scene was already being secured by Deputy H. Smith. Sgt. Franklin then briefly spoke with Lt. Taylor and ADA J. Edwards before contacting Opelika State Trooper Post by Southern Linc. Sgt. Franklin told that dispatcher that there had been a officer involved shooting that involved both Russell County Sheriff Department employees and Phenix City Police Department employees. Sgt. Franklin also told that dispatcher that the departments were requesting ABI Agents to respond and conduct the investigation.

A few moments later Sgt. Frannklin was contacted on Southern Linc by Corp. Tucker (ABI). Sgt. Franklin told Corp. Tucker that the scene had been secured and gave a bried synopsis of what had occurred. Corp. Tucker said that he wanted all officers involved to go the sheriff's department and write a statement about the incident. The following officers were involved: Deputy Wells (RCSO), Reserve Deputy Fedde (RCSO), Lt. Daughtry (PCPD), Corp. Barr (PCPD), Corp. Reeves (PCPD), Officer Brennan (PCPD), and Officer Farley (PCPD). All of the officers went to the sheriff's office and wrote statements. Corp. Tucker wanted Trooper Ray, who was already on the scene, to take a statment from the witness inside the residence and this was rleayed. Corp. Tucker also wanted our crime scene personnel to photograph the scene and begin to flag evidence. This information was relayed to Inv. Pell.

Sgt. Franklin then left the scene with Lt. Taylor at 1946 hours and traveled

to the sheriff's office. Once at the sheriff's office, Sgt. Franklin spoke with Inv. Youngblood who asked to be present during the interviews of all of the officers.

2                    :  :        /  /
DEPUTY HAROLD SMITH'S REPORT
CASE NO: SL0301974

On Saturday 5/3/03 at 1835 hrs. Deputy Harold Smith was at the Russell County S.O when he was notified by Dispatcher Cooper that Deputy Marc Wells was out on a silver Saturn that matched the BOLO for the robbery, homicide suspect from earlier.

Upon arrival Deputy Smith observed Deputy Marc Wells and Reserve Deputy Erik Fedde along with several Phenix City Police officers. Deputy Smith obtained a roll of yellow sheriff's tape and secured the crime scene.

Lt. Heath Taylor arrived and advised Deputy Smith to secure Deputy Wells and Deputy Fedde's firearms. Deputy Smith took both weapons into custody, inventoried the weapons, placed the weapons into evidence bags and labeled the bags.

Deputy Smith continued hands on custody of both weapons until they were turned over to Inv. Grover Goodrich at the Russell County S.O. Deputy Smith transported both Deputy Fedde and Deputy Wells to the Russell County S.O. Once at the sheriff's office both deputies were seperated.

//////////////////////////END OF SUPPLEMENT//////////////////////////////

3                    :    :    /    /
NOTIFICATION AND ACTIONS OF INVESTIGATOR THOMAS PELL

SL0301974

5/3/2003

6:50PM

REPORT BY THOMAS PELL


On 5/3/2003, a Saturday, at approximately 6:50pm, Investigator
Thomas Pell was notified by Russell County Dispatcher Linda Stillwell.
She told Pell that he needed to get enroute to 3101 Sandfort Road, in
Phenix City Alabama, in regards to a shooting. Stillwell advised Pell
that he would need to bring the Special Response Truck to the scene.
Pell had to make arrangements for someone to take care of his children
and then got enroute to the scene. Pell arrived on the scene at approximately
7:30pm. The actual address of the location was found to be 2814 Sandfort
Road.

Upon Pells arrival, Lt Heath Taylor advised Pell that he had
spoken to the ABI, in regards to them working the case. They were going
to be working the case due to both Russell County Deputies, and Phenix
City Police Officers being involved in the shooting. He told Pell that
the person, (name unknown) he had spoken with had asked that Pell take
some photographs and possibly located and mark any possible evidence on
the scene.

Pell had parked the Response Truck at the entrance to the
driveway of the residence. There was crime scene tape across the front
of the property, along the tree line, down the length of the right side
of the property, back to the left, across the rear side of the property
and tied to the fence that is connected to the back right side of the
house. Pell observed that there was three Phenix City marked patrol cars
and one Sheriff Department marked patrol car in the driveway. The Phenix
City units were marked as vehicles numbered #773, #168, and #652. The
Russell County unit was vehicle number 636. There was a white colored
Ford truck and a silver colored Saturn parked side by side, next to the
house. Pell observed a black male subject laying on the ground in front
of the white truck. He was partially covered with a white colored sheet
that was taped to the fenders of the truck and the Saturn. Pell was
instructed by Lt. Taylor to cover the subject up, so Pell removed the
sheet from the fenders and layed it down on the subject covering him
completely.

Pell was assisted by Corporal Mike Toomey of the Phenix City
Police Department in locating and marking what items was found as
possible evidence. Pell took photographs of the scene. Pell and Toomey
placed orange flags by what shell casings was located and placed yellow
evidence markers by other possible evidence. It had gotten dark before
all items was located or marked, so Pell set up lights around the scene
to light the area. Pell and Toomey did not collect any of the items at
this point.

```
  4                  :   :        /   /
Tue May  6 13:18:56 EDT 2003
Case#SL0301974
Inv. Youngblood
```

On 05-03-03 at approximately 19:00 hrs Inv. Youngblood received a
page to call dispatch.  Inv. Youngblood called dispatched and was
advised by the dispatcher that Deputy Wells had been involved in a
shooting incident that occurred at 2814 Sandfort Road.
    Inv. Youngblood arrived on the scene at approximately 19:30 hrs and
met with Sgt. Franklin.  Sgt. Franklin advised Youngblood that Deputy
Wells stopped a gray Saturn driven by a black male and black female
passenger.  He stopped the vehicle because it fit the description of a
vehicle that was possibly involved in a robbery/homicide on this date at
approximately 16:00 hrs in Phenix City Police Jurisdiction.  Franklin
stated that at some point during the traffic stop some Phenix City
Police Officers arrived on the scene as back up and when they ordered
the driver out of the vehicle he got out of the Saturn and began firing
a pistol at the officers.  The officers returned fire until the gunman
fell to the ground and was no longer a threat.  Franklin stated that the
gunman who was identified at Dontavious Cliatt was later pronounced dead
at the scene.
    Inv. Youngblood then walked the scene with Assistant District
Attorney Joe Edwards as Mr. Edwards video taped the scene.

    After walking the scene Inv. Youngblood was advised by Lt. Taylor to
go to the Sheriff's Department and meet with Sgt. Franklin.  Upon
arriving at the Sheriff's Department Sgt. Franklin advised Inv.
Youngblood that the following officers were involved in the shooting
incident and that they were all writing statements concerning the
shooting incident.

1.   Lt. Patrick Daughtry of PCPD
2.   Cpl. David Reeves of PCPD
3.   Cpl. Jarrod Barr of PCPD
4.   Officer Darius Farley of PCPD
5.   Officer Chris Brennan of PCPD
6.   Deputy Marc Wells of the Russell County Sheriff's Dept.
7.   Reserve Deputy Andrew Fedde of the R.C. Sheriff's Dept.

    Sgt. Franklin advised Youngblood that an ABI agent was on his way
to the Sheriff's Department to interview the officers involved in the
shooting.  Franklin instructed Youngblood to assist the ABI Agent with
anything he made need and to sit in on the interviews of the officers
involved in the shooting incident.

    At approximately 21:00 hrs Cpl. Tucker arrived at the Sheriff's
Department.  Tucker was given the statements written by the officers
involved in the shooting incident.  Tucker then interviewed each officer
with Inv. Youngblood present.

    Deputy Wells was the last officer interviewed.  Wayne Johnson an
Attorney at Law was also present during this interview.

5

NOTIFICATION AND ACTIONS OF INVESTIGATOR GOODRICH
SL0301974
INVESTIGATOR GOODRICH
05/03/03

Goodrich was off duty and driving South on Broad Street, monitoring radio
traffic from Russell County Sheriffs Office and,and heard 5720 make a
traffic stop at 2814 Sandfort Road.Goodrich then heard Deputy Wells
request 10-48,shots fired,and an ambulance be dispatched to his location.
Goodrich advised C/O Cooper he was in route to that location,and
proceeded 10-17 to 2814 Sandfort Road.
Goodrich arrived at aprox 1837 hours an went to the location of Deputy
Wells who informed me he or no other Officers were hurt.Goodrich was
directed by Lt Taylor to accompany the Phenix City Officers to Russell
County Sheriffs Office and collect and inventory all there side arms,and
provide a place for them to work on their statements.Goodrich
transported Corpral Jarrod Barr,Officers Christopher Brennan and Darrius
Farley to the Sheriffs Office.

6                    :    :         /   /
COLLECTION/TRANSFER CUSTODY OF HAND GUNS
SL0301974
INVESTIGATOR GOODRICH
05/03/03

Goodrich collected the following weapons from:
1.David Reeves-(1)Glock mdl 23C 40 Cal/serial #EMC959US with one
magazine and 12 rounds of Federal 40 Cal S&W ammunition

2.Darrius Herman Farley-(1)Smith&Wesson mdl 4046 40 Cal/serial
#VUV4730 with one magazine and 3 rounds of Federal 40 Cal S&W ammunition

3.Christopher Robert Brennan-(1)Glock mdl 22 40 Cal/serial #EXL750US
with one magazine and 15 rounds of Federal 40 Cal S&W ammunition

4.Jarrod Barr-(1)Glock mdl 22 40 Cal/serial #ERZ702US with one magazine
and 15 rounds of Federal 40 Cal S&W ammunition

5.Patrick Daughtry-(1)Smith&Wesson mdl 4046 40 Cal/serial #VZT4020
with one magazine and 11 rounds of Federal 40 Cal S&W ammunition

6.Property Custody Record/Deputy Harold Smith-Smith secured (2) weapons
at the scene(3101 Sandfort Road)and released them to Investigator
Goodrich at RCSO(05/03/03)
A.Weapon of Deputy Wells-H&K USP9mm/serial#24-028594 with one magazine
and 6 rounds of 9mm ammunition.
B.Weapom of Reserve Deputy Fedde-Glock 17 9mm/serial#BLM897 with one
magazine and 11 rounds of 9mm ammunition.

Goodrich surrendered all the above weapons to Corporal Barry Tucker
of Alabama Bureau of Investigation at RCSO 05/03/03 at aprox 2400 hours.
Goodrich surrendered the custody receipts to Investigator Youngblood.

```
   7                  :   :     /  /
OBSERVE/PHOTOGRAPH POST MORTEUM EXAMINATION
SL0301974
INVESTIGATOR GOODRICH
05/05/03
```

Goodrich was sent to Alabama Forencics Laboratory in Mongomery,Alabama
by Sgt Franklin to observe and photograph the Post Morteum Examination
of Dontavious Cliatt.The Post was started at aprox 0930EDT and was in
progress when Investigator Goodrich arrived.The Post was conducted by
Dr Stephen Beaudreau,and he was assisted by Greg Carpenter,Jennifer
Fails, and Ronald Robusky.The Post was completed at aprox
1200EDT.Goodrich observed and photographed the Post Examination.Goodrich
was provided a copy of the CD disc containing the photographs taken by
Forencics which was surrendered to Sgt Franklin.Goodrich had (3) sets of
prints made of the photographs he shot,(1) for Russell County Sheriffs
Office,(1) for Alabama Bureau of Investigation,(1)for Russell County
District Attorneys Office.

```
    8                  :    :        /   /
TRANSFER PHOTOGRAPHS
SL0301974
INVESTIGATOR GOODRICH
05/07/03
```

Goodrich delivered (3) sets of developed photographs and negatives of the
crime scene and (3) sets of developed photographs and negatives of the
Post Morteum of Dontavious Cliatt to investigator Youngblood this date.

9                                   :    :         /   /
Thu May  8 14:31:28 EDT 2003
Case#SL0301974
Inv. Youngblood

On this date Inv. Youngblood received a preliminary report from Stephen Boudreau, M.D. of the State Medical Examiners office pertaining to the examination on the body of Dontovious Cliatt.   The report states that in his opinion the cause of death to Mr. Cliatt is multiple gunshot wounds.

10                    :    :      /   /
RELEASING COPY OF PHOTOGRAPHS TO AGENT AGERTON

SL0301974

06/17/03

1500 HOURS

SGT FRANKLIN

On Tuesday 06/17/03 Sgt. Franklin released a copy of the photographs in
this case to Agent Rick Agerton-ABI.

```
01/13/07                RUSSELL COUNTY SHERIFF'S DEPARTMENT              5737
13:43                       LAW Incident Table:                   Page:    1
```

Incident Number: 03PL12653
Nature: Shooting(89-92)   Case Number: 03PL12645 _____   Image: _____
  Addr: 2814 Sandfort Road.                    _____ Area: J006  Bt 4 Outside >
  City: Phenix City    ST: AL  Zip: 36867      Contact: Mark Wells (Russell)
+- Complainant:   181784 ------------------------------------------------+
| Lst: Wells                    Fst: Marc        Mid:                     |
| DOB:  /  /    SSN:    -  -     Adr: 305 Prentiss Drive                  |
| Rac:   Sx:   Tel: (334)298-6535  Cty: Phenix City    ST: AL Zip: 36867  |
+------------------------------------------------------------------------+
  Offense Codes: ATTP 00   5202 ASST _____   Reported: RECK  Observed: ATTP
  Circumstances: LT20  BM99  SUD   TCAP  WHNDG WPERS _____  ____  ___  __
Rspndg Officers: Brennan, Chris   Barr, J.      Daughtry, P.    &
Rspnsbl Officer: Miles, S.    Agency: PCPD        CAD Call ID: PC0329215
     Received By: Riley, T.         Last RadLog: 21:28:42 05/03/03   CMPLT
   How Received: R  Radio            Clearance: CI   Cleared, Investigator
  When Reported: 18:36:45 05/03/03  Disposition: CPG  Disp Date: 12/22/03
Occurrd between: 18:20:00 05/03/03  Judicial Sts:
           and: 18:36:45 05/03/03   Misc Entry:
MO: Solvability    Witness to Crime   Solvability    Suspect Can be Loc>  &
  Narrative: (See below)                                              +
Supplement: (See below)                  + (See below)              + &

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
```
| Type | Record # | Date | Description | | Relationship |
|------|----------|------|-------------|---|--------------|
| NM | 181784 | 05/08/03 | Wells, Marc | | *Complainant |
| NM | 406 | 05/05/03 | Cobb, Randy Allan | | Ambulance Attendant. |
| NM | 197173 | 05/05/03 | Taylor, Elisabeth Marilyn | | Ambulance Attendant. |
| NM | 28907 | 05/04/03 | Anthony, Ann Carroll | | Witness. |
| NM | 121815 | 05/04/03 | Cliatt, Dontavious Lamar | | Offender/Deceased. |
| NM | 147662 | 05/04/03 | Williams, Mariette Denise | | Witness. |
| VH | 17488 | 05/04/03 | GRY/GRY 1995 SATU SL-1 AL | | Offenders Vehicle. |
| CA | PC0329215 | 05/03/03 | 18:36 05/03/03 Shots Fired | | *Initiating Call |
| PR | P00108396 | 05/04/03 | GRN money US. Currency. | $50 | Recovered Evidence. |
| PR | P00108397 | 05/04/03 | GRN money US. Currency. | $60 | Recovered Evidence. |
| PR | P00108398 | 05/04/03 | GRN money US. Currency | $2 | Recovered Evidence. |
| PR | P00108399 | 05/04/03 | WHI Pants Shorts/Ladies. | $0 | Recovered Evidence. |
| PR | P00108400 | 05/04/03 | BLK Shirt Silk Style. | $0 | Recovered Evidence. |
| PR | P00108401 | 05/04/03 | BRO Shoe Platform Style. | $0 | Recovered Evidence. |
| PR | P00108402 | 05/04/03 | BLK Clothing Skirt. | $0 | Recovered Evidence. |
| PR | P00108403 | 05/04/03 | GLD Ammunition Luger 9mm. | $0 | Recovered Evidence. |
| PR | P00108404 | 05/04/03 | BLK Clothing Short Pants Me | $0 | Recovered Evidence. |
| PR | P00108405 | 05/04/03 | BLK Tape VHS Security. | $0 | Recovered Evidence. |
| PR | P00108406 | 05/04/03 | GRY Cellular Phone Nokia. | $0 | Recovered Evidence. |
| PR | P00108407 | 05/04/03 | GRN money US. Currency. | $59 | Recovered Evidence. |
| PR | P00108408 | 05/04/03 | BLK Wallet Leather. Tri-Fol | $0 | Recovered Evidence. |

```
Law Incident Case Numbers:
  Case Numbers
Seq   Number
  1 03PL12645
```

```
LAW Incident Offenses Detail:
                    Offense Codes
Seq Code                                  Amount
  1 ATTP  Attempt                          0.00
  2 00    Double Zero-Emergency            0.00
  3 5202  Carrying Concealed Weapon        0.00
  4 ASST  Agency Assist                    0.00
```

```
LAW Incident Circumstances:
                 Contributing Circumstances
Seq Code                                Comments
  1 LT20   Residence/Home
  2 BM99   Unknown Bias
  3 SUD    Suspectd using drugs
  4 TCAP   Possessing/Concealing activity
  5 WHNDG  Handgun used
  6 WPERS  Personal Weapons used
```

```
LAW Incident Responders Detail
    Responding Officers
Seq Name               Unit
  1 Brennan, Chris     367
  2 Barr, J.           356
  3 Daughtry, P.       213
  4 G. Banzaca         339
  5 Barr, J.           356
```

```
Main Radio Log Table:
Time/Date        Typ Unit   Code  Zone  Agnc Description
21:28:42 05/03/03 e  C42    CMPLT AMBUL RCSO Completed call call=87e
21:28:37 05/03/03 l  213    CMPLT PCITY PCPD incid#=03PL12653 Completed cal
21:28:37 05/03/03 l  339    CMPLT PCITY PCPD incid#=03PL12653 Completed cal
21:28:37 05/03/03 l  356    CMPLT PCITY PCPD incid#=03PL12653 Completed cal
21:28:37 05/03/03 l  373    CMPLT PCITY PCPD incid#=03PL12653 Completed cal
19:16:54 05/03/03 f  FD3    CMPLT PFD3  PCFD incid#=030000672 Completed cal
19:16:13 05/03/03 f  UNIT1  CMPLT PFD3  PCFD incid#=030000672 Completed cal
19:11:42 05/03/03 f  FD3    RETRN PFD3  PCFD incid#=030000672 Returning fro
19:11:42 05/03/03 f  UNIT1  RETRN PFD3  PCFD incid#=030000672 Returning fro
18:47:27 05/03/03 e  C42    ARRVD AMBUL RCSO Arrived on scene call=87e
18:46:44 05/03/03 f  FD3    NOTE  PFD3  PCFD incid#=030000672 C42 1023 call
18:46:44 05/03/03 f  UNIT1  NOTE  PFD3  PCFD incid#=030000672 C42 1023 call
18:44:24 05/03/03 f  FD3    ARRVD PFD3  PCFD incid#=030000672 Arrived on sc
18:44:24 05/03/03 f  UNIT1  ARRVD PFD3  PCFD incid#=030000672 Arrived on sc
18:41:24 05/03/03 f  UNIT1  ENRT  PFD3  PCFD incid#=030000672 Enroute to a
```

| Time/Date | Typ | Unit | Code | Zone | Agnc | Description |
|---|---|---|---|---|---|---|
| 18:40:52 05/03/03 | e | C42 | ENRT | AMBUL | RCSO | Enroute to a call call=87e |
| 18:40:08 05/03/03 | l | 213 | ENRT | PCITY | PCPD | incid#=03PL12653 Enroute to a |
| 18:39:22 05/03/03 | f | FD3 | ENRT | PFD3 | PCFD | incid#=030000672 Enroute to a |
| 18:38:48 05/03/03 | l | 356 | ARRVD | PCITY | PCPD | incid#=03PL12653 Arrived on sc |
| 18:38:47 05/03/03 | l | 373 | ARRVD | PCITY | PCPD | incid#=03PL12653 Arrived on sc |

Incident M.O. Detail:

Modus Operandi

| Seq | Factor | | Method |
|---|---|---|---|
| 1 | Solvability | Solvability Factors | Witness to Crime |
| 2 | Solvability | Solvability Factors | Suspect Can be Locat |
| 3 | Solvability | Solvability Factors | Suspect Can Be ID'd |
| 4 | Solvability | Solvability Factors | Phys. Evidence Pres. |
| 5 | Solvability | Solvability Factors | ID Tech. Called |
| 6 | Suspect Actions | Suspect Actions | Vehicle Need or Used |

<u>Narrative:</u>
                Miscellaneous Incident Investigation Narrative

1. Incident Description: Shooting. This incident occurred at 2814
Sandfort Road Phenix City Alabama.

2. Premises location and description: Sun May  4 17:42:08 EDT 2003.
  Reporting investigator was dispatched to the above address in
reference to a reported shooting. See supplement for details concerning
this investigation.

3. Other information:
  See supplement.
4. Date, time, reporting officer:
  See supplement.

Sun May  4 17:45:47 EDT 2003.
Sgt. Socrates Miles, # 215.

Law Supplemental Narrative:

|     |      |      | Supplemental Narratives |
| --- | ---- | ---- | ----------------------- |
| Seq | Name | Date | Narrative |
| 1   |      | :  : /  / |      |

** Investigator Supplement **.
Sun May  4 13:34:16 EDT 2003.
Sgt. Socrates Miles, # 215.


    On May 03, 2003., at 19:10hrs, investigator was contacted by Lt.
Mcgarr via radio in reference to responding to the 3700 block of
Sandfort Road. At the time of the initial contact investigator was not
aware of the situation on Sandfort Road.
    Once at the address of 2814 Sandfort Road, investigator observed
three Phenix City Police, Patrol Units, along with one Russell County
Sheriff's Department vehicle parked in the yard at 2814 Sandfort Road.
    Reporting investigator also noticed a silver in color Saturn parked
next to the side of the residence at 2814 Sandfort Road. Upon entering
the scene reporting investigator saw an individual laying next to a Ford
Pick Up Truck. The individual later identified as Dontavious L. Cliatt
apparently was involved in a shooting with officers from the Russell
County Sheriff's Department and Phenix City Police Department.
    The officers involved in this incident were taken from the scene as
investigator arrived. No statements were taken from the officers.
    Reporting investigator spoke with Ambulance Attendants Randy Cobb and
Elisabeth Taylor (Care # 42). Randy cobb told investigator that the
black male identified as Dontavious Cliatt was deceased at the scene.
    Reporting investigator was instructed by Cpt. Hart to take a statement
from a black female that was detained, and placed into a marked Phenix
City Police Patrol Unit (1168).
    Reporting investigator went to the patrol unit 1168 and spoke with a
black female later identified as Mariette Williams.
    Mariette Williams asked investigator "whats going on", she continued
to ask this question several times. Reporting investigator instructed
Mariette Williams to listen while her Miranda Rights were verbally given
to Mariette Williams by this investigator. Once investigator advised her
of the miranda rights investigator asked Mariette Williams what
happened. Mariette Williams told investigator "I dont Know", "I dont
Know", "they (police) started shooting".
    Mariette Williams told investigator that she along with Dontavious
Cliatt just came from Piggly Wiggly on 13th Street but the meat was too
high, and they were on the way to Columbus Georgia to pick her children
up. Reporting investigator advised Mariette Williams that a detailed
statement will be obtained at the CID Office (Phenix City Police Dept).
    Reporting investigator remained at the scene until Rickey Agerton
agent for ABI arrived on the scene. At that point the investigation was
turned over to the ABI. The following evidence was turned over to this
investigator by Agent Agerton. One Nokia Cell Phone which was removed
from the right front pocket of Dontavious Cliatt. One black Wallet, that
was removed from the right rear pocket of Dontavious Cliatt.
    One 1995 Saturn SL-1, 57A467Y, VIN. 1G8ZH5284SZ302349. The vehicle
owner is Dontavious Cliatt. Reporting investigator recovered US.
Currency from the wallet of Dontavious Cliatt. The total amount of
currency recovered: $ 49.00. Reporting investigator recovered currency
from a red planner belonging to Mariette Williams. The total amount

recovered: $ 112.00.

   Reporting investigator completed a Vehicle Impound Sheet on the 1995 Saturn SL-1. The only items remained in the vehicle were assorted CD's and the vehicle keys that remained in the switch. Reporting investigator noticed that black plastic trash bag w/contents remained in the trunk of the Saturn. Reporting investigator will search the contents of the trash bag when the vehicle is towed to the police department. No other evidence collecting was conducted by this investigator. Reporting investigator assisted Lt. Mcgarr taking the marked patrol units back to the police department.

Mon May  5 11:07:22 EDT 2003.
Sgt. Socrates Miles, # 215.

2

**Investigator Supplement** #311
Case #03PL12653
Cpl. Toomey, #311
Sun May  4 18:14:44 EDT 2003


On 05-03-03 at approximately 1900 hrs., Cpl. Toomey was directed by Cpt. Hart to go to the 3700 block of Sandfort Rd. in reference to a shooting which involved the Phenix City Police, and Russell County Deputies. Cpl. Toomey arrived at 2814 Sandfort Rd., and observed three Phenix City Police units and one Russell County Unit parked in the yard. Cpl. Toomey observed a silver in color Saturn parked in front of the Russell County Unit. Cpl. Toomey observed a black male lying in front of the Saturn. There was a white Ford Truck parked next to the Saturn.

All officers involved in the shooting had left the scene when Cpl. Toomey arrived. Cpl. Toomey was directed by Cpt. Hart to assist Russell County Deputy Tommy Pell, in labeling all evidence inside the crime scene.

Cpl. Toomey and Deputy Pell used numbered flags to mark all spent shell casings that could be found in the crime scene. Cpl. Toomey and Deputy Pell was able to locate and label 58 spent shell casings, and two live 9mm rounds. The spent shell casing were a combination of S&W 40 cal., and Luger 9mm. The two live 9mm rounds were ball jacketed ammunition, thought to be from the suspect's gun.

Cpl. Toomey and Deputy Pell then attempted to locate bullet holes in the the suspect's vehicle and surrounding vehicles that were parked in the yard. Each bullet hole was marked with an orange sticker marked with a letter. Bullet holes in the house were not marked. Cpl. Toomey and Deputy Pell marked all other evidence with numbered markers. There were eight items marked with numbered markers. Item #1 was a S&W 9mm, model #6906, stainless steel, semi auto pistol. The pistol had a spent cartridge lodged in the chamber area of the pistol. The 9mm pistol was the one that the suspect had when he exited the vehicle. Other items marked with the numbered markers were ammo magazines, a shattered vehicle mirror, a note pad, some CDs from the suspect vehicle, and the suspect's body.

ABI Agents arrived and took over the investigation. Cpl. Toomey and Deputy Pell assisted the ABI agents in collecting the labeled and marked evidence. Cpl. Toomey and Deputy Pell assailed the ABI Agents in recovering several bullets from the vehicles in the yard, and several bullets were recovered from inside the house. After all evidence was collected, Cpl. Toomey along with Sgt. Miles and Lt. McGarr drove the Phenix City Police vehicles to the PCPD.

3                :    :          /    /
**Vehicle Search Supplement**Sgt. F. Deer/Sun May  4 18:21:36 EDT 2003

On this date, at approximately 1050 hours, I, Sgt. Deer, met with Lt. B.
McGarr and Cpl. Banzaca in the breezeway of the Phenix City Police
Department regarding the search of a suspect's vehicle.  The vehicle in
question was involved in case number 03PL012653 and was ultimately
associated with this case (03PL12645).  The vehicle was a 1995 Saturn
SL1 4 Door that was silver or gray in color.  The tag that was displayed
on the vehicle was 57B060F AL.  The VIN was 1G8ZH5284SZ302349.  The
interior and exterior of the vehicle was photographed.

The trunk of the vehicle was opened and it contained several items.  One
item was what appeared to be a bag of household garbage packaged in a
black plastic trash bag.  It was tied in a knot at the top.  It was
photographed and the contents of the bag were inspected and removed a
piece at the time.  Inside of the trash was a McDonald's Restaurant Happy
Meal Box.  Inside of the box was a plastic Walmart bag containing an
unknown item.  The bag was tied in a knot.  It was opened and a black
trifold wallet was revealed.  It was opened and an Alabama Driver's
License was displayed in the middle compartment.  The license was issued
to David Glenn Gibbons.  There were several other cards inside the
wallet, but it appeared to contain no currency.  The wallet, Walmart
bag, and McDonald's box were labeled as evidence and assigned
appropriate numbers.  We continued to search the bag of trash and inside
a paper cup was a 9mm casing, which was also taken in as evidence.
We discovered several items of paper which listed the name Mariette
Williams and showed an address of 2205 B 15th Ave., Phenix City, Al.
The papers were assorted bill statements.  They were collected as
evidence.  There was a moderate amount of hair clippings in the trash
where someone had apparently received a hair cut.  Samples of the
clippings were taken into evidence.  There was also a small white piece
of cloth, which appeared to have been cut out for an unknown purpose.
It had an unknown substance on it, which caused it to be wet.  It was
taken in as evidence.  In the bottom of the bag was a white plastic bag
from Family Dollar, which contained an item.  It was tied at the top.
The bag was opened and a striped shirt was revealed, which was covered
with blood.  The shirt was torn.  It was yellow and blue.  The name brand
was Northwest Territory (NWT) and the size was extra large.  The
shirt and bag were taken into evidence.  Among the items retrieved were
other household items of trash, such as food, children's school work,
fast food bags, food boxes, and other such items.

The interior of the vehicle was searched an an electronic organizer was
located under the passenger side seat.  It was recovered and marked as
evidence.  A book from the Alabama Court Referral Program was located
between the driver's seat and the console.  It had what appeared to be
gang affiliated symbols on the exterior cover.  It was recovered as
evidence.  The title of the vehicle was located in the glove compartment
of the vehicle.  It was taken into custody as evidence as well.
A through search of the remainder of the vehicle was completed
and no other evidence was located.

The following is a summary of the evidence recovered from the vehicle
and the identifying number that was assigned each item:

1) Happy Meal Box
2) Walmart Bag
3) Wallet and contents
4) Assorted Papers (Bills)
5) 9mm casing
6) Hair samples
7) white cloth
8) Family Dollar Bag
9) Shirt (bloody)
10) Court Referral Book
11) Car title
12) Car Tag From Vehicle
13) Electronic Organizer

4                  :    :        /    /
**Investigator Supplement**Sgt. F. Deer/Mon May  5 10:08:25 EDT 2003

On this date, I, Sgt. Deer, responded to Faulk's Wrecker Service in reference to obtaining the tag from the suspect's vehicle.  The tag number was 57B060F Alabama.  The expiration was September of 2003.  The tag was registered to Dontavious Cliatt on a 1988 Mazda MX6, two door, blue in color.  Obviously, it was displayed on a 1995 Saturn SL1 that was a four door and silver in color.  I recovered the tag from the vehicle and it was processed for latent fingerprints.  However, no viable latent prints were revealed.  The tag was bagged as evidence.

I also checked the stereo system that was inside of the vehicle for wanted/stolen reports.  It did not show as being stolen.

5                    :   :      /  /
** Evidence Processing Supp **.
Mon May  5 11:24:41 EDT 2003.
Sgt. Socrates Miles, # 215.


   On the above date, reporting investigator attempted to process the
Nokia Cell Phone by using black latent fingerprint powder. The result of
this effort failed to produce any latent fingerprints.
   Reporting investigator noticed at the bottom of the cell phone what
appeared to be blood trace evidence. The cell phone will be packaged and
sent to the crime lab. This was the only item processed by this
investigator.

Mon May  5 16:20:52 EDT 2003.
Sgt. Socrates Miles, # 215.

```
   6                    :   :      /  /
** Fingerprint Card Supplement **
Mon May  5 14:28:14 EDT 2003
Cpl. S. Banzaca  339
```

On 05/04/03 @ 1600 hrs., Cpl. Banzaca was directed by Lt. McGarr to pick up fingerprint cards on Mariette Williams and Dontavious Cliatt from the Russell County Jail. Cpl. Banzaca went to the Russell County Jail and made contact with Booking Officer, Lora Jones. Ms. Jones gave this investigator the fingerprint cards of Mr. Cliatt and Ms. Williams. Cpl. Banzaca took the fingerprint cards back to the CID Office and turned them over to Lt. McGarr.

```
Mon May  5 14:32:13 EDT 2003
Cpl. S. Banzaca  339
```

```
  7                         :    :       /    /
** Property & Evidence Division **
   Case Number:   03PL12653
   Entry by: Lt. Barbara LaGrand
   Date/Time:  Tue May  6 17:12:37 EDT 2003
```

On the reporting date of May 6, 2003, Lt. Barbara LaGrand
made contact with the Alabama Department of Forensic Sciences Medical
Examiner Office of Montgomery, Alabama.  On the contact with the
Alabama Department of Forensic Sciences at approximately 17:00 Hrs.
Via by telephone Communication, the reporting officer spoke with Mr.
Lee Anderson (Forensic Investigator).  In the communication the
reporting officer, Lt. Barbara LaGrand requested forensic evidence to
be used in the comparison of the Phenix City Police Department
evidence.   The forensic evidence requested was of known standard
fingerprints of the victim, Mr. David Glenn Gibson of case number
03PL12643, and known standard hair of the deceased suspect,
Dontavious Lamar Cliatt.  Mr. Lee Anderson informed that the forensic
evidence requested will be provided and that the evidence can be
personally picked up at the Medical Examiner Office the next date by
Lt. Barbara LaGrand.  No further actions was taken and the procedures
and chain of forensic evidence will be conducted by Lt. Barbara
LaGrand of the Phenix City Police Department and Mr. Lee Anderson of
the Alabama Department of Forensic Sciecnes Medical Examiner Office on the
given date and hour as given of April 7,2003.
The Forensic Evidence involving, Dontavious Lamar Cliatt will be
submitted with evidence submission of this agency to the Regional Lab
of the Alabama Department of Forensic Sciences and the Known Standard
Fingerprints will be submitted to the Alabama Bureau of
Investigation, Latent Print Unit of Montgomery, Alabama with evidence
submission(s) of this agency.

8

\*\* Property & Evidence Division \*\*
   Case Number:  02PL12653 / 02PL12645
   Entry by: Lt. Barbara LaGrand
   Date:  May 7, 2003


On the date of May 7, 2003 Lt. Barbara LaGrand of the Phenix City
Police Department assigned to the Property & Evidence Division in the
capacity of the Property & Evidence Custodian transported personally
to Montgomery, Alabama on the date of May 7, 2003 all evidence requested
for analysis by, Sgt. Michael Vargo, Sgt. Socrates Miles and Lt. Brain
McGarr of the Criminal Investigation Division, to the Alabama Department
of Forensic Sciences, Regional Laboratory and to the Alabama Bureau of
Investigation Latent Print Unit.  All evidence submitted to the
Alabama Bureau of Investigation was accepted and received personally
Mr. Rorzell Lohman, Latent Print examiner.   A greater majority of the
evidence taken to the Regional Laboratory of the Alabama Department of
Forensic Sceiences was not accepted, and refused by the Regional Laboratory
Scientist(s), Supervisor(s).  A Greater Majority of the Evidence was
returned to this agency.   The Serology and DNA Division of the Alabama
Department of Forensic Sciences viewed the evidence of submission and
picked the various items for analysis(s).  The evidence was received
and receipted by Ms. Katherine Richert of Firearm Division and Ms.
Kristen M. Maturi of Serology-DNA.  Based upon the return of the
evidence to this agency and the concerns of this division,it was
requested that this agency Criminal Investigation Division be
contacted and that persons would need to make personal contact with
Lt. Brian McGarr or Captain James Hart, or make contact with the
Russell County District Attorney Office, Mr. Buster Landreau to give
explainations of non-receipt of the evidence submissions by this
reporting officer, Lt. Barbara LaGrand.
All evidence submission receipts, documents pertaining to this officer
involvements and efforts have been forward to the attention of the Russell
County District Attorney Office( Copies) and the original's to the
attention of Lt. Brian McGarr of the Phenix City Police Department.