# Exhibit G

# Department of Forensic Sciences Firearms Examination/Laboratory Report dated July 30, 2003



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

July 30, 2003

Re:  Case 03MM00255
     Dontavious L. Cliatt, subject

Cross Reference: 03MM00254

MEMORANDUM:  To File

BY:          Katherine T. Richert, Forensic Scientist

SUBJECT:     Firearms Examination / Laboratory Results

On May 19, 2003, Agent Ricky Agerton of the Alabama Bureau of Investigations delivered to the undersigned certain evidence identified as relative to the above styled case. The following is a description of the evidence and the results of laboratory examinations:

Item 1:      One sealed brown paper bag labeled in part "Darius Farley", containing:

Item 1A:     One Smith & Wesson model 4046 semi-automatic pistol, caliber .40 S&W, serial number VUV4730, without magazine inserted. This pistol was test fired using submitted magazine and ammunition.

Item 1B:     One brown paper bag containing:

Item 1B-1:   One Smith & Wesson pistol magazine. This magazine was used for testing purposes.

Items 1B-2 through 1B-4:   Three (3) unfired Federal brand cartridges, caliber .40 S&W. Two (2) of these cartridges were used for testing purposes.

Item 2:      One sealed brown paper bag labeled in part "Deputy Fedde", containing:

*KTRichert*

Firearms Examination / Laboratory Results   Case Number 03MM00255           Page 1 of 15

Item 5B: One Glock pistol magazine. This magazine was used for testing purposes.

Items 5C through 5N: Twelve (12) unfired Federal brand cartridges, caliber .40 S&W. Two (2) of these cartridges were used for testing purposes.

Item 6: One sealed brown paper bag labeled in part "Patrick Daughtrey", containing:

Item 6A: One Smith & Wesson model 4046 semi-automatic pistol, caliber .40 S&W, serial number VZT4020, without magazine inserted. This pistol was test fired using submitted magazine and ammunition.

Item 6B: One brown paper bag containing:

Item 6B-1: One Smith & Wesson pistol magazine. This magazine was used for testing purposes.

Items 6B-2 through 6B-12: Eleven (11) unfired Federal brand cartridges, caliber .40 S&W. Two (2) of these cartridges were used for testing purposes.

Item 7: One sealed brown paper bag labeled in part "Christopher Brenan", containing:

Item 7A: One Glock model 22 semi-automatic pistol, caliber .40 S&W, serial number EXL750US, without magazine inserted. This pistol was test fired using submitted magazine and ammunition.

Item 7B: One Glock pistol magazine, caliber .40 S&W. This magazine was used for testing purposes.

Item 7C through 7Q: Fifteen (15) unfired Federal brand cartridges, caliber .40 S&W. Two (2) of these cartridges were used for testing purposes.

Item 8: One sealed cardboard box containing:

Item 8A: One Smith & Wesson model 6906 semi-automatic pistol, caliber 9mm, serial number TCD3380, without magazine inserted. As received, this pistol had a fired cartridge case partially remaining in the chamber.

Item 8A-1: One fired Winchester brand cartridge case, caliber 9mm, which was improperly extracted and still partially in the chamber of the Smith & Wesson pistol described as Item 8A. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol previously described as Item 8A.

Firearms Examination / Laboratory Results   Case Number 03MM00255   Page 3 of 15

Item 8B: One pistol magazine which contains Items 8B-1 through 8B-7. This magazine was used for testing purposes.

Items 8B-1 through 8B-7: Seven (7) unfired Winchester brand cartridges, caliber 9mm. Two (2) of these cartridges were used for testing purposes.

Item 9: One sealed manila envelope containing one pistol magazine which contains Items 9A through 9L.

Items 9A through 9D: Four (4) unfired Winchester brand cartridges, caliber 9mm. Two (2) of these cartridges were used for testing purposes.

Item 9E: One unfired Remington brand cartridge, caliber 9mm.

Items 9F through 9L: Seven (7) unfired Winchester brand cartridges, caliber 9mm.

Item 10: One sealed manila envelope containing one Glock pistol magazine, caliber .40 S&W.

Item 11: One sealed manila envelope containing one Glock pistol magazine, caliber .40 S&W.

Item 12: One sealed manila envelope containing:

Item 12A: One manila envelope labeled in part "#1", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12B: One manila envelope labeled in part "#2", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12C: One manila envelope labeled in part "#3", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12D: One manila envelope labeled in part "#4", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Firearms Examination / Laboratory Results   Case Number 03MM00255   Page 4 of 15

Item 12E: One manila envelope labeled in part "#5", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Item 12F: One manila envelope labeled in part "#6", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12G: One manila envelope labeled in part "#7", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12H: One manila envelope labeled in part "#8", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12I: One manila envelope labeled in part "#9", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12J: One manila envelope labeled in part "#10", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12K: One manila envelope labeled in part "#11", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12L: One manila envelope labeled in part "#12", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Item 12M: One manila envelope labeled in part "#13", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Item 12N: One manila envelope labeled in part "#14", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12O: One manila envelope labeled in part "#15", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12P: One manila envelope labeled in part "#16", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12Q: One manila envelope labeled in part "#17", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 5A.

Item 12R: One manila envelope labeled in part "#18", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12S: One manila envelope labeled in part "#19", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12T: One manila envelope labeled in part "#20", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

**Item 12U:** One manila envelope labeled in part "#21", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 6A.

**Item 12V:** One manila envelope labeled in part "#22", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

**Item 12W:** One manila envelope labeled in part "#23", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

**Item 12X:** One manila envelope labeled in part "#24", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

**Item 12Y:** One manila envelope labeled in part "#25", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

**Item 12Z:** One manila envelope labeled in part "#26", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

**Item 12AA:** One manila envelope labeled in part "#27", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

**Item 12BB:** One manila envelope labeled in part "#28", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12CC: One manila envelope labeled in part "#29", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12DD: One manila envelope labeled in part "#30", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 2A.

Item 12EE: One manila envelope labeled in part "#31", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 2A.

Item 12FF: One manila envelope labeled in part "#32", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 2A.

Item 12GG: One manila envelope labeled in part "#33", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 2A.

Item 12HH: One manila envelope labeled in part "#34", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 2A.

Item 12II: One manila envelope labeled in part "#35", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12JJ: One manila envelope labeled in part "#36", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12KK: One manila envelope labeled in part "#37", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12LL:   One manila envelope labeled in part "#38", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12MM:   One manila envelope labeled in part "#39", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12NN:   One manila envelope labeled in part "#40", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12OO:   One manila envelope labeled in part "#41", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Item 12PP:   One manila envelope labeled in part "#42", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12QQ:   One manila envelope labeled in part "#43", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12RR:   One manila envelope labeled in part "#44", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 7A.

Item 12SS:   One manila envelope labeled in part "#45", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Firearms Examination / Laboratory Results   Case Number 03MM00255   Page 9 of 15

Item 12TT: One manila envelope labeled in part "#46", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Smith & Wesson pistol described previously as Item 1A.

Item 12UU: One manila envelope labeled in part "#47", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12VV: One manila envelope labeled in part "#48", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12WW: One manila envelope labeled in part "#49", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 12XX: One manila envelope labeled in part "#50", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12YY: One manila envelope labeled in part "#51", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12ZZ: One manila envelope labeled in part "#52", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12AAA: One manila envelope labeled in part "#53", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12BBB: One manila envelope labeled in part "#54", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12CCC: One manila envelope labeled in part "#55", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Firearms Examination / Laboratory Results   Case Number 03MM00255   Page 10 of 15

Item 12DDD: One manila envelope labeled in part "#56", containing one fired Speer brand cartridge case, caliber 9mm. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the H&K pistol described previously as Item 3A.

Item 12EEE: One manila envelope labeled in part "#57", containing one fired Federal brand cartridge case, caliber .40 S&W. Laboratory examination of this cartridge case revealed that it has been fired in the chamber of the Glock pistol described previously as Item 4A.

Item 13: One sealed manila envelope containing:

Item 13A: One manila envelope labeled in part "#58" and "By head of suspect", containing one unfired Winchester brand cartridge, caliber 9mm.

Item 13B: One manila envelope labeled in part "#59" and "Bumper of car", containing one unfired Winchester brand cartridge, caliber 9mm.

Item 13C: One manila envelope labeled in part "#60", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 13D: One manila envelope labeled in part "#61", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 13E: One manila envelope labeled in part "#62", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 13F: One manila envelope labeled in part "#63", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 13G: One manila envelope labeled in part "#64", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 13H: One manila envelope labeled in part "#65", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Smith & Wesson pistols described previously as Items 1A or 6A. This bullet was not fired through any of the barrels of any of the Glock pistols described elsewhere as Items 4A, 5A, or 7A.

Item 13I: One manila envelope labeled in part "#66", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Smith & Wesson pistols described previously as Items 1A or 6A. This bullet was not fired through any of the barrels of any of the Glock pistols described elsewhere as Items 4A, 5A, or 7A.

Item 13J: One manila envelope labeled in part "#67", containing one piece of lead with a small piece of brass jacket attached. Laboratory examination of this .40/10mm caliber bullet revealed it to be too damaged for any further comparison.

Item 13K: One manila envelope labeled in part "#68", containing one fired, badly damaged copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Firearms Examination / Laboratory Results   Case Number 03MM00255   Page 12 of 15

Item 13L: One manila envelope labeled in part "#69", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 13M: One manila envelope labeled in part "#70", containing one fired copper jacketed bullet. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 14: One sealed manila envelope containing:

Item 14A: One sealed manila envelope labeled in part "Projectile found upper left back", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 14B: One sealed manila envelope labeled in part "Projectile found lower right back", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 14C: One sealed manila envelope labeled in part "Projectile found right lower chest", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through any of the barrels of the Smith & Wesson pistols described previously as Items 1A or 6A. This bullet was not fired through a barrel of any of the Glock pistols described elsewhere as Items 4A, 5A, or 7A.

Firearms Examination / Laboratory Results    Case Number 03MM00255    Page 13 of 15

Item 14D:   One sealed manila envelope labeled in part "Projectile found Posterior right shoulder", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 14E:   One sealed manila envelope labeled in part "Projectile found on top of left shoulder", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 14F:   One sealed manila envelope labeled in part "Projectile from head", containing one fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Item 14G:   One sealed manila envelope labeled in part "Projectile found on back of Right hand", containing two (2) pieces of fired copper jacketed bullet wrapped in paper. Laboratory examination of this .40/10mm caliber bullet revealed similar characteristics as test fired bullets; however it could not be determined whether or not it has been fired through the barrel of the Glock pistols described previously as Items 4A, 5A, or 7A. This bullet was not fired through any of the barrels of the Smith & Wesson, Glock or Heckler & Koch pistols described elsewhere as Items 1A, 2A, 3A, 6A, or 8A.

Test fires will be retained in the laboratory in the event they are needed in future testing. This evidence should be picked up by the investigative agency at the earliest opportunity.

Firearms Examination / Laboratory Results   Case Number 03MM00255   Page 14 of 15