# Exhibit H

# Alabama Certificate of Death of Dontavious Lamar Cliatt dated May 20, 2003

# ALABAMA
## Center for Health Statistics

# ALABAMA
### CERTIFICATE OF DEATH

State File Number: 101 0003-015695

| 1. DECEASED - NAME | | | 2. DATE OF DEATH | 3. COUNTY OF DEATH |
|---|---|---|---|---|
| First: Dontavious | Middle: Lamar | Last: CLIATT | May 3, 2003 | Russell |

| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | 5. INSIDE CITY LIMITS | 6. PLACE OF DEATH |
|---|---|---|
| Phenix City 36867 | Yes | Southside Park - Sandfort Road |

| 7. IF HOSPITAL | 8. OF HISPANIC ORIGIN | 9. RACE | 10. SEX |
|---|---|---|---|
| | No | Black | Male |

| 11. AGE | 12. UNDER 1 YEAR | UNDER 1 DAY | 13. DATE OF BIRTH | 14. DECEASED'S SOCIAL SECURITY NUMBER |
|---|---|---|---|---|
| 21 | | | April 4, 1982 | 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 |

| 15. EDUCATION | 16. MARITAL STATUS | 17. SURVIVING SPOUSE | 18. |
|---|---|---|---|
| 10th Grade | Never Married | | No |

| 19. STATE OF BIRTH | 20. RESIDENCE - STATE | 21. COUNTY | 22. CITY, TOWN, OR LOCATION AND ZIP CODE |
|---|---|---|---|
| Florida | Alabama | Russell | Hurtsboro 36860 |

| 23. INSIDE CITY LIMITS | 24. STREET AND NUMBER | 25. INFORMANT |
|---|---|---|
| No | 7 Highway 51 North | Mrs. Rosie Cliatt, 7 Highway 51 North, Hurtsboro, AL 36860 |

| 26. USUAL OCCUPATION | 27. KIND OF BUSINESS OR INDUSTRY |
|---|---|
| Field Crew | Water Works |

| 28. FATHER - NAME | | | 29. MAIDEN NAME OF MOTHER | | |
|---|---|---|---|---|---|
| | Gene | Cliatt | | Rosie | Holmes |

| 30. DISPOSITION OF BODY | 31. DATE OF DISPOSITION | 32. CEMETERY OR CREMATORY | 33. LOCATION |
|---|---|---|---|
| Burial | May 10, 2003 | St. Paul Cemetery | Hurtsboro, Alabama |

| 34. FUNERAL HOME | 35. FUNERAL DIRECTOR | 36. DATE SIGNED BY FUNERAL DIRECTOR |
|---|---|---|
| Taylor Funeral Home, 1514 5th Avenue, Phenix City, AL 36867 | [signature] | May 7, 2003 |

| 37. Certifying Physician / Medical Examiner / Coroner | 38. DATE SIGNED |
|---|---|
| Signature: Linda Key | May 15, 2003 |

| 39. TIME AND DATE OF DEATH | 40. DATE AND TIME PRONOUNCED DEAD | 41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH |
|---|---|---|
| May 3, 2003 7:51 pm | | Linda Key, Coroner |

| 42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH | 43. CERTIFIER LICENSE NUMBER |
|---|---|
| P.O. Box 3377, Phenix City, AL 36867 | |

| 44. REGISTRAR | 45. DATE FILED |
|---|---|
| Constance J. King | May 19, 2003 |

## MEDICAL CERTIFICATION

| 46. PART I. | | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH |
|---|---|---|
| IMMEDIATE CAUSE | Multiple Gunshot Wounds | |
| DUE TO (OR AS A CONSEQUENCE OF) | | |
| DUE TO (OR AS A CONSEQUENCE OF) | | |
| DUE TO (OR AS A CONSEQUENCE OF) | | |

| 47. PART II. Other significant conditions | 48. WAS THERE A PREGNANCY IN LAST 42 DAYS |
|---|---|
| | |

| 49. MANNER OF DEATH | 50. AUTOPSY | 51. WERE AUTOPSY FINDINGS CONSIDERED |
|---|---|---|
| Homicide | Yes | Yes |

| 52. HOW INJURY OCCURRED | 53. DATE OF INJURY | 54. HOUR OF INJURY |
|---|---|---|
| Shot by another | May 3, 2003 | 6:45 pm |

| 55. INJURY AT WORK | 56. PLACE OF INJURY | 57. LOCATION OF INJURY |
|---|---|---|
| No | Public Road | 2814 Sandfort Rd., Phenix City, AL |

MAY 20 2003

I, Dorothy S. Harshbarger, State Registrar of Health Statistics, certify this is a true and exact copy of the original certificate filed in the Center for Health Statistics, State of Alabama, Department of Public Health, Montgomery, Alabama, and have caused the official seal of the Center for Health Statistics to be affixed. 2004-410-744-6

October 25, 2004

Dorothy S. Harshbarger, State Registrar