# Exhibit I

# Department of Forensic Sciences Report of Autopsy dated May 5, 2003



ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

991 WIRE ROAD
AUBURN, ALABAMA 36830
(334) 887-7001

P.O. BOX 3510
AUBURN, ALABAMA 36831-3510
FACSIMILE (334) 887-7531

July 26, 2004

ROSIE L. CLIATT
P.O. BOX 313
HURTSBORO, ALABAMA 36860

        Re: 01A-03MM00255
           Dontovious Lamar Cliatt, subject

I, F. Taylor Noggle Jr., Director, hereby certify that the attached is a true and complete copy of the report(s) of our findings pertaining to the above case which is on file in my custody in the Alabama Department of Forensic Sciences, Auburn, Alabama, and that I am the legal custodian of said report(s). I further certify that it was in the regular course of business of said Department for such report(s) to be made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter.

              *F. Taylor Noggle Jr.*
              F. Taylor Noggle Jr., Director
              Legal Custodian of Records

Sworn to and subscribed before
me this 26th day of
July, 2004

*Sheila P. Anderson*
Notary Public



ALABAMA
DEPARTMENT OF FORENSIC SCIENCES

| REGIONAL LABORATORY | MEDICAL EXAMINER |
|---|---|
| P.O. BOX 210516 | P.O. BOX 240591 |
| MONTGOMERY, AL 36121-0516 | MONTGOMERY, AL 36124-0591 |
| (334) 242-2938 | (334) 242-3093 |
| FACSIMILE (334) 240-3284 | FACSIMILE (334) 260-8734 |

July 7, 2004

The Honorable Kenneth E. Davis
District Attorney 26th Judicial Circuit
P. O. Box 939
Phenix City, Alabama 36867

        Re: Case No. 03MM00255
           Dontovious Lamar Cliatt, subject

Dear District Attorney Davis:

Enclosed are the Toxicological Analysis Report and National Medical Services Analysis Report to the above-referenced case. This report, together with the Report of Autopsy and Firearms Examination/Laboratory Results Report, constitute our complete findings in this case. We trust these documents are self-explanatory.

Please do not hesitate to contact us should you have any questions relative to this case.

            Sincerely yours,

            Stephen Boudreau, M. D.
            State Medical Examiner

SB:cdr

Enclosures (2)

cc: Coroner Linda Key

   Agent Ricky Agerton
   Alabama Bureau of Investigation

   Investigator Grover Goodrich
   Russell County Sheriff's Department

NATIONAL MEDICAL SERVICES  CONFIDENTIAL Analysis Report
3701 Welsh Rd, PO Box 433A, Willow Grove, PA 19090-0437
(215)657-4900  Fax: (215)657-2972
e-mail: nms@nmslab.com

Page 1

ROBERT A. MIDDLEBERG, PhD, DABFT, DABCC, Laboratory Director

Control # 30117534

Date Received: 03/10/04

20107                                                             Name: CLIATT, DONTOVIOUS

Date Reported: 05/27/04

ALABAMA DEPT. OF FORENSIC SCIENCES                                I.D.: 03MM00255
JACK KALIN-BIRM. DIV.
1001 SOUTH 13TH STREET           Report Status: ** FINAL REPORT **
BIRMINGHAM     AL US   35205                                      SPECIMEN COLLECTION
                                                                  Date: Not Provided
                                                                  Time: Not Provided        268956  8

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---|---|---|---|---|---|
| | | 8095 RAPID TOX PANEL II, BLOOD | | | |
| OPIATES (CROSS REACTIVES) | BLOOD | NONE DETECTED | NG/ML | 20 | |
| COCAINE/METABOLITES (CROSS REACTIVES) | BLOOD | NONE DETECTED | NG/ML | 20 | |
| BENZODIAZEPINES (CROSS REACTIVES) | BLOOD | NONE DETECTED | NG/ML | 100 | |
| CANNABINOIDS (CROSS REACTIVES) | BLOOD | NONE DETECTED | NG/ML | 10 | |
| AMPHETAMINES (CROSS REACTIVES) | BLOOD | NONE DETECTED | NG/ML | 20 | |
| BARBITURATES (CROSS REACTIVES) | BLOOD | NONE DETECTED | NG/ML | 40 | |
| METHADONE (CROSS REACTIVES) | BLOOD | NONE DETECTED | NG/ML | 25 | |
| PHENCYCLIDINE (CROSS REACTIVES) | BLOOD | NONE DETECTED | NG/ML | 10 | |
| PROPOXYPHENE (CROSS REACTIVES) | BLOOD | NONE DETECTED | NG/ML | 50 | ANALYSIS BY ENZYME-LINKED IMMUNOSORBENT ASSAY (ELISA). |
| ETHANOL (ETHYL ALCOHOL) | BLOOD | 0 | G % | 0.02 | |
| METHANOL (METHYL ALCOHOL) | BLOOD | NONE DETECTED | MG/DL | 10 | |
| ISOPROPANOL (ISOPROPYL ALCOHOL) | BLOOD | NONE DETECTED | MG/DL | 10 | |
| ACETONE | BLOOD | NONE DETECTED | MG/DL | 10 | ANALYSIS BY GAS CHROMATOGRAPHY (GC). |
| SALICYLATES | BLOOD | NONE DETECTED | MCG/ML | 50 | |

(Additional Work on Report)

NATIONAL MEDICAL SERVICES  CONFIDENTIAL Analysis Report
3701 Welsh Rd, PO Box 433A, Willow Grove, PA 19090-0437
(215)657-4900  Fax: (215)657-2972
e-mail: nms@nmslab.com

Page 2

ROBERT A. MIDDLEBERG, PhD, DABFT, DABCC, Laboratory Director

Control # 30117534
Date Received: 03/10/04

20107  Name: CLIATT, DONTOVIOUS

Date Reported: 05/27/04

ALABAMA DEPT. OF FORENSIC SCIENCES  I.D.: 03MH00255
JACK KALIN-BIRM. DIV.  Report Status: ** FINAL REPORT **
1001 SOUTH 13TH STREET  SPECIMEN COLLECTION
BIRMINGHAM  AL US  35205  Date: Not Provided
Time: Not Provided  268956  8

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---|---|---|---|---|---|
| ACETAMINOPHEN (TYLENOL) | BLOOD | NONE DETECTED | MCG/ML | 15 | ANALGESIC RANGE: 20 TO 100 MCG/ML. ANTI-INFLAMMATORY RANGE: 150 TO 300 MCG/ML. TOXIC: GREATER THAN 300 MCG/ML. ANALYSIS BY ENZYME-LINKED IMMUNOSORBENT ASSAY (ELISA). |
| GC SCREEN | BLOOD | POSITIVE NICOTINE | | | ANALYSIS BY ENZYME-LINKED IMMUNOSORBENT ASSAY (ELISA). THE FOLLOWING IS A GENERAL LIST OF COMPOUND CLASSES INCLUDED IN THE GAS CHROMATOGRAPHIC SCREEN. OTHER SPECIFIED COMPOUNDS OUTSIDE THESE CLASSES ARE ALSO INCLUDED. PLEASE NOTE THAT NOT ALL KNOWN COMPOUNDS INCLUDED IN EACH SPECIFIED CLASS OR HEADING ARE INCLUDED. THE DETECTION OF ANY PARTICULAR COMPOUND IS CONCENTRATION-DEPENDENT. FOR A DETAILED LIST OF ALL COMPOUNDS INCLUDED IN THIS SCREEN, PLEASE CONTACT NATIONAL MEDICAL SERVICES. ANALGESICS (OPIOID AND NON-OPIOID), ANESTHETICS, ANTIASTHMATIC AGENTS, ANTICHOLINERGIC AGENTS, ANTICONVULSANT AGENTS, ANTIDEPRESSANTS, ANTIEMETIC AGENTS, ANTIHISTAMINES, ANTIPARKINSONIAN AGENTS, ANTIPSYCHOTIC AGENTS, ANTITUSSIVE AGENTS, ANXIOLYTICS (BENZODIAZEPINES AND OTHERS), CARDIOVASCULAR AGENTS (NON-DIGITALIS), HALLUCINOGENS, HYPNOSEDATIVES (BARBITURATE AND OTHERS), MUSCLE RELAXANTS, NON-STEROIDAL ANTI-INFLAMMATORY AGENTS (EXCLUDING SALICYLATE) AND STIMULANTS (AMPHETAMINE-LIKE AND OTHERS). ANALYSIS SCREENED BY GAS CHROMATOGRAPHY (GC) AND CONFIRMED BY GAS CHROMATOGRAPHY/MASS SPECTROMETRY (GC/MS). |
| SEDATIVES SCREEN | BLOOD | NONE DETECTED | | | |

(Additional Work on Report)



**NATIONAL MEDICAL SERVICES**           CONFIDENTIAL Analysis Report
3701 Welsh Rd, PO Box 433A, Willow Grove, PA 19090-0437
(215)657-4900  Fax: (215)657-2972
e-mail: nms@nmslab.com                                    Page   3
ROBERT A. MIDDLEBERG, PhD, DABFT, DABCC, Laboratory Director

Control # 30117534

Date Received: 03/10/04

20107                                                     Name: CLIATT, DONTOVIOUS

Date Reported: 05/27/04

ALABAMA DEPT. OF FORENSIC SCIENCES                        I.D.: 03MM00255
JACK KALIN-BIRM. DIV.
1001 SOUTH 13TH STREET          Report Status: ** FINAL REPORT **
BIRMINGHAM       AL US   35205                            SPECIMEN COLLECTION
                                                          Date: Not Provided
                                                          Time: Not Provided       268956   8

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---|---|---|---|---|---|
| | | | | | SCOPE OF ANALYSIS: BARBITURATES (AMOBARBITAL, BUTALBITAL, BUTABARBITAL, PENTOBARBITAL, SECOBARBITAL), BENZODIAZEPINES (DIAZEPAM, NORDIAZEPAM, CHLORDIAZEPOXIDE), THEOPHYLLINE, PHENYTOIN, MEPROBAMATE (CARISOPRODOL). ANALYSIS SCREENED BY GAS CHROMATOGRAPHY (GC) AND CONFIRMED BY GAS CHROMATOGRAPHY/MASS SPECTROMETRY (GC/MS). |

8095  RAPID TOX PANEL II, URINE

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---|---|---|---|---|---|
| OPIATES (CROSS REACTIVES) | URINE | NONE DETECTED | NG/ML | 300 | |
| PHENCYCLIDINE (CROSS REACTIVES) | URINE | NONE DETECTED | NG/ML | 25 | |
| AMPHETAMINES (CROSS REACTIVES) | URINE | NONE DETECTED | NG/ML | 1000 | |
| COCAINE/METABOLITES (CROSS REACTIVES) | URINE | NONE DETECTED | NG/ML | 300 | |
| CANNABINOIDS (CROSS REACTIVES) | URINE | PRESUMPTIVE POSITIVE | NG/ML | 50 | |
| BARBITURATES (CROSS REACTIVES) | URINE | NONE DETECTED | NG/ML | 300 | |
| BENZODIAZEPINES (CROSS REACTIVES) | URINE | NONE DETECTED | NG/ML | 300 | |
| METHADONE (CROSS REACTIVES) | URINE | NONE DETECTED | NG/ML | 300 | |
| PROPOXYPHENE (CROSS REACTIVES) | URINE | NONE DETECTED | NG/ML | 300 | ANALYSIS BY ENZYME IMMUNOASSAY (EIA). |

5327  CANNABINOID CONFIRMATION, URINE

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---|---|---|---|---|---|
| DELTA-9 CARBOXY THC (MAJOR THC MARIHUANA METAB.) | URINE | 24 | NG/ML | 15 | NO REFERENCE DATA IS PROVIDED FOR THE SPECIMEN TYPE SUBMITTED FOR THIS ANALYSIS. ANALYSIS BY GAS CHROMATOGRAPHY/MASS SPECTROMETRY |

(Additional Work on Report)

NATIONAL MEDICAL SERVICES                                CONFIDENTIAL Analysis Report
3701 Welsh Rd, PO Box 433A, Willow Grove, PA 19090-0437
(215)657-4900  Fax: (215)657-2972
e-mail: nms@nmslab.com
                                                                    Page   4
ROBERT A. MIDDLEBERG, PhD, DABFT, DABCC, Laboratory Director

|  |  |
|---|---|
| 20107 | Control # 30117534 |
| | Date Received: 03/10/04 |
| | Name: CLIATT, DONTOVIOUS |
| ALABAMA DEPT. OF FORENSIC SCIENCES | Date Reported: 05/27/04 |
| JACK KALIN-BIRM. DIV. | I.D.: 03MM00255 |
| 1001 SOUTH 13TH STREET | Report Status: ** FINAL REPORT ** |
| BIRMINGHAM   AL US   35205 | SPECIMEN COLLECTION |
| | Date: Not Provided |
| | Time: Not Provided    268956  8 |

| Analyte | Specimen | Results | Units | Rep.Limit | Reference Data/Comments |
|---|---|---|---|---|---|
| | | | | (GC/MS). | |

(End of Report)





# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

September 9, 2003

Honorable Kenneth E. Davis
District Attorney 26th Judicial Circuit
P. O. Box 939
Phenix City, Alabama 36867

Re: Case No. 03MM00255
Dontovious Lamar Cliatt, subject

Dear District Attorney Davis:

The enclosed Report of Autopsy and Firearms Examination / Laboratory Results Report constitute our partial report. We trust these memoranda are self-explanatory.

Further examinations (toxicology analyses) are being conducted and reports will be issued as they are completed.

Please do not hesitate to contact us should you have any questions relative to this case.

Sincerely yours,

Stephen Boudreau, M. D.
State Medical Examiner

SB:jps

Enclosures (2)

cc:   Coroner Linda Key

      Agent Ricky Agerton
      Alabama Bureau of Investigation

      Investigator Grover Goodrich
      Russell County Sheriff's Department



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

## REPORT OF AUTOPSY

CASE NO.  03MM00255(01AH30)         DATE/TIME: May 5, 2003
                                               0930 - 1030

COUNTY:   Russell

DECEDENT: Dontovious Lamar Cliatt

### PATHOLOGIC DIAGNOSES:

I.  Multiple Gunshot Wounds.

II. Postmortem Toxicology to follow.

---

CAUSE OF DEATH:    Multiple Gunshot Wounds

MANNER OF DEATH:   Homicide

Page 1 of 8

EVIDENCE OF INJURY:

There are multiple gunshot wounds.

Gunshot Wound A: There is a gunshot wound of the right hand. The wound is seen to extend in a furrow along the right hand with the jacket and fragments of bullet coming to rest in the dorsum of the right hand. Extends through the right wrist and the projectile is retrieved from the volar surface of the right forearm, a distance of 6 cm from the right wrist. The projectile measures approximately a centimeter in diameter and is markedly deformed. The skin along the entry wound is split. The wound is open to the bone on the right wrist. The wound globally measures approximately 8 cm x 4 cm in width extending superiorly along the hand and wrist.

Gunshot Wound B: There is a gunshot wound in the left flank just superior to the pelvic brim and posteriorly in the left flank. The bullet tract extends through the musculature of the back and flank to the right flank where a projectile is retrieved in the subcutis of the right flank. The bullet measures approximately ½ inch in its greatest diameter. There is bruising of the musculature along the bullet tract. No vital organs are involved in the length of the bullet tract.

Gunshot Wound C: There is a gunshot entry wound 6 inches from the top of the head and 5 inches from the posterior aspect of the head superior and slightly anterior to the left ear. It is approximately ¼ inch in diameter. The bullet is seen to track through the left globe fracturing the skull across the temporal skull and enters the skull extensively fracturing the left orbit. It is seen to come to rest in the ethmoid plates centrally. A projectile is retrieved from this region. It is approximately ½ inch in its greatest diameter. It is markedly deformed. There is extensive hemorrhage in the surrounding skull. The brain is pulpified along the frontal lobes with extensive hemorrhaging in the subarachnoid space. There are multiple fragments of bone within the frontal lobes. As indicated, the left eye is completely pulpified.

Gunshot Wound D: There is a gunshot wound in the left chest 3 inches x 2 inches in width. The bullet is seen to track to the right and posteriorly. The entry wound is 9 inches from the tip of the shoulder. The bullet traverses the soft tissues of the back and is seen to lie in the subcutis at a distance of 6 inches from the superior portion of the shoulder and 9 inches from the lateral aspect of the shoulder. The bullet is retrieved. It is greatly deformed and measures approximately ½ inch in length.

Page 2 of 8
Case 03MM00255



Gunshot Wound E: There is a gunshot entry wound in the left chest just superior to the left clavicle. The bullet is seen to traverse the left chest with the tract extending to the right shoulder. The bullet is found within the subcutis of the right shoulder. It is markedly deformed and measures approximately ½ inch in diameter. The tract of the bullet is seen to extend through the mediastinum. The musculature of the back and to the right shoulder, as indicated, is immediately posterior to the right shoulder. No vital structures appear to be in the tract of this bullet. The entry wound measures approximately 2 inches in an oval shape. There is extensive bruising of the mediastinum on its posterior aspect along the tract of the bullet.

Gunshot Wound F: There is a gunshot entry wound just below the left nipple 9 inches from the back and approximately 2 inches from the lateral chest wall. The bullet is seen to track inferiorly and slightly posteriorly. It extends into the left hemithorax into the pericardium. It is seen to pulpify the heart along the bullet tract. The bullet is found in the base of the right lung. It is associated with a hemothorax of approximately 2 liters. As indicated, the left ventricle is pulpified along the course of the bullet with free opening of the left ventricular wall on its lateral aspect and anteriorly. The pericardium is torn along the tract of the bullet. The bullet measures approximately ½ inch in diameter and it is markedly deformed.

Gunshot Wound G: There is a gunshot entry wound and an exit wound in the left arm 8 inches from the superior portion of the shoulder and extending inferiorly. Approximately 4 inches from the back of the arm the bullet is seen to exit anteriorly on the arm. The bullet is found resting in clothing at this point. It is greatly deformed and measures approximately 0.5 cm in its greatest diameter. There is what appears to be a second gunshot entry wound in the left arm extending through the full thickness of the arm and, again, exiting along this path. It is seen to extend through the soft tissues. It again appears to exit the arm on its inner aspect and extend into the superior aspect of the chest. The bullet is retrieved in the subcutis posteriorly of the left chest. Again, it measures approximately ½ inch in diameter. It is greatly deformed. No vital organs are along the path of the bullet. The musculature of the left back is disrupted. There is, in addition, what appears to be a gunshot wound involving the fingers of the left hand. There is a marked area of disruption of the tip of the right index finger with the tip blown off as well as portions of the ring finger. This would appear to represent a completely separate gunshot wound from the one identified in the right hand and wrist.

Page 3 of 8
Case 03MM00255

**EVIDENCE OF MEDICAL INTERVENTION:**

There is a lead on the posterior chest. No other evidence of medical intervention is identified.

**EXTERNAL EXAMINATION:**

The body is that of a black male appearing his stated age of 21 years weighing 155 pounds and 72 inches in length.

SCARS, TATTOOS, DISTINGUISHING FEATURES: There is a tattoo on the left upper arm in a snake-like design. No other distinguishing features are identified.

CONDITION OF THE BODY: There is posterior dependent lividity and rigor mortis present diffusely.

HEAD AND FACE (excluding injuries): The head is normocephalic and covered with blackish hair. The face displays whiskers which are sparse and in a moustache fashion. Eyes: The right eye only is present. The pupil is dilated and fixed. It is brown in color. Nares: The nose is unremarkable. Oral cavity: The mouth is filled with teeth in poor repair. The tongue is unremarkable. Ears: The ears are unremarkable.

NECK: The neck is symmetrical.

CHEST: The chest is unremarkable with the exception of the wounds noted above.

ABDOMEN: The abdomen is unremarkable.

EXTERNAL GENITALIA: Normal adult male genitalia.

EXTREMITIES: There is a linear abrasion along the left leg 3 inches in length in the thigh at a distance of approximately 10 inches from the pelvic brim having the appearances of a bullet graze. The skin is intact. The wound does not enter the thigh.
BACK: Please see evidence of injury.

**INTERNAL EXAMINATION (excluding injuries):**

SEROSAL SURFACES: The abdominal serosal surfaces are unremarkable. All abdominal viscera all present and in their usual positions.

Page 4 of 8
Case 03MM00255



CARDIOVASCULAR: Please see evidence of injury. The heart weighs 300 grams. The myocardium is of normal color and consistency. The valves are pliant. The thoracic aorta displays no evidence of atherosclerosis. The great vessels to the head and neck are unremarkable and widely patent. The abdominal aorta displays no evidence of atherosclerosis. The great vessels to the abdominal viscera are widely patent as are the renal arteries. The inferior vena cava is unremarkable.

RESPIRATORY: The right and left lungs weigh 250 and 340 grams respectively. The pleural surfaces are a purple-gray. The lungs display no evidence of consolidation or tumefaction. The cut surfaces demonstrate the bronchi to contain small amounts of blood-tinged mucous. The trachea contains blood-tinged mucous. They are otherwise unremarkable.

HEPATOBILIARY: The liver weighs 1000 grams. The parenchyma is a normal gray brown. The capsular surface is smooth and glistening. The cut surface is unremarkable. The gallbladder contains small amounts of bile. The common bile duct is widely patent. The pancreas is grossly unremarkable.

ENDOCRINE: The pituitary, thyroid and adrenal glands are unremarkable.

RETICULOENDOTHELIAL: The spleen weighs 50 grams. It is grossly unremarkable. The pulp is of normal consistency and distribution. No abnormality of regional lymph nodes is identified.

GASTROINTESTINAL: The esophagus is unremarkable. The stomach contains approximately 50 cc of mucoid material. It is otherwise unremarkable. The duodenum, large and small bowels are unremarkable. The appendix is present.

GENITOURINARY: The right and left kidneys weigh 110 grams each. The capsules strip easily. The cortices are smooth and regular. The calices, pelves and ureters are unremarkable. The urinary bladder contains approximately 50 cc of clear urine. The prostate gland is unremarkable. The genitalia are normal adult male genitalia.

CENTRAL NERVOUS: Please see evidence of injury. The brain weighs 1300 grams as indicated. The frontal portion of the brain is pulpified and displays areas of extensive hemorrhage. It is otherwise unremarkable.

NECK ORGANS: The strap muscles of the neck are unremarkable. The hyoid bone and larynx are unremarkable. The cervical vertebral column is intact.

**MUSCULOSKELETAL:** Please see evidence of injury.

**AUTHORIZATION:**

An autopsy is carried on the remains of Dontovias Lamar Cliatt on May 5, 2003 at the Central Alabama Forensic Medicine Facility in Montgomery, Alabama, at the behest of Ken Davis, District Attorney for Russell County, pursuant to Act 87-5-25 commencing at 0930.

**PERSONS PRESENT:**

**IDENTIFICATION:**

The body is identified to me by Scott Belton, Investigator. There is a tag on the right wrist. Photographs and fingerprints are taken.

**CLOTHING AND PERSONAL EFFECTS:**

CLOTHING: The body is clothed in a hat, shirt, pants, socks, sneakers, and underwear. The shirt is stating Polo with a logo of polo players. The hat is an Alabama University hat.

PERSONAL EFFECTS: Please see DFS-1 Form. A small bag of plant substance is identified in one of the pockets.

**EVIDENCE:**

Please see DFS-1 Form.

Stephen Boudreau, M.D.
State Medical Examiner

SB:pl



Form DFS-21

ALABAMA DEPARTMENT OF FORENSIC SCIENCES

0025

Date _____   Case No. _____

Thoracic abdominal, male, anterior and posterior views




# ALABAMA
## DEPARTMENT OF FORENSIC SCIENCES

1001 13TH STREET SOUTH  
BIRMINGHAM, AL 35205-3498  
TEL (205) 933-6621

P. O. BOX 55725  
BIRMINGHAM, AL 35255-5725  
FAX (205) 933-0820

## TOXICOLOGICAL ANALYSIS REPORT

| Subject | Dontovious Lamar Cliatt | Case No | 03MM00255 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Report to | State Medical Examiner Stephen Boudreau, MD<br>Alabama Department of Forensic Sciences<br>P. O. Box 240591, 8160 Auburn University Montgomery Drive<br>Montgomery, AL 36124-0591 | Received<br>Reported | 5/7/2003<br>6/10/2004 |

### Evidence received

| Item | Description | Received from | Agency | Date |
|---|---|---|---|---|
| 1 | Sealed plastic bag containing toxicology specimens. | Clara Marshall | Alabama Department of Forensic Sciences | 5/7/2003 |

### Evidence analyzed (including sub-items)

| Item | Specimen | Analyte | Result | Method(s) | Notes |
|---|---|---|---|---|---|
| 1A1-A3 | Blood, peripheral | Reference laboratory analysis | | | 3 |
| 1B | Blood, central | | NA | | |
| 1C | Vitreous Humor | | NA | — | |
| 1D | Urine | Reference laboratory analysis | | | 3 |
| 1E | Bile | | NA | | |
| 1G | Liver | | NA | | |

### Footnotes

NA   Not analyzed/not applicable.  
3    Analysis was conducted by a reference laboratory; report is attached.

*Sarawanee C. Parish*  
Sarawanee C. Parish, PhD, DFTCB  
Forensic Scientist

――――――― END OF REPORT ―――――――

Remaining evidence is scheduled to be disposed 12 months from the reported date unless storage space becomes limited or alternate arrangements are made prior thereto.

Page 1 of 1                                                                        Complete report includes 4-page appendix.



# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

May 5, 2003

Coroner Linda Key
1910 18th Street
Phenix City, Alabama 36867

Re: Case 03MM00255
Dontovious Lamar Cliatt, subject

Dear Madam:

This department performed an examination on the body of Dontovious Lamar Cliatt.. Based on the findings of this examination and the presently known circumstances of the death, it is my opinion that the cause of death is Multiple Gunshot Wounds. The manner of death is Homicide.

This preliminary report is intended to expedite death certificate. It should not be used for grand jury or court proceedings in lieu of the final report of the complete findings, which will also be forwarded to the District Attorney of Russell County and the appropriate investigative agency.

Sincerely yours,

Stephen Boudreau, M. D.
State Medical Examiner

SB:jmg

cc: Honorable Kenneth Davis

Ricky Agerton, Agent
Alabama Bureau of Investigation

Grover Goodrich, Investigator
Russell County Sheriff's Department