IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROSIE CLIATT, as Personal Representative )
of the Estate of DONTAVIUS CLIATT, )
                                                                                   )     Case Number:
Plaintiff )
                                                                                  )     3:06-CV-0471-SRW
v. )
 )
PHENIX CITY, ALABAMA, et al., )
 )
Defendants.

### DEFENDANTS' MOTION TO STRIKE EXHIBIT NUMBER 4 TO PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT

Come now the Defendants in the above styled cause and move to strike Exhibit Number 4 to Plaintiff's Brief in Support of her Motion for Summary Judgment and as grounds therefore says as follows:

1. The information contained in said exhibit is hearsay.

2. The information contained in said exhibit is un-sworn.

3. The report(s) which comprise Exhibits 4 are neither sworn to nor are they certified copies.

4. The report(s) which comprises Exhibit 4 is cited by the Plaintiff to support certain statements alleged to be fact which are attributed in the report(s) to Mariette Williams. Yet, the statements are un-sworn and there is no certification or allegation that they are based upon the personal knowledge of Mariette Williams.

5. The report(s) which comprises Exhibit 4 is inadmissible in evidence in the form in which it is presented.

This 31st day of December, 2007.

                                 MCKOON & ASSOCIATES

                                       */s/ Joshua R. McKoon*
                            By:_____
                                  Joshua R. McKoon
                                  State Bar No. MCK057

                            One of the Attorneys for Defendants

P.O. Box 3220
Phenix City, AL 36868-3220
Telephone 334.297.2300
Facsimile 334.297.2777

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day served the foregoing upon Counsel for all other parties by delivering it via electronic mail through the CM/ECF system on this 31st day of December, 2007:

Fulton B. Eaglin
220 E. Huron, Suite 210
Ann Arbor, Michigan 48104

Scott Wayne Gosnell
Webb & Eley
7475 Halcyon Pointe Road
P.O. Box 240909
Montgomery, AL 36124

                                                  /s/ Joshua R. McKoon

                                                  Counsel for Defendants