IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative ) <br> of the Estate of DONTAVIUS CLIATT, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> PHENIX CITY, ALABAMA, PHENIX CITY ) <br> POLICE CHIEF PRESTON ROBINSON, ) <br> PHENIX CITY, ALABAMA; LT. PATRICK ) <br> DAUGHTRY, CPL. JARROD BARR, CPL. ) <br> DAVID REEVES; OFFICERS CHRIS BRENNAN ) <br> AND DARIUS FARLEY, Individually, and Jointly ) <br> And Severally, RUSSELL COUNTY ALABAMA ) <br> DEPUTIES MARK WELLS AND ERIC FETTY, ) <br> Individually and Jointly and Severally, ) <br> ) <br> Defendants. ) | Case Number: <br><br> 3:06-CV-0471-SRW |

**<u>DEFENDANTS PHENIX CITY, ALABAMA, PHENIX CITY POLICE CHIEF
PRESTON ROBINSON, LT. PATRICK DAUGHTRY, CPL. JARROD BARR,
CPL. DAVID REEVES, OFFICER CHRIS BRENNAN AND OFFICER DARIUS
FARLEY'S CROSS MOTION FOR SUMMARY JUDGMENT AND RESPONSE
TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

COME NOW Defendants and file this their Cross Motion for Summary Judgment and Response to Plaintiff's Motion for Summary Judgment and as grounds therefore shows as follows:

1.

The evidence before the Court does not support Plaintiff's claim for summary judgment.

2.

The evidence before the Court clearly shows that all of the Defendants are entitled to qualified immunity.

3.

The evidence now before the Court clearly shows that the Plaintiff knew, or reasonably should have known of her claims on or about May 3, 2003 and that under the governing statute of limitations that this lawsuit should be dismissed as a matter of law.

As demonstrated in the accompanying memorandum brief, there are no disputed material facts, and Defendants are entitled to summary judgment as a matter of law in that Defendants are immune from liability under the doctrine of qualified immunity and Plaintiff's Complaint is barred by the applicable statute of limitations.

Further Defendants Cross Motion for Summary Judgment is based upon the pleadings, the evidentiary submissions of all parties to date and Defendants' Memorandum Brief in Support of its Cross Motion for Summary Judgment.

WHEREFORE, ABOVE PREMISES CONSIDERED, Defendants move this Court to enter an order granting summary judgment in their favor and against the Plaintiff as to the claims against them.

This 31st day of December, 2007.

                              MCKOON & ASSOCIATES

                              */s/Joshua R. McKoon*
                     By:_____
                            Joshua R. McKoon
                            State Bar No. MCK057

925 Broad Street
Post Office Box 3220
Phenix City, Alabama 36868-3220
334.297.2300
facsimile 334.297.2777

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served the foregoing upon Counsel for all other parties by delivering it via electronic mail through the CM/ECF system on this 31st day of December, 2007:

Fulton B. Eaglin
220 E. Huron, Suite 210
Ann Arbor, Michigan 48104

Scott Wayne Gosnell
Webb & Eley
7475 Halcyon Pointe Road
P.O. Box 240909
Montgomery, AL 36124

                                  /s/ Joshua R. McKoon

                                  Counsel for Defendants