IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative )
of the Estate of DONTAVIUS CLIATT, )
)
Plaintiff ) Case Number:
)
) 3:06-CV-0471-SRW
v. )
)
PHENIX CITY, ALABAMA, et al., )
)
Defendants. )

## AFFIDAVIT OF JARROD BARR

Comes now Jarrod Barr, one of the Defendants in the above styled cause and after being first duly sworn, does depose and say as follows:

My name is Jarrod Barr. I am a sworn Police Officer for the City of Phenix City, Alabama and was acting in that capacity on May 3, 2003. Attached hereto is a summary of an interview that I gave to Captain Jim Hart of the Phenix City Police Department on May 12, 2003, concerning a shooting incident that occurred on May 3, 2003 involving myself, other members of the Phenix City Police Department, members of the Russell County Sheriff's Office and an individual named, Dontavius Cliatt. Upon review of the attached summary, I can state that said summary was created based upon my recollection of the actions that took place on May 3, 2003, that said summary is accurate to the best of my recollection and is based upon my personal knowledge of the events described therein.





EXHIBIT A

At the time of the events described in the attached summary, I was a Corporal in the Phenix City Police Department and was acting solely in my capacity as a Police Officer. Upon approaching the vehicle occupied by Dontavius Cliatt (who I believed to be the perpetrator of a robbery and homicide that had occurred within an hour or two of the traffic stop described in the attached summary) I instructed the driver, (later identified as Dontavius Cliatt) to place his hands out the window of the vehicle. Instead of following my instructions, Cliatt quickly exited the vehicle with a pistol in his hand and he pointed it in my direction. I reacted immediately out of fear of being shot and/or killed by firing with my weapon at Cliatt. I did this to protect my life and potentially the lives of others around me. I acted in accordance with the Standard Operating Procedures of the Phenix City Police Department. Cliatt was shot several times and killed. Had Cliatt followed my instructions initially, it is my belief that this incident would not have occurred and Cliatt would not have been killed.

Further deponent saith not.

_____
JARROD BARR

Sworn to and subscribed before me on this 31st day of December, 2007.

*[signature]*
NOTARY PUBLIC
My Commission Expires: 2-23-10

Cpl. Jarrod Barr
Cpl. Barr was interviewed at the PCPD on May 12, 2003 at 1441 hours, the interview was audio-recorded. Cpl. Barr stated he was

directed by the PCPD dispatch to assist a RCSO unit that had a possible homicide suspect stopped on Sandfort Rd. Cpl. Barr stated he left the PCPD enroute to Sandfort Rd following Cpl. Reeves. Cpl. Barr stated that upon arriving at 2814 Sandfort Rd, he observed a silver Saturn with two occupants that matched the description of the robbery/homicide suspects from the 14th St incident (Cpl. Barr stated he had received offender/suspect information from the homicide victim). Cpl. Barr stated he immediately began to approach the Saturn (both occupants still seated in vehicle) and verbally ordered the driver to place his hands out the window. Cpl. Barr stated he believed several officers were issuing commands to the vehicle occupants simultaneously. Cpl. Barr stated the driver quickly began to exit the Saturn with a pistol in hand and saying nothing, trained the pistol in the direction of Cpl. Barr. Cpl. Barr stated he (Barr) immediately began firing at the driver (from a distance of approximately fifteen feet). Cpl. Barr stated he fired sixteen rounds from his Glock model 22 ,40 cal pistol. Cpl. Barr stated he fell backwards while backpedalling and got behind the RCSO car, reloaded his pistol and re-emerged, seeing the offender lying on the ground (face up). Cpl. Barr stated the offender was still showing signs of movement and he (Barr) and other officer(s) approached the offender and secured him in handcuffs.