IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative )
of the Estate of DONTAVIUS CLIATT, )
)
Plaintiff ) Case Number:
)
) 3:06-CV-0471-SRW
v. )
)
)
PHENIX CITY, ALABAMA, et al., )
)
Defendants. )

## AFFIDAVIT OF PATRICK DAUGHTRY

Comes now Patrick Daughtry, one of the Defendants in the above styled cause and after being first duly sworn, does depose and say as follows:

My name is Patrick Daughtry. I am a sworn Police Officer for the City of Phenix City, Alabama and was acting in that capacity on May 3, 2003. Attached hereto is a summary of an interview that I gave to Captain Jim Hart of the Phenix City Police Department on May 13, 2003, concerning a shooting incident that occurred on May 3, 2003 involving myself, other members of the Phenix City Police Department, members of the Russell County Sheriff's Office and an individual named, Dontavius Cliatt. Upon review of the attached summary, I can state that said summary was created based upon my recollection of the actions that took place on May 3, 2003, that said summary is accurate to the best of my





EXHIBIT B

recollection and is based upon my personal knowledge of the events described therein.

At the time of the events described in the attached summary, I was a Lieutenant in the Phenix City Police Department and was acting solely in my capacity as a Police Officer. I personally observed Dontavius Cliatt, roll out of the vehicle described in the summary and begin firing at officers with a handgun. In accordance with the Standard Operating Procedures of the Phenix City Police Department, I along with other officers returned fire with our weapons. Cliatt was shot several times and killed.

Further deponent saith not.

_____
PATRICK DAUGHTRY

Sworn to and subscribed before me on this 31st day of December, 2007.

_____
NOTARY PUBLIC
My Commission Expires: 2-23-10

Lt. Patrick Daughtry

Lt. Daughtry was interviewed at the PCPD on May 13, 2003 at 1429 hours, the interviewed was audio-recorded. Lt. Daughtry stated he had responded to the earlier homicide/robbery call on 14th St. and had received suspect information from Cpl. Reeves (black male/black female in silver Saturn). Lt. Daughtry stated that approximately one and one-half hours after the 14th St call, he was notified by the PCPD dispatch that a Russell County unit had a possible suspect in the robbery/homicide stopped at a residence on Sandfort Rd. Lt. Daughtry stated he arrived at the residence (subsequently identified as 2814 Sandfort Rd), accompanied by other PCPD units and observed a RCSO unit pulled in the driveway behind a silver Saturn. Lt. Daughtry stated he exited his unit and spoke with RCSO Deputy Marc Wells, who advised he (Wells) believed the occupants of the Saturn to be possible suspects in the robbery/homicide. Lt. Daughtry stated he informed all officers on scene that he wanted a felony take-down conducted and Cpl. Barr and Off. Brennan immediately began to approach the Saturn as Deputy Wells verbally instructed the Saturn driver to place his hands out the window. Lt. Daughtry stated the Saturn driver initially appeared to be complying with instruction, but then "rolled" out of the vehicle and began firing at officers with a handgun. Lt. Daughtry stated he believes he fired one shot from his duty pistol before observing the driver fall to the ground. Lt. Daughtry stated he, along with other officers, approached the prone individual and he, Daughtry, observed the individual attempt to reach for his (offender's) pistol, lying nearby. Lt. Daughtry retrieved the pistol and removed it from the immediate scene. Lt. Daughtry, believing the driver to be deceased, began notification of his superiors.

Cpl. Jarrod Barr

Cpl. Barr was interviewed at the PCPD on May 12, 2003 at 1441 hours, the interview was audio-recorded. Cpl. Barr stated he was