STATE OF ALABAMA )
RUSSELL COUNTY )

TO: County Commissioners Gentry Lee, Tillman M. Pugh, Cecil McLemore, Jr., Isiah Sumbry, Cattie Epps, Melvin Dudley and J.D. Upshaw, jointly and collectively as the Russell County Commission.

### STATEMENT OF CLAIMS AGAINST RUSSELL COUNTY, ALABAMA

Personally appeared Rosie Cliatt, who being first duly sworn deposes and states her claim as follows:

1. My name is Rosie Cliatt. I currently reside at P.O. Box 315 Hurtsboro AL, and am a resident of Russey County, Alabama.

2. On May 3, 2003,

3. ... My son, Dontavious Cliatt, was gunned down on Stanford Rd. in Phenix City, A

4. As the result of the ... Russell County Sheriff's Department, and other fictitious parties unknown at this time, my beloved son died on May 3, 2003. I have been made to suffer severe emotional distress and mental anguish as a result of loosing a wonderful companion in matrimony for over three decades.

5. Accordingly, I am hereby demanding and claiming of Russell County the sum of not less than One Hundred Thousand Dollars ($100,000).

This statement is made pursuant to the requirements of the Alabama Code 6-5-20 and 1-12-5.

WHEREFORE, I hereby demand from Russell County, Alabama the foregoing sum, an amount estimated to compensate the estate of Dontavious Cleitt for his wrongful death as a result of said incident in question.

*Rosie L. Cliatt*

Sworn to and subscribed before me this:
6th DAY OF April 2004
NOTARY PUBLIC
My commission expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 8, 2007
BONDED THRU NOTARY PUBLIC UNDERWRITERS

EXHIBIT H