

**Ledger-Enquirer•com**
COLUMBUS AND THE VALLEY'S HOME PAGE

Ledger-Enquirer | News | Business | Sports | Entertainment | Living | Classifieds | Jobs | Cars | Homes

Columbus Ledger-Enquirer (GA)
2003-05-09
Section: LOCAL
Edition: LEDGER-ENQUIRER
Page: C3

## MAN HAD NO PRIOR LOCAL FELONIES

The 21-year-old Phenix City man shot and killed by Phenix City police officers Saturday had no felony convictions in Russell County, county records show.

Dontavious Lamar Cliatt was believed to be connected with the shooting death of David Glenn Gibson, 45, during a suspected robbery at Gibson's used car lot in Phenix City around 5 p.m. Saturday. About 90 minutes later, Cliatt was spotted and stopped by authorities as he was driving along Sandfort Road. When officers directed Cliatt to exit the vehicle, he emerged with pistol in hand and fired at officers, Phenix City police said. Two Russell County deputies and five officers fired back at Cliatt, striking him multiple times, police said.

As of late Thursday, Phenix City Police Chief Preston Robinson declined to release the names of the officers involved in the shooting. The officers remain on administrative leave with pay.

A female passenger who had been in the car with Cliatt still remains a "person of interest," said Police Capt. Jim Hart.

Jim Houston and Muriel Tan



News | Business | Sports | Entertainment | Living | Shop Local | Classifieds | Jobs | Cars | Real Estate
About TheState.com | About the Real Cities Network | About the McClatchy Company
Terms of Use | Privacy Policy | Copyright



EXHIBIT
I