IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

ROSIE CLIATT, as Personal Representative of )
The Estate of Dontavius Cliatt, )
                                                            ) Civil Action No. 3:06cv471-SRW
                        Plaintiff(s)    )
v. )
PHENIX CITY, ALABAMA, et al., )
                        Defendant(s)  )

## AFFIDAVIT OF ROSIE CLIATT

NOW COMES ROSIE CLIATT, after being first properly sworn, who swears and affirms as follows:

1. That she is the Personal Representative of the estate of her deceased son, Dontavius Cliatt, the Plaintiff in the suit before this court.

2. That she has attempted on several occasions between May of 2003, and the filing of this suit, to learn about how her son died from the Phenix City Police, and others, without any success.

3. That after her son died she did not know to whom to turn for help.

4. That she went to her local National Association for the Advancement of Colored People (NAACP) for advice about how she should proceed, within days of her son's death.

5. That at the NAACP she was advised she needed a copy of the autopsy report that would be generated following her son's death before she could do anything of a legal nature.


EXHIBIT J

6. That immediately thereafter she attempted to obtain a copy of the autopsy report from the Phenix City Coroner and was told she had to obtain the report from the offices of the Medical Examiner in Auburn, Alabama.

7. That thereafter she went to said office and paid in advance for a copy of said report. A copy of the request acknowledgement dated August 19, 2003, is attached hereto as Exhibit 1 to this affidavit.

8. That on numerous occasions thereafter she requested the report from the Medical Examiner's office but did not receive a copy of said report from them until on or about July 26, 2004, some 15 months after her son had died. A copy of this report is attached hereto as Exhibit 2 to this affidavit.

9. That your affiant consulted with several attorneys about them filing suit against Phenix City and its police officers about the facts surrounding this incident on several occasions.

    a. See Cochran law firm refusal dated 5/21/03 attached as Exhibit 3a.
    b. See Calton and Calton law firm refusal dated 7/28/03 as Exhibit 3b.
    c. See Eastman and Apolinsky refusal dated 11/18/03 as Exhibit 3c.
    d. See R. Keith Thomas, L.L.C. refusal dated 1/12/04 as Exhibit 3d.
    d. See Juraldine Battle-Hodge, P.C. refusal dated 4/1105 as Exhibit 3e

10. That several attorneys looked at the case, but none of them would keep and pursue said case to completion.

11. That your affiant was unable to obtain any help from several counsel with her case, and, therefore, turned to Attorney Fulton B. Eaglin, who was representing one of her family members in another case in the State of Michigan in late 2005.

FURTHER AFFIANT SAYETH NOT.

*Rosie L. Cliatt*
Rosie Cliatt

STATE OF ALABAMA    )
                    ) SS.
COUNTY OF           )

Subscribed and sworn to before me a Notary public on July 12, 2006.

_____
Notary Public   MY COMMISSION EXPIRES JAN. 19, 2009