IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of Dontavius Cliatt, <br>     Plaintiff, <br> v. <br><br> PHENIX CITY, ALABAMA *et al.*, <br>     Defendants. | ) ) ) ) ) ) ) ) ) )   CASE NO. 3:06-cv-471-MEF |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #93) filed on December 28, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on January 23, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before January 16, 2008. The defendant may file a reply brief on or before January 23, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 2nd day of January, 2008.

                                                 /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE