IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of Dontavius Cliatt, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-471-MEF |
| | ) |
| PHENIX CITY, ALABAMA *et al.*, | )<br>) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Strike (Doc. #96) filed on December 31, 2007, it is hereby

ORDERED that the plaintiff show cause in writing on or before January 10, 2008 as to why the motion should not be granted.

DONE this the 3rd day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE