IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of Dontavius Cliatt, | ) ) ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-471-MEF |
| | ) |
| PHENIX CITY, ALABAMA *et al.*, | ) ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Cross Motion for Summary Judgment (Doc. #97) filed on December 31, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on January 23, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before January 16, 2008. The defendants may file a reply brief on or before January 23, 2008

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 3rd day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE