IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of The Estate of Dontavius Cliatt,<br><br>　　　　　　　Plaintiff(s)<br>　v.<br><br>PHENIX CITY, ALABAMA, et al.,<br><br>　　　　　　　Defendant(s) | Civil Action No. 3:06cv471-SRW |

## ANSWER TO ORDER TO SHOW CAUSE WHY DEFENDANTS' MOTION TO STRIKE EXHIBIT NUMBER 4 TO PLAINTIFF'S BRIEF IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT

NOW COMES Plaintiff, ROSIE CLIATT, by and through her attorney, FULTON B. EAGLIN, and in answer to the Order, dated January 3, 2008, to Show Cause Why Defendants' Motion to Strike Exhibit 4 to Plaintiff's Brief in Support of Her Motion for Summary Judgment should not be granted, and for her Motion to Quash, states unto this Honorable Court as follows:

　　1.　　Defendant, PHENIX CITY, et al., has brought this Motion against Plaintiff, utilizing materials that are also being used by itself and Defendant, MARK WELLS. This attorney cannot see how it is appropriate for Defendants, PHENIX CITY, ET AL., and WELLS to use these materials, but inappropriate for this attorney to use these materials.

　　2.　　This is not trial. This is summary judgment and there is no rule that requires that the statements used be sworn to.

3. Defendants have used in their answer, materials which they would not provide Plaintiff as part of discovery, namely, summary of a statement of Mariette Williams, summary of a sworn statement of Lt. Daughtry and Jarrod Barr.

4. That sanctions against Defendants should be enforced for using materials which they would not provide Plaintiff as part of discovery including, but not limited to:

a) Striking Defendant, Phenix City's, and all other Defendants', save Defendant Wells, responses to Plaintiff's Motion for Summary Judgment and their counter Motion for Summary Judgment; and

b) awarding this attorney's office a substantial sum for having to proceed without documents which are relevant to the case, and had been previously requested by Plaintiff in Plaintiff's First Request for Production of Documents to the City of Phenix, Alabama. See Defendant Phenix City, Alabama's Response to Plaintiff's First Request for Production of Documents, Nos. 1 and 5, attached hereto as Exhibit A.

5. Rule 37(c)(1)(A)(B)(C) of the Federal Rules of Civil Procedure states as follows:

(c) Failure to Disclose; to Supplement an Earlier Response, or to Admit.

**(1) Failure to Disclose or Supplement.**

If a party fails to provide information or identify a witness as required by Rule 26(a) or 26(e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless. In addition to or instead of this sanction, the court, on motion and after giving an opportunity to be heard:

(A) may order payment of the reasonable expenses, including attorney's fees, caused by the failure;

(B) may inform the jury of the party's failure; and

      (C) may impose other appropriate sanctions, including any of the orders listed in Rule 37(b)(2)(A)(i)-(vi).

It is clear that Defendants, save Defendant Wells, have violated Rule 37 of the Federal Rules of Civil Procedure, stated above, as they used materials they would not provide this attorney previously requested.

      WHEREFORE, Plaintiff requests this Honorable Court:

      1.      Deny Defendants' Motion to Strike Exhibit Number 4 to Plaintiff's Brief in Support of Her Motion for Summary Judgment.

      2.      Enforce sanctions against Defendants for using materials which they would not provide Plaintiff as part of discovery as stated in 4 above, preventing Phenix City, and all other Defendants herein, save Defendant Wells, from having a response to their Motion for Summary Judgment, and a counter Motion for Summary Judgment.

      3)      Award this attorney's office a substantial sum for having to proceed without documents which are relevant to the case, and had been previously requested by Plaintiff in Plaintiff's First Request for Production of Documents.

      **/s/ Fulton B. Eaglin** _____
Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 E. Arbor Road, Suite 100
Ann Arbor, MI 48103
(734) 665-5355; 0911fax
fbeaglin@aol.com
January 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing

to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., JAMES PAUL GRAHAM, JR., KENDRICK E. WEBB, and SCOTT WAYNE GOSNELL.

**Fulton B. Eaglin**
Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 E. Arbor Road, Suite 100
Ann Arbor, MI 48103
(734) 665-5355; 0911fax
fbeaglin@aol.com
January 8, 2008