1.      Any and all documents which are in your possession concerning the series of incidents described in the Complaint.  This includes, but is not limited to:

      a.      any and all reports or forms describing any aspect of these events;

      b.      any and all incident reports;

      c.      any and all tickets or citations; and

      d.      statements and/or interviews of witnesses, informants, the Plaintiff, and any police officers or other persons who had any role in, or contact with the case.

**RESPONSE:**

Defendant objects to this Request for Production of Documents as being overly broad.  Subject to that objection, Defendant produces the attached documents.


5.      Copies of all Internal Affairs Bureau annual reports and case logs from January 1, 2001, to date.

**RESPONSE:**

Defendant objects to production of documents regarding documents that are confidential in nature and subject to Defendant's Motion for Protective Order.