IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT,**<br><br>　　**Plaintiff,**<br><br>**v.**<br><br>**PHENIX CITY, ALABAMA,** *et al.***,**<br><br>　　**Defendants.** | Civil Action No. 3:06-cv-471-SRW [WO] |

**REPORT OF PARTIES' PLANNING MEETING**

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on January 9, 2008, by telephone conference, and was attended by:

　　Attorney for the Plaintiff: Fulton Eaglin, Esq.

　　Attorney for Defendant Mark Wells: Scott W. Gosnell, Esq.

　　Attorney for Defendant Phenix City, etc.:  James R. McKoon

　　The parties do not request a conference with the court before entry of the scheduling order.

2. This jury action should be ready for trial by October, 2008, and at this time is expected to take approximately 5 days.

3. The parties request a pretrial conference in September, 2008.

4. Discovery Plan.

The parties jointly propose to the court the following discovery plan:

a. Discovery will be needed on the following subjects: The facts surrounding the traffic stop and seizure of the Decedent, the facts surrounding the previous armed robbery and murder.

Defendant Wells has filed a Motion to Stay Discovery in light of his Motion for Summary Judgment which raises the defense of qualified immunity. This Motion to Stay has not yet been ruled on. Should this Court grant the Motion to Stay, the following deadlines would necessarily be rendered moot, and the parties would request a modified scheduling order.

b. All discovery commenced in time to be completed by May 9, 2008.

5. Initial Disclosures.

The parties will exchange by January 29, 2008, the information required by Fed.R.Civ.P. 26(a)(1).

6. The parties request until March 9, 2008, to join additional parties and amend the pleadings.

7. Reports from retained experts under Rule 26(a)(2) due:

a. from Plaintiff's Attorney, Fulton Eaglin, by March 9, 2008.

b. from Defendants' Attorney, Scott W. Gosnell, by April 9, 2008.

8. Pretrial Disclosures.

Final lists of witnesses and exhibits under Rule 26(a)(3) are due by 2 weeks prior to trial.

9. Discovery Limits.

a. Maximum of forty (40) interrogatories by each party to any other party.

Responses due thirty (30) days after service.

b. Maximum of twelve (12) depositions by plaintiff(s) and twelve (12) by defendant(s). Each deposition limited to maximum of eight (8) hours unless extended by agreement of parties.

c. Maximum of fifteen (15) requests for admission by each party to any other party. Responses due thirty (30) days after service.

d. Maximum of twenty-five (25) requests for production of documents by each party to any other party. Responses due thirty (30) days after service.

10. All potentially dispositive motions filed by June 9, 2008.

11. Settlement cannot be evaluated prior to May 9, 2008.

/s/ Fulton B. Eaglin
Fulton B. Eaglin
Attorney for Plaintiff, January 9, 2008

w/ permission
Scott Gosnell
Attorney for Defendant Wells, January 9, 2008

w/permission
James R. McKoon
Attorney for all other Defendants, January 9, 2008