IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT, )<br><br>Plaintiff, )<br><br>v. )<br><br>PHENIX CITY, ALABAMA, *et al.*, )<br><br>Defendants. ) | <br><br><br><br><br><br><br>CASE NO. 3:06-cv-471-MEF<br><br><br> |

## **ORDER**

This cause is before the Court on Plaintiff Rosie Cliatt's ("Plaintiff") Second Motion for Substitute Service (Doc. # 91), filed December 28, 2007. Plaintiff has renewed his request for this Court's authorization to serve Defendant Eric Fetty ("Fetty") by publication. On December 12, 2007, this Court entered a Memorandum Opinion and Order denying Plaintiff's first Motion for Substitute Service (Doc. # 59). None of the reasons proffered in Plaintiff's second motion are sufficient to meet her burden under Fed. R. Civ. P. 4(e)(1) and Alabama Rule of Civil Procedure 4.3 to show that she is entitled to serve Fetty by publication, as articulated in this Court's prior order.

For the reasons set forth above, and in this Court's Order of December 12, it is hereby ORDERED that

(1)     Plaintiff's Second Motion for Substitute Service (Doc. # 91) is DENIED.

(2)     All claims against Eric Fetty are DISMISSED WITHOUT PREJUDICE and

Eric Fetty is hereby DISMISSED from this case.

DONE this the 10th day of January, 2008.

                                        /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE