IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of Dontavius Cliatt, | ) ) ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:06-cv-471-MEF |
| | ) |
| PHENIX CITY, ALABAMA *et al.*, | ) ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the defendant's Motion to Stay Discovery (Doc. #101) filed on January 3, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this the 14th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE