IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT,** ) ) ) ) | |
| **Plaintiff,** ) ) | Civil Action No. 3:06-cv-471-SRW [WO] |
| v. ) ) | |
| **PHENIX CITY, ALABAMA,** *et al.*, ) ) | |
| **Defendants.** ) | |

### MOTION TO WITHDRAW

COMES NOW Scott W. Gosnell of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Mark Wells, Defendant in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C.. Kendrick E. Webb and Joseph L. Hubbard, Jr. will continue to represent Defendant Wells in this matter**.**

WHEREFORE, Scott W. Gosnell respectfully requests an order from this Court that releases him from representation of Defendant Mark Wells.

Respectfully submitted this the 13th day of February, 2008.

s/Scott W. Gosnell
SCOTT W. GOSNELL (GOS002)

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  sgosnell@webbeley.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 13th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Fulton B. Eaglin, Esquire; James Robert McKoon, Jr., Esquire; Joshua R. McKoon, Esquire**; and **James Paul Graham, Jr., Esquire**.

                                              **s/Scott W. Gosnell**
                                              OF COUNSEL