IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of Dontavius Cliatt, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>PHENIX CITY, ALABAMA )<br> *et al.*, )<br>Defendants. ) | CASE NO. 3:06-cv-471-MEF |

## **O R D E R**

Upon consideration of the Motion to Withdraw filed on Scott W. Gosnell on February 13, 2008 (Doc. #113), it is hereby

ORDERED that the motion is GRANTED.

DONE this the 19th day of February, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE