### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT,**  **Plaintiff,**  v.  **PHENIX CITY, ALABAMA, *et al.*,**  **Defendants.** | )  )  )  )  )  )  ) Civil Action No. 3:06-cv-471-SRW [WO]  )  )  )  )  )  ) |

### MOTION TO WITHDRAW

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Mark Wells, Defendant in the above-styled cause. As grounds for this Motion, the undersigned states that he will no longer be employed with the firm of Webb & Eley, P.C. Kendrick E. Webb of Webb & Eley remains attorney of record.

WHEREFORE, Joseph L. Hubbard, Jr. respectfully requests an order from this Court that releases him from representation of said Defendant.

Respectfully submitted this the 29th day of May, 2008.

                **s/Joseph L. Hubbard, Jr.**
                JOSEPH L. HUBBARD, JR., Bar No. HUBBJ5825
                WEBB & ELEY, P.C.
                Post Office Box 240909
                Montgomery, Alabama  36124
                Telephone: (334) 262-1850
                Fax: (334) 262-1889
                E-mail:  jhubbard@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the 29th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Fulton B. Eaglin, Esquire; James Robert McKoon, Jr., Esquire; Joshua R. McKoon, Esquire**; and **James Paul Graham, Jr., Esquire**.

                                            s/Joseph L. Hubbard, Jr.
                                            OF COUNSEL