IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of the Estate of Dontavius Cliatt, )<br>)<br>)<br>Plaintiff, )<br>v. )<br>)<br>PHENIX CITY, ALABAMA )<br> *et al.*, )<br>Defendants. ) | CASE NO. 3:06-cv-471-MEF |

## **O R D E R**

Upon consideration of the Motion to Withdraw as Attorney (Doc. #115) filed on May 29, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 4th day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE