IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of The Estate of Dontavius Cliatt, <br><br> Plaintiff(s) <br> v. <br><br> PHENIX CITY, ALABAMA, et al., <br><br> Defendant(s) | ) <br> ) <br> ) Civil Action No. 3:06cv471-SRW <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO COMPEL

NOW COMES PLAINTIFF, ROSIE CLIATT, by and through her attorney, FULTON B. EAGLIN, and for her Motion to Compel, states unto this Honorable Court as follows:

1. Plaintiff hereby requests this Honorable Court to compel Defendants to provide additional documents which were requested on the third page of **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO THE CITY OF PHENIX, ALABAMA,** and **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT, PRESTON ROBINSON, (attached hereto as Exhibit A),** served on Defendants on July 13, 2006, pursuant to Rule 34 of the Federal Rules of Civil Procedure.

2. Defendants provided some information but did not provide the following:

   a. Lt. Daughtery interview of May 13, 2003, at 14:29 hours – transcript of same and audio recording;

      b.      Officer Jarrod Barr interview of May 12, 2003, at 14:41 hours – transcript of same and audio recording;

      c.      Officer David Reeves interview of May 20, 2003, at 15:56 hours – transcript of same and audio recording;

      d.      Officer Chris Brennan interview of May 12, 2003, at 16:36 hours – transcript of same and audio recording; and

      e.      Officer Darius Farley interview – May 13, 2003, at 15:33 hours – transcript of same and audio recording.

3. That on August 24, 2006, this attorney sent an email to attorney, Joshua R. McKoon advising that if he did not receive the answers to said Interrogatories and provide all documents requested in said Requests by August 31, 2006, he would file this Motion.

WHEREFORE, Plaintiff requests this Honorable Court order Defendants to provide the information as listed in 3a-e above:

    A. Provide all documents requested; and

    C. Pay costs and sanctions as the Court deems appropriate for Defendants' refusal to completely answer previous discovery request.

/s/Fulton B. Eaglin
Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 E. Arbor Road, Suite 100
Ann Arbor, MI  48103
(734) 665-5355; 0911fax
Email: fbeaglin@aol.com

Dated:  August 27, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., and KENDRICK E. WEBB.

/s/Fulton B. Eaglin
Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 E. Arbor Road, Suite 100
Ann Arbor, MI  48103
(734) 665-5355; 0911fax
fbeaglin@aol.com