4. As used herein, the singular shall include the plural, and *vice versa.*

5. As used herein, "or" shall include "and/or."

6. The term "concerning" means referring to, describing, evidencing, or constituting.

7. The term "Internal Affairs Bureau" shall include any department, division, board, committee or file in which police misconduct complaints are lodged, investigated and/or filed, and/or any department, division, board or committee which supervises and monitors the conduct of police officers.

8. If documents responsive to a particular request no longer exist, but are known to have been in existence, state the circumstances under which they were lost or destroyed, describe the documents to the fullest extent possible, state the request(s) to which they are responsive, and identify any persons having knowledge of the content of such documents.

## Requests for Production

1. Any and all documents which are in your possession concerning the series of incidents described in the Complaint. This includes, but is not limited to:

   a. any and all reports or forms describing any aspect of these events;

   b. any and all incident reports;

   c. any and all tickets or citations; and

   d. statements and/or interviews of witnesses, informants, the Plaintiff, and any police officers or other persons who had any role in, or contact with the case.

2. Any and all documents that comprise or are part of your personnel file, including the disciplinary record, and any other documents concerning your hiring, training, duties, performance, assignments, and mental and physical condition.