IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ROSIE CLIATT, as Personal Representative of The Estate of Dontavius Cliatt,<br><br>Plaintiff(s)<br>v.<br><br>PHENIX CITY, ALABAMA, et al.,<br><br>Defendant(s) | Civil Action No. 3:06cv471-SRW |

## BRIEF IN SUPPORT OF MOTION TO COMPEL

NOW COMES PLAINTIFF, ROSIE CLIATT, by and through her attorney, FULTON B. EAGLIN, and for her Brief in Support of Motion to Compel, states unto this Honorable Court as follows:

The Federal Rules of Procedure provide for discovery and rule 37(b)(2) outlines a number of sanctions that can be imposed for a party failing to provide discovery, including the granting of judgment in the Plaintiff's favor. For a full discussion of the sanctions which can be applied see *Levin and Associates vs. Rogers* Case No. 94-4368, 94-4586, and 96-4345 decided by the 11th Circuit Court of Appeals on September 29, 1998.

/s/Fulton B. Eaglin
Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 E. Arbor Road, Suite 100
Ann Arbor, MI 48103
(734) 665-5355; 0911fax
fbeaglin@aol.com

August 27, 2008

Case 3:06-cv-00471-MEF-SRW   Document 118-2   Filed 08/27/2008   Page 2 of 2
Case 3:06-cv-00471-MEF-SRW   Document 118   Filed 08/27/2008   Page 2 of 3

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to JOSHUA R. MC KOON, JAMES ROBERT MC KOON, JR., and KENDRICK E. WEBB.

/s/Fulton B. Eaglin
Fulton B. Eaglin (P24834)
Attorney for Plaintiff
2610 E. Arbor Road, Suite 100
Ann Arbor, MI 48103
(734) 665-5355; 0911fax
fbeaglin@aol.com