**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

August 27, 2008

# NOTICE OF CORRECTION

FROM:      Clerk's Office

Case Style:   Cliatt v. Phenix City, AL et al

Case No.:    3:06cv471-MEF
             Document 118 Brief in Support of Motion to Compel

This Notice of Correction was filed in the referenced case this date to enter the corrected pdf for document # 118, which was incorrectly e-filed on 8/27/08. A copy of the corrected pdf is attached to this Notice and Document #118 has been corrected.

Case 3:06-cv-00471-MEF-SRW     Document 119     Filed 08/27/2008     Page 2 of 2