**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **ROSIE CLIATT, as Personal Representative of the Estate of DONTAVIUS CLIATT,** )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)    **Civil Action No. 3:06-cv-471-SRW [WO]**<br>**v.** )<br>)<br>**PHENIX CITY, ALABAMA,** *et al.*, )<br>)<br>**Defendants.** ) | |

**NOTICE OF APPEARANCE**

COMES NOW Joseph L. Hubbard, Jr. of the law firm of Webb & Eley, P.C., and files his Notice of Appearance as additional counsel of record for Mark Wells, Defendant in the above-styled cause.

Respectfully submitted this the 28th day of August, 2008.

                                                 s/Joseph L. Hubbard, Jr.
                                                 JOSEPH L. HUBBARD, JR. (HUB015)

OF COUNSEL:

WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: jhubbard@webbeley.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this the 28th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Fulton B. Eaglin, Esquire; James Robert McKoon, Jr., Esquire; Joshua R. McKoon, Esquire**; and **James Paul Graham, Jr., Esquire**.

                                                                           s/Joseph L. Hubbard, Jr.
                                                                           OF COUNSEL