IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ROSIE CLIATT, as Personal Representative)
of The Estate of Dontavius Cliatt,           )
                                             )
              Plaintiff,                     )
                                             )
       v.                                    )        CIVIL ACTION NO.3:06cv471-MEF
                                             )
PHENIX CITY, ALABAMA, et al.,                )
                                             )
              Defendant.                     )

## ORDER

Upon consideration of plaintiff's motion to compel (Doc. # 117) filed August 27, 2008, and for good cause, it is

ORDERED that the motion to compel be and hereby is DENIED without prejudice. Counsel for all parties are DIRECTED to meet and confer in person or by telephone on or before September 12, 2008 concerning the subject of the motion. The motion to compel may be renewed if counsel cannot resolve this matter satisfactorily. If the motion is renewed, the Court will consider sanctions against the losing party in accordance with Fed. R. Civ. P. 37(a)(4) in the absence of substantial justification for the losing party's position.

DONE, this 2nd day of September, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE