IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROSE CLIATT, as Personal Representative of the Estate of Dontavius Cliatt, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 3:06-cv-471-MEF |
| PHENIX CITY, ALABAMA, *et al.,* ) ) | (WO) |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the court as follows:

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendants Phenix City, Alabama, Preston Robinson, Patrick Daughtry, Jarrod Barr, David Reeves, Chris Brennan Darius Farley and Mark Wells, and against Plaintiff Rose Cliatt as Personal Representative of the Estate of Dontavius Cliatt, with Plaintiff taking nothing by her claims.

(2) Costs are TAXED against Plaintiff Rosie Cliatt, for which execution may issue.

3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheets as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 23rd day of December, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE